UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEENAN T. KNIGHT,

    Plaintiff,

    v.                             Case No. 23-cv-886

AMIKA AVERY,
JORDAN TAYLOR, and
TERRELL WILLIAMS,

    Defendants.

## DECLARATION OF DALE R. NIKOLAY

STATE OF WISCONSIN    )
                                ) SS
MILWAUKEE COUNTY    )

    I, Dale R. Nikolay, declare pursuant to 28 U.S.C. § 1746, and under penalty of perjury that the following is true and correct:

    1.    I am a licensed attorney admitted to practice and in good standing in the State of Wisconsin.

    2.    I am one of the attorneys representing the defendant, Ronald McPike, in the above-captioned matter.

    3.    I make this declaration based upon my personal knowledge of the facts attested to herein.

    4.    On June 13, 2024, the Defendants responded to Plaintiff's March 19, 2024 discovery requests. Attached hereto as Exhibit 1 is a true and correct copy of the Defendants' Responses to Plaintiff's Second Set of Requests for Production of Documents dated June 13, 2024.

5. As part of this response, Defendants provided to Plaintiff Exhibits L through R. These exhibits total more than 2,800 pages.

> Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8, 2024.
>
> s/ Dale R. Nikolay
> DALE R. NIKOLAY