# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KEENAN T. KNIGHT,**

    Plaintiff,

v.                                                                                    **Case No. 23-CV-886**

**AMIKA AVERY,** *et al.***,**

    Defendants.

## ORDER

On April 17, 2024, plaintiff Keenan T. Knight, who is incarcerated and representing himself, filed a motion to compel discovery responses from the defendants. (ECF No. 22.) Knight then filed two more motions to compel on May 13, 2024, and June 17, 2024, respectively. (ECF Nos. 24, 25.) The motions to compel all ask the court to compel the defendants to respond to the discovery requests that Knight sent the defendants on March 19, 2024.

The court's October 17, 2023, scheduling order cut off discovery on March 18, 2024. (ECF No. 13.) On March 7, 2024, Knight moved for an extension of the discovery deadline, (ECF No. 20), which the court granted on March 8, 2024, moving the discovery deadline to April 18, 2024. However, this discovery extension still made Knight's requests untimely because the defendants have 60 days to respond to

discovery. As such, the defendants did not respond to Knight's March 19, 2024, discovery at that time.

Then, on April 17, 2024, Knight again moved for an extension of the discovery deadline, (ECF No. 21), which the court granted on May 8, 2024, moving the discovery deadline to June 18, 2024. Because of this extension, the attorney for the defendants told Knight that he would send a response to Knight's March 19, 2024, discovery by the discovery deadline. (ECF No. 26 at 1.) On June 13, 2024, the defendants sent Knight over 2800 pages of discovery and state they have fully responded to Knight's discovery requests. (*Id.* at 2.)

It appears that Knight's third motion to compel, dated June 16, 2024, and filed June 17, 2024, crossed in the mail with the defendants' discovery response. Knight did not reply to the defendants' response to his motions to compel, so the court will consider Knight's discovery fully responded to and deny his motions as moot.

**IT IS HEREBY THEREFORE ORDERED** that Knight's motions to compel (ECF Nos. 22, 24, 25) are **DENIED as moot.**

Dated at Milwaukee, Wisconsin this 30th day of July, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge