

CMS Cell Assignments History – CJF

| Name | : Knight, Keenan Terrell | DOB : ▓▓▓▓▓ | Sex: | Male |
|------|--------------------------|-------------|------|------|
| Booking# | : 21-016014 | SPN : 363357 | | |

| Assigned On | Action | Location | PF CODE |
|-------------|--------|----------|---------|
| 10/13/23 04:03 | Transport to Other Building | CTSG02-2F | KCSKS |
| Comments : TOT DCI | | | |
| 08/10/23 07:59 | Change Cell Assignment | 5B23-1L | AODAD |
| Comments : class moved to GP housing | | | |
| 05/31/23 18:10 | Change Cell Assignment | 4A-B09-1L | SBMSB |
| Comments : C/M PENDING DISCIPLINE | | | |
| 05/13/23 21:19 | Change Cell Assignment | 6B36-1L | SRSXR |
| Comments : PER NURSING SUPERVISOR SYLVESTER AND LT AVERY OCCUPANT WILL NOT HAVE RESTRICTIONS AND WILL REMAIN IN HOUSING UNIT 6B ON TOP TIER | | | |
| 05/13/23 20:31 | Assigned | 5C19-1L | SRSXR |
| Comments : OCCUPANT CLASS MOVED DUE TO HAVING LBLT MEDICAL RESTRICTIONS, K/S CHECKED ON 05/13/23 | | | |
| 05/07/23 19:48 | Change Cell Assignment | 6B36-1L | BRKBK |
| Comments : Time served 2 days early per Lt. Ybarra, class moved to GP | | | |
| 04/18/23 11:00 | Change Bed Assignment | 4B-A15-1L | JMJXM |
| Comments : DIS STATUS | | | |
| 12/23/22 11:15 | Change Cell Assignment | 6C27-1L | MLMSL |
| Comments : CLASSED MOVED DUE TO ISSUES WITH HOUSING UNIT | | | |
| 12/11/22 14:38 | Change Cell Assignment | 3A10-1L | TRTMR |
| Comments : class move - TSD per Capt Stadler - k/s checked | | | |
| 12/08/22 16:32 | Change Cell Assignment | 4D-C30-1L | TRTMR |
| Comments : pending discipline - refuse to lock in - k/s checked | | | |
| 12/02/22 12:48 | Change Bed Assignment | 3B40-1L | JMJXM |
| Comments : TIME SERVED EARLY 1 DAY | | | |
| 11/28/22 19:59 | Change Cell Assignment | 4D-C33-1L | SBMSB |
| Comments : NEW CELL ASIGNMENT, PENDING DISCIPLINE | | | |
| 11/28/22 19:57 | Change Cell Assignment | 4D-B18-1L | SBMSB |
| Comments : CLASS MOVE PENDING DISCIPLINE | | | |
| 11/15/22 09:45 | Assigned | 5D31-1L | KHKMH |
| 08/09/22 11:07 | Change Cell Assignment | 5D31-1L | KHKMH |
| Comments : TIME SERVED IN 4D | | | |
| 08/04/22 17:33 | Change Cell Assignment | 4D-C31-1L | DETDT |
| Comments : PENDING DISCIPLINE REFUSED TO LOCK IN | | | |
| 07/18/22 18:11 | Assigned | 6A48-1L | HHSHH |
| Comments : GP POD, K/S CHECKED | | | |
| 06/04/22 09:13 | Change Cell Assignment | 4D-B19-1L | KHKMH |
| Comments : HIS LOWER TIER NEEDED | | | |
| 06/03/22 19:31 | Change Cell Assignment | 4D-C25-1L | LMLMM |
| Comments : class move due to being placed on ADSEG per LT. Ybarra | | | |
| 06/03/22 19:21 | Change Cell Assignment | CTSG12-1F | LMLMM |
| Comments : TEMP MOVE | | | |

Exhibit 1, p. 1

**\*\* Confidential - Unauthorized Use Prohibited \*\***



| 03/11/22 10:18 | Change Cell Assignment | 5B17-1L | KHKMH |
|---|---|---|---|
| Comments : TIME SERVED EARLY IN 4B - NEEDED CELLBLOCK SPACE | | | |
| 03/09/22 08:15 | Change Cell Assignment | 4B-B38-1L | CLJCJ |
| Comments : BED NEED FOR A S/W LB/LT | | | |
| 03/02/22 20:03 | Change Cell Assignment | 4D-B05-1L | DETDT |
| Comments : Occupant pending discipline due to having a weapon in 5A | | | |
| 01/10/22 19:44 | Change Cell Assignment | 5A43-1L | DETDT |
| Comments : Cleared off medical observation per Nursing supervisor Samantha Markwardt | | | |
| 12/28/21 04:27 | Change Cell Assignment | 3B35-1L | KCSKS |
| Comments : OCCUPANT PLACED ON MEDICAL OBSERVATION PER NURSING SUPERVISOR MYRA ROCHA. | | | |
| 12/28/21 03:57 | Change Cell Assignment | 3B07-2U | KCSKS |
| Comments : OCCUPANT PLACED ON MEDICAL OBSERVATION PER NURSING SUPERVISOR MYRA ROCHA. K/S CHECKED. | | | |
| 12/23/21 19:00 | Change Cell Assignment | 6C04-1L | RSZZR |
| Comments : Per Capt. Duckert and DI Dobson from Lt. Ybarra- Move Out 3B (Possibles) into another Possible Unit regardless of when the unit went into Quarantine. | | | |
| 12/05/21 20:42 | Assigned | 3B05-1L | GPWGW |
| Comments : KEEP SEPATATES CHECKED | | | |
| 12/05/21 11:58 | Assigned | CJF BKOW-009 | MDFMF |

Exhibit 1, p. 2

** Confidential - Unauthorized Use Prohibited **