# Milwaukee County Sheriff's Office — Incident Report

**Incident:**
Use of Force

| Incident Report Number: | Between: Date - Time | And/At: Date-Time | |
|---|---|---|---|
| 23-105220 | | 5/31/23 | 18:12 |

**Incident Location:**
949 N 9th St, Milwaukee, WI, 53233

| Offense - 1: | Offense - 2: | Offense - 3: | Offense - 4: |
|---|---|---|---|
| R639 | | | |
| Offense - 5: | Offense - 6: | Offense - 7: | Offense - 8: |
| | | | |

| Name (Last, First, Middle) | | DOB: | Race/Sex |
|---|---|---|---|
| | | | |

| Address: (Address, City, State, Zip) | Phone 1 |
|---|---|
| Employer | Phone 2 |
| Employer Address | Work Phone # |

| Name (Last, First, Middle) | | DOB: | Race/Sex |
|---|---|---|---|
| | | | |

| Address: (Address, City, State, Zip) | Phone 1 |
|---|---|
| Employer | Phone 2 |
| Employer Address | Work Phone # |

**SUMMARY**

Use of force.

BWC utilized during this incident.

| | Vehicle Information: (Year, Make, Model, Style, Color) | | | | |
|---|---|---|---|---|---|
| License Number: | State: | Expiration Year: | Vin: | Insurance Company: | |
| Other Vehicle Information: | | | | NCIC# | |

| Reporting Officer(s): | Payroll Number : | Report Date: |
|---|---|---|
| Williams, Officer Terrell C. | TCWTW | 06/03/2023 |

| Time Received: | Time Cleared: | Unit(s) Assigned: | Pages: |
|---|---|---|---|
| 18:12:00 | 18:12:00 | | 1 Of 13 |

| Reviewed by: | Payroll Number : | Copy To |
|---|---|---|
| Avery, Lieutenant | | |

Exhibit 2, p. 1

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 05/31/2023 |

**NARRATIVE**

On Wednesday, May 31st, 2023, I, Correctional Officer (CO) Terrell Williams, was assigned to work in full duty uniform on 2nd shift (1400 - 2230 hours) for the Milwaukee County Sheriff's Office (MCSO) at the Criminal Justice Facility (CJF), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin, when the following incident occurred.

I was assigned to work the position of Field Training Officer (FTO) when the following incident occurred.

I was present on the 6th floor control due to already being called to conduct cell searches due to inmates having possible contraband in housing unit 6B. Due to contraband found inside housing unit 6B cell 36 it was determined by Lieutenant Amika Avery that the inmate housed in that cell would be class moved pending discipline due to being in possession of contraband. The Inmate assigned to that cell was Keenan, Knight (M/B DOB ████████ BKG: 21-016014) who was already secured in a non-contact booth on the 6th floor control, LT Avery informed Knight that he would be placed on discipline due to being in possession of contraband. LT Avery asked inmate Knight if he would comply with the changeover process, Knight gave no response and turned his head away from LT Avery, LT Avery asked Knight again if he would comply with the changeover process, Knight responded and said am I going on administrative segregation (Ad-Seg) Lt Avery informed him that due to the contraband that was found that he would be placed on Ad-Seg once his discipline time was completed Knight responded and said "well I ain't complying then we might as well get this party started"

At approximately 1812 hours LT Avery made an all call for additional staff due to a disruptive inmate on the 6th floor control, The following Officers initially arrived on scene to assist Correctional Officer Quentin Saavedra, Correctional Officer Shunta Dangerfield, Correctional Officer Jordan Taylor and Deputy Sherriff Raul Rivera. Deputy Rivera and Officer Taylor attempted to create dialogue with Inmate Knight and asked him multiple times if he would comply with they legal and lawful order to be placed in a R.I.P.P restraint belt and changed over due to being on discipline. Knight again refused all orders and stated with staff "If I'm going on ad-seg I might as well make it for a reason". Once noncompliance was confirmed I drew my Conducted Energy Weapon and informed Inmate Knight that if he did not comply with staff orders to be secured force can and will be used against him in order to get him to move to his new assignment **Milwaukee County Sheriff's Office policy 510.4 Use Of Force states "Corrections officers and deputies may use force as reasonably appears necessary in the performance of their duties, but excessive force shall not be used. Correctional officers and deputies must use only that amount of force that appears reasonably necessary under the circumstances in order to gain control of the**

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 05/31/2023 |

**inmate, to protect and ensure the safety of inmates, staff and others, to prevent serious property damage, prevent escape, obtain compliance with facility rules and staff orders and to ensure the institution's security and good order or for other lawful purposes**. I instructed Officer Taylor to begin securing Inmate Knight into the R.I.P.P restraint belt Knight still was actively resisting with staff and wasn't allowing Officer Taylor to secure him in the restraint belt I again informed inmate Knight that force can and will be used against him if he continued to resist with staff. Officer Taylor was able to secure one of Knight hands into the restraint belt, Knight once again began to resist with staff this time by clasping his hands together in an effort to prevent Officer Taylor from securing his other hand, as Officer Taylor was attempting to secure Knight other hand while I began to place the R.I.P.P restraint belt around his waist as I was attempted to place the restraint belt around his waist Inmate Knight began to actively resist with staff once again preventing me from being able to secure him in the restraint belt.

