# EXHIBIT #3

(This video exhibit will be filed conventially)