# EXHIBIT #4

(This video exhibit will be filed conventially)