

# Disciplinary Incident List - CJF

**Incident# :** 22-002189  **Incident Date/Time :** 03/02/2022 19:33  **Incident Status :** Closed
**SPN# :** 363357  **Inmate Name :** Knight, Keenan Terrell  **DOB :** ▉  **S/R :** M/B
**Reporting Officer :** AJJAJ  - Jones, Officer Alice J
**Hearing Officer :** MKSMK  - Sawczuk, Lieutenant Mary K  **Hearing Date/Time :** 3/4/2022 10:50 AM

**Offense(s)**

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J838 | Possession Of A Weapon Or Dangerous Instrument | GUILTY |
| Major | J820 | Failure To Comply With Strip Search Procedure | NOT GUILTY |
| Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | GUILTY |
| Major | J802 | Disobeying Verbal/Written Orders From Staff | NOT GUILTY |

**Incident# :** 22-005203  **Incident Date/Time :** 06/03/2022 18:00  **Incident Status :** Closed
**SPN# :** 363357  **Inmate Name :** Knight, Keenan Terrell  **DOB :** ▉  **S/R :** M/B
**Reporting Officer :** WBGWG  - Grisby, Officer Willie B Jr
**Hearing Officer :** -  **Hearing Date/Time :**

**Offense(s)**

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J855 | Use Of Obscene Language To Staff | |
| | | *Incident Summary:* cursing towards staff | |
| Major | J834 | Physical Assault Inmate On Staff | |
| | | *Incident Summary:* assaulted two officers during the scuffle en route to 4D | |
| Major | J819 | Failure To Comply With Classification Procedures | |
| | | *Incident Summary:* refusing to go to 4D | |
| Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |
| | | *Incident Summary:* officers had to respond from their assigned locations | |
| Major | J812 | Committing An Act Which Necessitates A Security Search By Staff | |
| | | *Incident Summary:* Knight was searched by officers | |
| Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | |
| | | *Incident Summary:* threats to staff and using profanity towards staff | |
| Major | J802 | Disobeying Verbal/Written Orders From Staff | |
| | | *Incident Summary:* refusing to lock in | |

**Incident# :** 22-006623  **Incident Date/Time :** 08/04/2022 18:29  **Incident Status :** Closed
**SPN# :** 363357  **Inmate Name :** Knight, Keenan Terrell  **DOB :** ▉  **S/R :** M/B
**Reporting Officer :** AJJAJ  - Jones, Officer Alice J
**Hearing Officer :** -  **Hearing Date/Time :**

**Offense(s)**

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J852 | Threats To Another Person | |
| Major | J846 | Refusing An Order To Go To Bunk/Cell | |
| Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | |
| Major | J802 | Disobeying Verbal/Written Orders From Staff | |



# Disciplinary Incident List - CJF

| Incident# : 22-010253 | Incident Date/Time : 11/28/2022 22:39 | Incident Status : Closed |
|---|---|---|
| SPN# : 363357 | Inmate Name : Knight, Keenan Terrell | DOB : ▉  S/R : M/B |
| Reporting Officer : JBJCB | - Baisden, Officer Jimmy CT | |
| Hearing Officer : MKSMK | - Sawczuk, Lieutenant Mary K | Hearing Date/Time : 11/30/2022 11:37 AM |

Offense(s)

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J822 | Fighting | NOT GUILTY |
| Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | GUILTY |
| Major | J809 | Assault | NOT GUILTY |

| Incident# : 22-010609 | Incident Date/Time : 12/08/2022 15:53 | Incident Status : Closed |
|---|---|---|
| SPN# : 363357 | Inmate Name : Knight, Keenan Terrell | DOB : ▉  S/R : M/B |
| Reporting Officer : MYMXY | - Young, Officer Matthew | |
| Hearing Officer : BNSBS | - Stadler, Captain Brian N | Hearing Date/Time : 12/10/2022 7:43 PM |

Offense(s)

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J856 | Violation Of Posted Facility Policy/Procedure | GUILTY |
| Major | J855 | Use Of Obscene Language To Staff | GUILTY |
| Major | J846 | Refusing An Order To Go To Bunk/Cell | GUILTY |
| Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | GUILTY |
| Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | GUILTY |
| Major | J802 | Disobeying Verbal/Written Orders From Staff | GUILTY |
| Major | J801 | Being In Unauthorized Area | GUILTY |

| Incident# : 23-003394 | Incident Date/Time : 04/15/2023 13:09 | Incident Status : Closed |
|---|---|---|
| SPN# : 363357 | Inmate Name : Knight, Keenan Terrell | DOB : 0▉  S/R : M/B |
| Reporting Officer : AODAD | - Owens-Davis, Officer Alexus L | |
| Hearing Officer : tlcct | - Cunningham, Captain Terina L | Hearing Date/Time : 4/17/2023 2:40 AM |