At approximately 1814 hours due to inmate Knight's continued level of resistance with staff I performed a secure head decentralization which is a technique where you "Blanket and secure subject's head, with proper hand position, reaction hand cupping front of subject's chin; strong side hand positioned over subject's eyes and nose. Move slightly backwards from subject, to move subject off center, give proper verbal commands, and pivot along an arc and properly direct the subject to the ground." Inmate Knight was stabilized against the ground, Knight continued to resist with staff and attempted to grab the collar of my shirt and pull me closer to him I stabilized Knight's head against the ground and gave him serval verbal commands to let go of my shirt. Officer Taylor then gave everyone the verbal warning of "Taser Taser" indicating staff to clear their selves from the area, Officer Taylor then discharged his Conducted Energy Weapon striking Knight in his buttocks and lower back, this immediately gained compliance from Knight, a radio call was made to master control notifying them of a "Code X" on the 6th floor, additional staff arrived on scene to assist with the situation.

At Approximately 1818 hours Registered Nurse April Choma and Registered Nurse Samantha Markwardth arrived on scene to medically assess Inmate Knight. RN Choma removed both prongs from Inmate Knight and attempted to medically assess Knight however he refused any further medical attention. Captain Michael Hannah attempted to take pictures of Knight using his agency issued phone to document the incident, however Knight again began to actively resist with staff Officer's Taylor and Jeffery Leflore secured Knight's arms while Officer Dortch secured his head allowing Captain Hannah to take the pictures. Due to Knight's continued level of resistance Captain Hannah ordered for the restraint chair to be brought to the 6th floor for transport purposes officer Joshua Farrand arrived on the 6th floor with the restraint chair. Knight stated he did not want to be placed into the chair and that he would comply with staff and walk down to housing unit 4A without resisting with staff at 1823 hours Knight was escorted off the 6th floor control.

At approximately 1825 hours staff arrived in housing unit 4A and Knight was escorted over to cell 9 where he was

Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 3 of 24    Document 34-2

Exhibit 2, p. 3

## Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 05/31/2023 |

given red linen and changed over by staff without any further incident. At approximately 1830 hours the disturbance was cleared, staff members performed an equipment check to ensure all staff members were in possession of all their equipment, once completed all officers involved reported to operations to conduct a debrief of the incident.

It should be noted that inmate Knight has a history of assaultive behavior towards staff. It should also be noted that No officers were injured, and No occupants were injured needlessly during this incident.

End of report, nothing further to report.

Reporting Officer(s):
Williams, Officer Terrell C.

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 4 of 24   Document 34-2

Payroll Number:
TCW

Pages:
4 of 13

Exhibit 2, p. 4

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 05/31/2023 |

**NAMES**

**Inmate**

Knight, Keenan Terrell  B/M-33 of ████████████████

DOB: ████████████

HT: 604    WT: 265    Hair: Black

Eyes: Brown    Complexion: Medium Brown

Phone 1: ██████████████

**Reporting Correctional Officer**

Williams, CO Terrell  B/M of 821 W State St, Milwaukee,WI,53233

Phone 1:(414) 278-4788

**Supervisor-1**

Avery, CO LT Amika  B/F of 821 W State St, Milwaukee,WI,53233

Phone 1:(414) 278-4788

**Supervisor-2**

Hannah, CO Captain Michael  B/M of 821 W State St, Milwaukee,WI,53233

Phone 1:(414) 278-4788

**Assisting Correctional Officer-1**

Leflore, CO Jeffery  B/M of 949 North 9th Street, Milwaukee,WI,53233

**Assisting Correctional Officer-2**

Taylor, CO Jordan  B/M-24 of 821 W State St, Milwaukee,WI,53233

DOB: ████████████

**Assisting Correctional Officer-3**

Dangerfield, CO Shunta  B/F of 821 W State St, Milwaukee,WI,53233

Phone 1:(414) 278-4788

**Assisting Deputy**

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 05/31/2023 |

Rivera, Deputy Raul  W/M of 821 W State St, Milwaukee,WI,53233

Phone 1:(414) 278-4788


**Medical Personnel-1**
    Choma, RN April  W/ of 949 N 9th St, Milwaukee,WI,53233



**Medical Personnel-2**
    Markwardt, RN Samantha R  W/F of 949 N 9th St, Milwaukee,WI,53233

    Phone 1:(414) 226-7134


**Assisting Correctional Officer-4**
    Farrand, CO Joshua  W/M of 821 W State St, Milwaukee,WI,53233

    Phone 1:(414) 278-4788


================================================================================

# Milwaukee County Sheriff's Office
## USE OF FORCE REPORT

### A. Incident Information

| Date | Time | Day of Week | Location | INCIDENT NUMBER |
|---|---|---|---|---|
| 06/08/2023 | 14:43:56 | Thursday | 949 N 9th St | 23-105220 |