Offense(s)

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J856 | Violation Of Posted Facility Policy/Procedure | GUILTY |
| Major | J822 | Fighting | NOT GUILTY |
| Major | J812 | Committing An Act Which Necessitates A Security Search By Staff | GUILTY |
| Major | J809 | Assault | GUILTY |
| Incident Summary : | | assaulted another occupant in the gym with other occupants | |
| Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | NOT GUILTY |
| Incident Summary : | | Verbally disrespected Sgt Pachmayer while trying to get him to changed over | |
| Major | J802 | Disobeying Verbal/Written Orders From Staff | GUILTY |
| Incident Summary : | | Stated in rules there is to be no fighting | |
| Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | GUILTY |

| Incident# : 23-005001 | Incident Date/Time : 05/31/2023 17:20 | Incident Status : Closed |
|---|---|---|
| SPN# : 363357 | Inmate Name : Knight, Keenan Terrell | DOB : ▉  S/R : M/B |



# Disciplinary Incident List - CJF

Printed On: 09/28/23 07:25

| | | | |
|---|---|---|---|
| **Reporting Officer** | : QDSQS | - Saavedra, Officer Quentin D | |
| **Hearing Officer** | : MKSMK | - Sawczuk, Lieutenant Mary K | **Hearing Date/Time :** 6/4/2023 4:37 AM |

**Offense(s)**

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J849 | Tamper With Any Permanent Building Fixture | NOT GUILTY |
| Major | J837 | Possession And/Or Use Of Smoking Materials | NOT GUILTY |
| Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | NOT GUILTY |
| Major | J810 | Committing Any Act That Requires Staff To Use Force Against An Inmate | NOT GUILTY |
| Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | NOT GUILTY |
| Major | J802 | Disobeying Verbal/Written Orders From Staff | NOT GUILTY |
| Major | J801 | Being In Unauthorized Area | NOT GUILTY |

| | | | |
|---|---|---|---|
| **Incident# :** 23-005885 | **Incident Date/Time :** 06/26/2023 19:18 | **Incident Status :** Closed | |
| **SPN# :** 363357 | **Inmate Name :** Knight, Keenan Terrell | **DOB :** | **S/R :** M/B |
| **Reporting Officer** | : TDLTD | - Dyson, Officer Taveonn L | |
| **Hearing Officer** | : TETNE | - Evans, Captain Telia | **Hearing Date/Time :** 6/29/2023 10:45 AM |

**Offense(s)**

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J854 | Throwing/Projecting Any Item Or Substance | GUILTY |
| **Incident Summary :** | | occupant threw urine on the occupant | |
| Major | J853 | Throwing, Smearing, Or Intentional Misplacement Of Any Bio-Hazard Substance | NOT GUILTY |
| **Incident Summary :** | | occupant threw urine | |
| Major | J846 | Refusing An Order To Go To Bunk/Cell | GUILTY |
| **Incident Summary :** | | occupant was asked to return to his cell. instead of him returning to his cell he ran to the shower | |
| Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | GUILTY |
| **Incident Summary :** | | staff had to come from their assigned post to lock occupant in | |
| Major | J812 | Committing An Act Which Necessitates A Security Search By Staff | NOT GUILTY |
| **Incident Summary :** | | officers searched his cell | |
| Major | J809 | Assault | NOT GUILTY |
| **Incident Summary :** | | occupant knight threw urine on the occupant through his cell | |
| Major | J805 | Presenting False Information To Staff | NOT GUILTY |
| **Incident Summary :** | | occupant said he did not dash the victim | |

| | | | |
|---|---|---|---|
| **Incident# :** 23-006511 | **Incident Date/Time :** 07/15/2023 19:17 | **Incident Status :** Closed | |
| **SPN# :** 363357 | **Inmate Name :** Knight, Keenan Terrell | **DOB :** | **S/R :** M/B |
| **Reporting Officer** | : SMMMS | - Mallett, Officer Shaquieka M | |
| **Hearing Officer** | : - | | **Hearing Date/Time :** |

**Offense(s)**

| Type | Offense | Description | Disposition |
|---|---|---|---|
| Major | J846 | Refusing An Order To Go To Bunk/Cell | |
| Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |
| Major | J802 | Disobeying Verbal/Written Orders From Staff | |