Type of Incident
- ☐ Crime in progress
- ☐ Domestic
- ☑ Other dispute
- ☐ Suspicious person
- ☐ Traffic stop
- ☐ Other (specify)

### B. Officer Information

| Name (Last, First, Middle) | Badge # | Sex | Race | Age | Injured | Killed |
|---|---|---|---|---|---|---|
| Avery, Lieutenant Amika L | COL29 | F | B | 49 | No | No |

| Rank | Duty assignment | Years of service | On-Duty | Uniform |
|---|---|---|---|---|
| Lieutenant | Milwaukee County Jail | 10Y 5M | Yes | Yes |

### C1. Subject 1 (List only the person who was the subject of the use of force by officer listed in Section B.)

| Name (Last, First, Middle) | Sex | Race | Age | Weapon | Injured | Killed |
|---|---|---|---|---|---|---|
| Knight, Keenan Terrell | Male | B | 33 | No | No | No |

| | Arrested | Charges |
|---|---|---|
| ☐ Under the influence<br>☐ Other unusual condition (specify) | No | |

Subject's actions (check all that apply)
- ☑ Resisted police officer control
- ☐ Physical threat/attack on officer or another
- ☐ Threatened/attacked officer or another with blunt object
- ☐ Threatened/attacked officer or another with knife/cutting object
- ☐ Threatened/attacked officer or another with motor vehicle
- ☐ Threatened officer or another with firearm
- ☐ Fired at officer or another
- ☐ Other (specify)

Officer's use of force toward this subject (check all that apply)
- ☐ Compliance hold
- ☐ Hands/fists
- ☐ Kicks/feet
- ☐ Chemical/natural agent
- ☐ Strike/use baton or other object
- ☐ Canine
- ☑ Others (specify)

Firearms Discharge
- ☐ Intentional
- ☐ Accidental

Number of Shots Fired _____
Number of Hits _____

### C2. Subject 2 (List only the person who was the subject of the use of force by officer listed in Section B.)

| Name (Last, First, Middle) | Sex | Race | Age | Weapon | Injured | Killed |
|---|---|---|---|---|---|---|
| | | | | | | |

| | Arrested | Charges |
|---|---|---|
| ☐ Under the influence<br>☐ Other unusual condition (specify) | | |

Subject's actions (check all that apply)
- ☐ Resisted police officer control
- ☐ Physical threat/attack on officer or another
- ☐ Threatened/attacked officer or another with blunt object
- ☐ Threatened/attacked officer or another with knife/cutting object
- ☐ Threatened/attacked officer or another with motor vehicle
- ☐ Threatened officer or another with firearm
- ☐ Fired at officer or another
- ☐ Other (specify)

Officer's use of force toward this subject (check all that apply)
- ☐ Compliance hold
- ☐ Hands/fists
- ☐ Kicks/feet
- ☐ Chemical/natural agent
- ☐ Strike/use baton or other object
- ☐ Canine
- ☐ Others (specify)

Firearms Discharge
- ☐ Intentional
- ☐ Accidental

Number of Shots Fired _____
Number of Hits _____

❯ If this officer used force against more than two subjects in this incident, attach additional USE OF FORCE REPORTS.

| Signature: A. Avery | Date: 06/08/2023 |
|---|---|
| Print Supervisor Name: Avery, Lieutenant Amika L | Supervisor Signature: A. Avery |

7/2001

Exhibit 2, p. 7

# Milwaukee County Sheriff's Office

## USE OF FORCE REPORT

### A. Incident Information

| Date | Time | Day of Week | Location | INCIDENT NUMBER |
|---|---|---|---|---|
| 05/31/2023 | 18:14:00 | Wednesday | 949 N 9th St | 23-105220 |

Type of Incident
☐ Crime in progress ☐ Domestic ☐ Other dispute ☐ Suspicious person ☐ Traffic stop
☐ Other (specify)

### B. Officer Information

| Name (Last, First, Middle) | Badge # | Sex | Race | Age | Injured | Killed |
|---|---|---|---|---|---|---|
| Williams, Officer Terrell C | | M | B | 28 | No | No |

| Rank | Duty assignment | Years of service | On-Duty | Uniform |
|---|---|---|---|---|
| Correctional Officer | Milwaukee County Jail | 0Y 4M | Yes | Yes |

### C1. Subject 1 (List only the person who was the subject of the use of force by officer listed in Section B.)

| Name (Last, First, Middle) | Sex | Race | Age | Weapon | Injured | Killed |
|---|---|---|---|---|---|---|
| Knight, Keenan Terrell | Male | B | 33 | No | No | No |

| | Arrested | Charges |
|---|---|---|
| ☐ Under the influence ☐ Other unusual condition (specify) | No | |

**Subject's actions** (check all that apply)
- ☑ Resisted police officer control
- ☐ Physical threat/attack on officer or another
- ☐ Threatened/attacked officer or another with blunt object
- ☐ Threatened/attacked officer or another with knife/cutting object
- ☐ Threatened/attacked officer or another with motor vehicle
- ☐ Threatened officer or another with firearm
- ☐ Fired at officer or another
- ☐ Other (specify)

**Officer's use of force toward this subject** (check all that apply)
- ☐ Compliance hold
- ☐ Hands/fists
- ☐ Kicks/feet
- ☐ Chemical/natural agent
- ☐ Strike/use baton or other object
- ☐ Canine
- ☑ Others (specify) Decentralization

Firearms Discharge
- ☐ Intentional
- ☐ Accidental

Number of Shots Fired 0
Number of Hits 0

### C2. Subject 2 (List only the person who was the subject of the use of force by officer listed in Section B.)

| Name (Last, First, Middle) | Sex | Race | Age | Weapon | Injured | Killed |
|---|---|---|---|---|---|---|
| | | | | | | |

| | Arrested | Charges |
|---|---|---|
| ☐ Under the influence ☐ Other unusual condition (specify) | | |

**Subject's actions** (check all that apply)
- ☐ Resisted police officer control
- ☐ Physical threat/attack on officer or another
- ☐ Threatened/attacked officer or another with blunt object
- ☐ Threatened/attacked officer or another with knife/cutting object
- ☐ Threatened/attacked officer or another with motor vehicle
- ☐ Threatened officer or another with firearm
- ☐ Fired at officer or another
- ☐ Other (specify)

**Officer's use of force toward this subject** (check all that apply)
- ☐ Compliance hold
- ☐ Hands/fists
- ☐ Kicks/feet
- ☐ Chemical/natural agent
- ☐ Strike/use baton or other object
- ☐ Canine
- ☐ Others (specify)

Firearms Discharge
- ☐ Intentional
- ☐ Accidental

Number of Shots Fired _____
Number of Hits _____

> If this officer used force against more than two subjects in this incident, attach additional USE OF FORCE REPORTS.

| Signature: | Date: 05/31/2023 |
|---|---|
| Print Supervisor Name: Avery, Lieutenant Amika L | Supervisor Signature: A. Avery |

7/2001

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 5/31/23 |



Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 9 of 24    Document 34-2

Exhibit 2, p. 9 of 13

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 5/31/23 |



Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 10 of 24    Document 34-2

Exhibit 2, p. 10

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 5/31/23 |



Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 11 of 24    Document 34-2

Exhibit 2, p. 11

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 5/31/23 |



Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 12 of 24    Document 34-2

Exhibit 2, p. 12

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 5/31/23 |



| Incident Report Number:<br>23-105220 | Incident Location:<br>949 N 9th St, Milwaukee, WI, 53233 | | Incident Date:<br>05/31/2023 |
|---|---|---|---|
| New Incident: | Original Offense - 1: | New Offense - 1: | New Offense - 2: |

**NARRATIVE**

On Wednesday May 31, 2023, I, Correctional Officer (CO) Jordan Taylor, was assigned to work in full uniform, on 2nd shift (1400 - 2230 hours), for the Milwaukee County Sheriff's Office, at the Milwaukee County Jail (MCJ), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin when the following incident occurred:

At approximately 1745 hours, I responded to the 6th floor Control for a short assignment. Lieutenant (LT) Amika Avery and CO Terrell Williams were on scene at this time. I was debriefed of the situation and entered in housing 6B. Staff conducted a cell search in cell number 36. This cell was currently assigned to occupant Knight, Keenan (M/B, DOB:█████████ Booking Number#21-016014). While searching his cell, contraband was found at this time. The following items were confiscated: 4 New Port Cigarettes, 1 razor and 2 pieces of paper with tobacco. Staff then reported back to the 6th floor control where occupant knight was located at the time.

At approximately 1810 hours, staff informed occupant Knight that he will be getting class moved to 4A pending discipline. He began to refuse at this time. I began to try to verbally persuade occupant Knight to move but he still refused all legal and lawful orders. After several attempts staff was able to get Knight out the non-contact booth where he was secured. I attempted to secure a Ripp Restraint belt around Knight but was unable due to him tensing up and moving. He refused all orders at this time. Officer Terrell Williams attempted to secure him in the belt as well. Occupant knight once again began to tense up and ball his fist up at this time. Occupant Knight was then decentralized to the ground. Occupant Knight then grabbed Officer T. Williams' collar. Officer T. Williams ordered him to let it go but, Knight refused. I then attempted to stabilize him to the ground but was not effective due to him actively resisting. I gave multiple legal and lawful order for Knight to stop and let T. Williams go.

At approximately 1814 hours, I unholstered my controlled energy weapon. I then warned staff stating, "Move. Taser, Taser, Taser." I then deployed my taser striking occupant Knight in the buttocks and lower back. It was effective causing immediate compliance. I gave him orders to roll over on his stomach. Staff then was able to secure him in the Ripp restraint belt without any further incidents.

At approximately 1817 hours, Registered Nurse (RN) Samantha Markwardth and RN April Choma responded. At approximately 1818 hours, RN April Choma removed both prongs. However, Knight refused medical

| Reporting Officer(s):<br>Taylor, Officer Jordan R. | | Payroll Number :<br>JTJRT | Report Date:<br>05/31/2023 |
|---|---|---|---|
| Reviewed by:<br>Avery, Lieutenant Amika I | Payroll Number :<br>alaaa | Copy To: | Page:<br>1 Of 3 |

# Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 05/31/2023 |

assessment. After medically cleared, I secured his left arm with staff and escorted him to 4A pending discipline.

At approximately 1827 hours, occupant Knight changed over into red linen and secured in his assigned cell #09 without further incident.

No occupant was injured, needlessly.

End of Report.

## Milwaukee County Sheriff's Office
### USE OF FORCE REPORT

### A. Incident Information

| Date | Time | Day of Week | Location | INCIDENT NUMBER |
|---|---|---|---|---|
| 05/31/2023 | 18:12:00 | Wednesday | 949 N 9th St | 23-105220 |

Type of Incident
☐ Crime in progress  ☐ Domestic  ☐ Other dispute  ☐ Suspicious person  ☐ Traffic stop
☐ Other (specify)

### B. Officer Information

| Name (Last, First, Middle) | | Badge # | Sex | Race | Age | Injured | Killed |
|---|---|---|---|---|---|---|---|
| Taylor, Officer Jordan R | | | M | B | 23 | No | No |

| Rank | Duty assignment | Years of service | On-Duty | Uniform |
|---|---|---|---|---|
| Correctional Officer | Milwaukee County Jail | 1Y 7M | Yes | Yes |

### C1. Subject 1 (List only the person who was the subject of the use of force by officer listed in Section B.)

| Name (Last, First, Middle) | Sex | Race | Age | Weapon | Injured | Killed |
|---|---|---|---|---|---|---|
| Knight, Keenan Terrell | Male | B | 33 | No | No | No |

| | Arrested | Charges |
|---|---|---|
| ☐ Under the influence<br>☐ Other unusual condition (specify) | No | |

Subject's actions (check all that apply)
- ☑ Resisted police officer control
- ☐ Physical threat/attack on officer or another
- ☐ Threatened/attacked officer or another with blunt object
- ☐ Threatened/attacked officer or another with knife/cutting object
- ☐ Threatened/attacked officer or another with motor vehicle
- ☐ Threatened officer or another with firearm
- ☐ Fired at officer or another
- ☐ Other (specify)

Officer's use of force toward this subject (check all that apply)
- ☐ Compliance hold
- ☐ Hands/fists
- ☐ Kicks/feet
- ☐ Chemical/natural agent
- ☐ Strike/use baton or other object
- ☐ Canine
- ☑ Others (specify)  Electronic control device

Firearms Discharge
- ☐ Intentional
- ☐ Accidental

Number of Shots Fired 0
Number of Hits ____

### C2. Subject 2 (List only the person who was the subject of the use of force by officer listed in Section B.)

| Name (Last, First, Middle) | Sex | Race | Age | Weapon | Injured | Killed |
|---|---|---|---|---|---|---|
| | | | | | | |

| | Arrested | Charges |
|---|---|---|
| ☐ Under the influence<br>☐ Other unusual condition (specify) | | |

Subject's actions (check all that apply)
- ☐ Resisted police officer control
- ☐ Physical threat/attack on officer or another
- ☐ Threatened/attacked officer or another with blunt object
- ☐ Threatened/attacked officer or another with knife/cutting object
- ☐ Threatened/attacked officer or another with motor vehicle
- ☐ Threatened officer or another with firearm
- ☐ Fired at officer or another
- ☐ Other (specify)

Officer's use of force toward this subject (check all that apply)
- ☐ Compliance hold
- ☐ Hands/fists
- ☐ Kicks/feet
- ☐ Chemical/natural agent
- ☐ Strike/use baton or other object
- ☐ Canine
- ☐ Others (specify)

Firearms Discharge
- ☐ Intentional
- ☐ Accidental

Number of Shots Fired ____
Number of Hits ____

❯ If this officer used force against more than two subjects in this incident, attach additional USE OF FORCE REPORTS.

| Signature: | Date:<br>05/31/2023 |
|---|---|
| Print Supervisor Name: Avery, Lieutenant Amika L | Supervisor Signature: A. Avery |

7/2001

| **Milwaukee County Sheriff's Office** | | | **Supplemental Report** | |
|---|---|---|---|---|
| Incident Report Number:<br>23-105220 | Incident Location:<br>949 N 9th St, Milwaukee, WI, 53233 | | | Incident Date:<br>05/31/2023 |
| New Incident: | | Original Offense - 1: | New Offense - 1: | New Offense - 2: |

**NARRATIVE**

On 05/31/2023, I Deputy Raul Rivera, Badge 624, while in full uniform was assigned as a movement deputy at the Milwaukee County Jail, 949 N. 9th st Milwaukee, Wisconsin 53233.

At approximately 1810 I responded to the 6th floor control for an inmate that was in possession of illegal contraband in his cell. This individual Knight, Keenan (M/B, ███████████) was currently in a non contact booth and was talking to Lt. Avery. A short time later it was determined that Mr. Knight was going to be transported to 4A for disciplinary reasons.

I then retrieved the keys to unlock the door so that Mr. Knight can be placed in rip- restraints for transport. I then opened the door slightly while placing my left foot on the door and asked Mr. Knight to comply and place his hands out of the door to be hand-cuffed, Mr. Knight refused, myself along with Lt. Avery and Officer Te, Williams, Officer Taylor continued giving our legal verbal commands for him to comply.

Lt. Avery then made an all-call for additional officers due to Mr. Knight not complying, eventually other officers arrived on scene and Mr. Knight's hand were cuffed but the belt was not secured around his waist. Mr. Knight was angry, screaming, and resisting. Mr. Knight was subsequently decentralized to the floor due to his actions. Mr. Knight continued to resist while on the ground I then attempted to secure his right leg so that the restraints could be applied, moments later Officer Taylor deployed his taser and it was successful. Mr. Knight was restrained and calmed down. I then notified Master Control of the Code X taser deployment.

| Reporting Officer(s):<br>Rivera, Dep Raul E. | | Payroll Number :<br>RERRR | Report Date:<br>06/01/2023 |
|---|---|---|---|
| Reviewed by:<br>Avery, Lieutenant Amika I | Payroll Number :<br>alaaa | Copy To: | Page:<br>1 Of 2 |

# Milwaukee County Sheriff's Office
## USE OF FORCE REPORT

### A. Incident Information

| Date | Time | Day of Week | Location | INCIDENT NUMBER |
|---|---|---|---|---|
| 05/31/2023 | 18:14:00 | Wednesday | 949 N 9th St | 23-105220 |

Type of Incident
- ☐ Crime in progress
- ☐ Domestic
- ☐ Other dispute
- ☐ Suspicious person
- ☐ Traffic stop
- ☑ Other (specify)

### B. Officer Information

| Name (Last, First, Middle) | | Badge # | Sex | Race | Age | Injured | Killed |
|---|---|---|---|---|---|---|---|
| Rivera, Dep Raul E | | 624 | M | W | | No | No |
| Rank | Duty assignment | Years of service | On-Duty | | Uniform | | |
| Deputy Sheriff | Milwaukee County Jail | 26Y 6M | Yes | | Yes | | |

### C1. Subject 1 (List only the person who was the subject of the use of force by officer listed in Section B.)

| Name (Last, First, Middle) | Sex | Race | Age | Weapon | Injured | Killed |
|---|---|---|---|---|---|---|
| Knight, Keenan Terrell | Male | B | 33 | No | No | No |

| | Arrested | Charges |
|---|---|---|
| ☐ Under the influence<br>☐ Other unusual condition (specify) | No | |

Subject's actions (check all that apply)
- ☑ Resisted police officer control
- ☐ Physical threat/attack on officer or another
- ☐ Threatened/attacked officer or another with blunt object
- ☐ Threatened/attacked officer or another with knife/cutting object
- ☐ Threatened/attacked officer or another with motor vehicle
- ☐ Threatened officer or another with firearm
- ☐ Fired at officer or another
- ☐ Other (specify)

Officer's use of force toward this subject (check all that apply)
- ☐ Compliance hold
- ☐ Hands/fists
- ☐ Kicks/feet
- ☐ Chemical/natural agent
- ☐ Strike/use baton or other object
- ☐ Canine
- ☑ Others (specify)  Other

Firearms Discharge
- ☐ Intentional
- ☐ Accidental

Number of Shots Fired _____
Number of Hits      _____

### C2. Subject 2 (List only the person who was the subject of the use of force by officer listed in Section B.)

| Name (Last, First, Middle) | Sex | Race | Age | Weapon | Injured | Killed |
|---|---|---|---|---|---|---|
| | | | | | | |

| | Arrested | Charges |
|---|---|---|
| ☐ Under the influence<br>☐ Other unusual condition (specify) | | |

Subject's actions (check all that apply)
- ☐ Resisted police officer control
- ☐ Physical threat/attack on officer or another
- ☐ Threatened/attacked officer or another with blunt object
- ☐ Threatened/attacked officer or another with knife/cutting object
- ☐ Threatened/attacked officer or another with motor vehicle
- ☐ Threatened officer or another with firearm
- ☐ Fired at officer or another
- ☐ Other (specify)

Officer's use of force toward this subject (check all that apply)
- ☐ Compliance hold
- ☐ Hands/fists
- ☐ Kicks/feet
- ☐ Chemical/natural agent
- ☐ Strike/use baton or other object
- ☐ Canine
- ☐ Others (specify)

Firearms Discharge
- ☐ Intentional
- ☐ Accidental

Number of Shots Fired _____
Number of Hits      _____

❯ If this officer used force against more than two subjects in this incident, attach additional USE OF FORCE REPORTS.

| Signature: | Date: 05/31/2023 |
|---|---|
| Print Supervisor Name: Avery, Lieutenant Amika L | Supervisor Signature: A. Avery |

7/2001

| Incident Report Number:<br>23-105220 | Incident Location:<br>949 N 9th St, Milwaukee, WI, 53233 | | Incident Date:<br>05/31/2023 |
|---|---|---|---|
| New Incident: | Original Offense - 1:<br>R639 | New Offense - 1: | New Offense - 2: |

**NARRATIVE**

**On Wednesday May 31, 2023, I, Lieutenant Amika Avery (Lt.), was assigned to work in full uniform, on 2nd shift (1400 - 2230 hours), for the Milwaukee County Sheriff's Office, at the Milwaukee County Jail (MCJ), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin when the following incident occurred:**

I received a phone call from Officer Saavedra advising me; he observed several occupants standing by the visiting booths in housing unit 6B. He also observed the electrical outlet burnt and smelled smoke. Officer Saavedra immediately closed his housing unit, and all occupants were secured in their cells except occupant **Knight**, Keenan (M/B, ▮▮▮▮▮▮ Bkg#21-016014). I instructed Officer Saavedra to send **Knight** to the 6th Floor Control and have him secured in a non-contact booth.

At approximately 1745 hours, Officer Te. Williams, Officer Taylor and I responded to the housing unit. Officer Te. Williams and Officer Taylor searched occupant **Knight's** cell#36. Officer Te. Williams recovered 4 New Port Cigarettes, 1 razor and 2 pieces of paper with tobacco. Captain Hannah responded on scene and took photos with his agency issued phone. At approximately 1810 hours, Captain Hannah departed off the floor, Officer Te, Williams, Officer Taylor and Deputy Rivera and I tried to create a dialogue with **knight** because he was refusing to class move to housing unit 4A -pending discipline.

At approximately 1812 hours, I made an all call for additional staff to responded. Officer Dortch responded and tried to create a dialogue with K**night. Knight** hands were secured but, when Officer Te. Williams tried to secure the belt around K**night's** waist; he tensed up and started to resist. Officer Te . Williams used the training technique of secured the head decentralizing him to the ground. **Knight** had grab Officer Te. Williams' collar and Officer Te. Williams ordered him to let it go but, **Knight** refused. I attempted to apply a pressure point to **Knight's** right ear but, it was not successful. I then delivered 2 strong side arm focus strikes to **Knight's** lower abdominal. Officer Dortch moved me out of the way because Officer Taylor unholstered his taser. At approximately 1814 hours, Officer Taylor deployed his taser striking K**night** in the buttocks and lower back and it was effective.

At approximately 1817 hours, RN Samantha Markwardth and RN April Choma responded. At approximately 1818 hours, RN April Choma removed both prongs; however, **Knight** refused medical assessment. At approximately 1823 hours, Officer Taylor secured **Knight's** left arm and Officer Leflore secured his right arm

| Reporting Officer(s):<br>Avery, Lieutenant Amika L. | | Payroll Number :<br>alaaa | Report Date:<br>06/01/2023 |
|---|---|---|---|
| Reviewed by:<br>Jones, Lieutenant Rodgina | Payroll Number :<br>REJRJ | Copy To: | Page:<br>1 Of 2 |

# Milwaukee County Sheriff's Office

**Continuation**

Incident Report Number
23-105220

Incident Location:
949 N 9th St, Milwaukee, WI, 53233

Incident Date:
05/31/2023

and Officer Dortch secured the Ripp Belt while he was being escorted to housing unit 4A.

At approximately 1827 hours, **Knight** changed over into red linen and secured in his assigned cell #09 without incident.

Reporting Officer(s):
Avery, Lieutenant Anika L.

Payroll Number;

Pages:
2 of 2

Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 20 of 24    Document 34-2

Exhibit 2, p. 20

## Milwaukee County Sheriff's Office

**Supplemental Report**

| Incident Report Number:<br>23-105220 | Incident Location:<br>949 N 9th St, Milwaukee, WI, 53233 | | Incident Date:<br>05/31/2023 |
|---|---|---|---|
| New Incident: | Original Offense - 1:<br>R639 | New Offense - 1: | New Offense - 2: |

**SUMMARY**

Recovered Contraband/ Use of Force (Code X)

**NARRATIVE**

On Wednesday, May 31,*2023,* I, Correctional Officer (CO)Shunta Dangerfield Badge# 615, was assigned to work in full duty uniform on 2nd shift (1800-2200 hours) for the Milwaukee County Sheriff's Office (MCSO) at the Criminal Justice Facility (CJF), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin, when the following incident occurred:

At approximately 1812 hours, I CO Dangerfield observed occupant Keenan Knight, booking number 21-016014, (M/B, ▓▓▓▓▓▓, SPN#363357,  fighting with responding officers. I than witnessed Occupant Knight being resistant when Correctional Officer (CO) Jordan Taylor, Correctional Officer (CO) Deone Dortch and Correctional Officers (CO) Terrell Williams was attempting to secure Occupant Knight in a rip restraint belt. That's when Correctional Officer (CO) Terrell Williams attempted to secure Occupant Knight head to decentralize him to the ground and as Officer Williams was doing this, Occupant Knight grabbed Officer Williams hands as they lowered him to the ground. I officer Dangerfield grabbed Occupant Knight right hand in attempt to free Officer Williams from Occupant knight. As we were on the ground, attempting to gain compliance, Occupant knight continued to be resistive, that's when Officer Taylor gained compliance and we were able to secure him in the the waist restraint belt.

| Reporting Officer(s):<br>Dangerfield, Officer Shunta L. | Payroll Number :<br>SLDSD | Report Date:<br>06/12/2023 |
|---|---|---|
| Reviewed by:<br>Avery, Lieutenant Amika I | Payroll Number :<br>alaaa | Copy To: | Page:<br>1 Of 1 |

| **Milwaukee County Sheriff's Office** | **Supplemental Report** |
|---|---|

| Incident Report Number:<br>23-105220 | Incident Location:<br>949 N 9th St, Milwaukee, WI, 53233 | Incident Date:<br>05/31/2023 |
|---|---|---|

| New Incident: | | Original Offense - 1: | New Offense - 1: | New Offense - 2: |
|---|---|---|---|---|

**SUMMARY**

Securing inmate

**NARRATIVE**

On Monday May 31st I, Correctional Officer (CO) Jeffery Leflore, was assigned to work in full uniform, on 2nd shift (1400-2230) for the Milwaukee County Sheriff's Office, at the Milwaukee County Jail (MCJ), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin.

I responded to the 6th floor control to assist fellow staff in securing Knight, Keenan (M/B, ███████, Bkg#21-016014) the inmate was on the floor partially secured in a RIPP belt. I assisted the inmate to his feet and properly secured the inmate in the RIPP belt. After the belt was secured, the inmate became uncooperative with staff, so we secured the inmate to the wall. The inmate decided to comply and follow orders. I assisted and escorted the inmate to housing unit 4A where he was housed and secured without further incident.

Nothing further to report.

| Reporting Officer(s):<br>Leflore, Officer Jeffery | Payroll Number :<br>JLJXL | Report Date:<br>06/12/2023 |
|---|---|---|
| Reviewed by:<br>Avery, Lieutenant Amika I | Payroll Number :<br>alaaa | Copy To: | Page:<br>1 Of 2 |

## Milwaukee County Sheriff's Office

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| 23-105220 | 949 N 9th St, Milwaukee, WI, 53233 | 05/31/2023 |

**NAMES**

**Inmate**

    Knight, Keenan Terrell  B/M-33 of ████████████████████
    DOB: ███████████
    HT: 604    WT: 265    Hair: Black
    Eyes: Brown    Complexion: Medium Brown

    Phone 1: ████████████

**Assisting Correctional Officer**
    Leflore, CO Jeffery  B/M of 949 North 9th Street, Milwaukee,WI,53233

================================================================================

# Milwaukee County Sheriff's Office

**Supplemental Report**

| Incident Report Number: 23-105220 | Incident Location: 949 N 9th St, Milwaukee, WI, 53233 | | Incident Date: 05/31/2023 |
|---|---|---|---|
| New Incident: | Original Offense - 1: R639 | New Offense - 1: | New Offense - 2: |

**SUMMARY**

On Wednesday, 05/31/2023 I Correctional Officer (CO) D.Dortch and additional staff, was assigned to work in full uniform, on second shift (0600-1430 hours), for the Milwaukee County Sheriff's Office, at the Milwaukee County Jail (MCJ) located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin.

At approximately 1812 hours, A all call was made for additional staff to responded. I Officer Dortch responded and tried to create a dialogue with K**night. Knight** hands were secured but, when Officer Te. Williams tried to secure the belt around K**night's** waist; he tensed up and started to resist. Officer Te . Williams used the training technique of secured the head decentralizing him to the ground. **Knight** had grab Officer Te. Williams' collar and Officer Te. Williams ordered him to let it go but, **Knight** refused, LT.AVERY attempted to apply a pressure point to **Knight's** right ear but, it was not successful. she then delivered 2 strong side arm focus strikes to **Knight's** lower abdominal. I Officer Dortch moved LT. AVERY out of the way because Officer Taylor unholstered his taser. At approximately 1814 hours, Officer Taylor deployed his taser striking K**night** in the buttocks and lower back and it was effective. At approximately 1817 hours, RN Samantha Markwardth and RN April Choma responded. At approximately 1818 hours, RN April Choma removed both prongs; however, **Knight** refused medical assessment. At approximately 1823 hours, Officer Taylor secured **Knight's** left arm and Officer Leflore secured his right arm and i Officer Dortch secured the Ripp Belt while he was being escorted to housing unit 4A.

| Reporting Officer(s): Dortch, Officer Deone S. | | Payroll Number : DSDDD | Report Date: 06/30/2023 |
|---|---|---|---|
| Reviewed by: Avery, Lieutenant Amika I | Payroll Number : alaaa | Copy To: | Page: 1 Of 1 |