

**4A 09**

**CMS Findings**

Initial hearing was held on *(date)* __7-17-2023__ at *(time)* __1100__ regarding inmate
SPN: **363357**          Inmate: **Knight, Keenan Terrell**
and violations of below listed County Jail Rules.

| Current Housing Assignment: **4A-B09-1L** | Days in Latest Assignment: **46 Days** |
|---|---|

**Hearing Offenses**

| Offense(s) | Disposition (circle one) |
|---|---|
| **1** | Guilty    (Not Guilty)    Modified to _____ |
|  | ____ days disciplinary confinement consecutive / concurrent to # _____ |
| J802 | Disobeying Verbal/Written Orders From Staff |
| **2** | (Guilty)    Not Guilty    Modified to _____ |
|  | ____ days disciplinary confinement consecutive / concurrent to # _____ |
| J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility |
| **3** | Guilty    Not Guilty    Modified to _____ |
|  | ____ days disciplinary confinement consecutive / concurrent to # _____ |
| J846 | Refusing An Order To Go To Bunk/Cell |

| **TOTAL** | ____ days disciplinary confinement |
|---|---|
|  | ____ days credit for time already served |
|  | ____ balance of disciplinary confinement |

| Inmate to be reclassified on *(date)*: __7-17-2023__ |
|---|

**Hearing Officer's Notes** Hearing conducted in 4A. Video
of incident reviewed. I found guilty
on some of the above offenses. I
provided a copy of the rules violation
and hearing disposition sheet.

You are entitled to appeal this hearing **in writing to the Jail Commander (or designee) within 5 days** of this date.

Inmate provided a copy of **CMS FINDINGS** on Date: __7-17-2023__ Time: _____

Hearing Officer's Signature: __Captain Evans #8__     PFCode: __tehe__

ADJ until (date): _____     Reason: _____

MKE rev. 05/09/2022          ** Confidential - Unauthorized Use Prohibited **

**Exhibit 6, p. 1**

1 of 1



Exhibit 6, p. 2



**CMS Major Disciplinary Incident Report**

**Report Status: Submitted**

| | | | |
|---|---|---|---|
| Incident# | : 23-006511 | Incident Date/Time | : 07/15/2023 19:17 |
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell |
| Date of Birth | : ▮▮▮▮ | Sex/Race | : M/B |

| | Building | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|
| Location | : CJF | 4A | 4A | 4A-B09 | |
| Reporting Officer | : SMMMS | Date/Time : 07/16/2023 10:49 | | | |
| Associated Incident | : | Cell Assign : 4A-B09-1L | | | |

Sanction Start and End Dates/Times:

**Offense**

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 07/15/2023 19:17 | Major | J846 | Refusing An Order To Go To Bunk/Cell | |
| 07/15/2023 19:17 | Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |
| 07/15/2023 19:17 | Major | J802 | Disobeying Verbal/Written Orders From Staff | |

**Details**

| Report | Officer | Date/Time |
|---|---|---|
| CJF Initial Incident | SMMMS | 07/16/2023 16:26 |

On Saturday, July 15, 2023, I, Correctional Officer (CO) Mallet, was assigned to work in full duty uniform in 4A on 2nd shift (1400-2230 hours) for the Milwaukee County Sheriff's Office (MCSO) at the Criminal Justice Facility (CJF), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin, when the following incident occurred:

At approximately 1815 hours, while assign to 4A pod, I asked occupant Knight, Keenan Terrell (M/B, DOB ▮▮▮▮, booking number 21-016014) to lock in early. After asking him to lock in he told me (J802)(J846). "Naw you going have to call it in because why I gotta end my rec early." I radio master control right away.

At approximately 1818 hours, responding staff on scene Captain Hannah, LT Payne, Officer Kee Hodges, Officer L. Bell, LT Alexander and LT Ybarro (J813). Knight was assistant back to his cell by responding staff.

End of report, nothing further to report.

_S. Mallet_
Reporting Officer Signature

07/16/2023 10:49
Date / Time

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Case 2:23-cv-00886-NJ Filed 08/01/24 Page 3 of 118 Document 34-6

Exhibit 6, p. 3



Δ unable to sign
_Inmate Signature_

7/16/23 1437
_Date / Time_

LT _____ Page 30
_Supervisor Signature_

7/18/23 1437
_Date / Time_

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 4 of 118   Document 34-6
Confidential – Unauthorized Use Prohibited

Exhibit 6, p. 4



4A 09

**CMS Findings**

Printed On: 06/29/23 11:07

**Initial hearing was held on** *(date)* 0-29-23 **at** *(time)* 1045 **regarding inmate**

**SPN: 363357       Inmate: Knight, Keenan Terrell**

**and violations of below listed County Jail Rules.**

| Current Housing Assignment: 4A-B09-1L | Days in Latest Assignment: 29 Days |
|---|---|

**Hearing Offenses**

| Offense(s) | Disposition *(circle one)* |
|---|---|
| **1**<br><br>J805 | Guilty    (Not Guilty)    Modified to _____<br>_____ days disciplinary confinement consecutive / concurrent to #_____<br>Presenting False Information To Staff |
| **2**<br><br>J809 | Guilty    (Not Guilty)    Modified to _____<br>_____ days disciplinary confinement consecutive / concurrent to #_____<br>Assault |
| **3**<br><br>J812 | Guilty    (Not Guilty)    Modified to _____<br>_____ days disciplinary confinement consecutive / concurrent to #_____<br>Committing An Act Which Necessitates A Security Search By Staff |
| **4**<br><br>J813 | (Guilty)    Not Guilty    Modified to _____<br>_____ days disciplinary confinement consecutive / concurrent to #_____ KRO3<br>Committing Any Act That Disrupts The Orderly Operation Of The Facility |
| **5**<br><br>J846 | (Guilty)    Not Guilty    Modified to _____<br>_____ days disciplinary confinement consecutive / concurrent to # 4.29<br>Refusing An Order To Go To Bunk/Cell |
| **6**<br><br>J853 | Guilty    (Not Guilty)    Modified to _____<br>_____ days disciplinary confinement consecutive / concurrent to #_____<br>Throwing, Smearing, Or Intentional Misplacement Of Any Bio-Hazard Substance |
| **7**<br><br>J854 | (Guilty)    Not Guilty    Modified to _____<br>_____ days disciplinary confinement consecutive / concurrent to #_____<br>Throwing/Projecting Any Item Or Substance |

| **TOTAL** | _____ days disciplinary confinement |
|---|---|
| | _____ days credit for time already served |
| | _____ balance of disciplinary confinement |
| | Inmate to be reclassified on *(date)*: 7-3-2023 |

Exhibit 6, p. 6



**CMS Findings**

**Hearing Officer's Notes:** Hearing conducted in 4A at Cell door #9. He found guilty on some of the above offenses Video, report and supervisor email reviewed. I provided a copy of rules violation and hearing disposition sheet.

You are entitled to appeal this hearing **in writing** to the Jail Commander (or designee) **within 5 days** of this date.

Inmate provided a copy of **CMS FINDINGS** on Date: 6-29-2023 Time: _____

Hearing Officer's Signature: Captain Evans #8  PFCode: tetra

ADJ until (date): _____  Reason: _____

MKE rev. 05/09/2022  ** Confidential - Unauthorized Use Prohibited

Exhibit 6, p. 7

2 of 2

Exhibit 6, p. 8



**CMS Major Disciplinary Incident Report**

**Report Status: Submitted**

| | | | | | | |
|---|---|---|---|---|---|---|
| Incident# | : 23-005885 | Incident Date/Time | : 06/26/2023 19:18 | | | |
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell | | | |
| Date of Birth | : 2/18/1990 | Sex/Race | : M/B | | | |

| | Building | | | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|---|---|
| Location | : CJF | | | 4A | 4A | 4A-B09 | |
| Reporting Officer | : TDLTD | | Date/Time : 06/26/2023 21:25 | | | | |
| Associated Incident | : | | Cell Assign : 4A-B09-1L | | | | |

Sanction Start and End Dates/Times:

**Offense**

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 06/26/2023 19:18 | Major | J854 | Throwing/Projecting Any Item Or Substance | |
| Incident Summary : | occupant threw urine on the occupant | | | |
| 06/26/2023 19:18 | Major | J853 | Throwing, Smearing, Or Intentional Misplacement Of Any Bio-Hazard Substance | |
| Incident Summary : | occupant threw urine | | | |
| 06/26/2023 19:18 | Major | J846 | Refusing An Order To Go To Bunk/Cell | |
| Incident Summary : | occupant was asked to return to his cell. instead of him returning to his cell he ran to the shower | | | |
| 06/26/2023 19:18 | Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |
| Incident Summary : | staff had to come from their assigned post to lock occupant in | | | |
| 06/26/2023 19:18 | Major | J812 | Committing An Act Which Necessitates A Security Search By Staff | |
| Incident Summary : | officers searched his cell | | | |
| 06/26/2023 19:18 | Major | J809 | Assault | |
| Incident Summary : | occupant knight threw urine on the occupant through his cell | | | |
| 06/26/2023 19:18 | Major | J805 | Presenting False Information To Staff | |
| Incident Summary : | occupant said he did not dash the victim | | | |

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

IMSD rev. 09/12/2018    ** Confidential - Unauthorized Use Prohibited **    Exhibit 6, p. 9    1 of 2

Exhibit 6, p. 10



**CMS Major Disciplinary Incident Report**

**Details**

| Report | Officer | Date/Time |
|---|---|---|
| Supplemental Report | SUTUS | 06/26/2023 22:13 |

On Monday, June 26th 2023, I, Correctional Officer (CO) T. Dyson was assigned to work in full uniform, on Second Shift (1400 - 2230 hours), for the Milwaukee County Sheriff's Office, at the Milwaukee County Jail (MCJ), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin.

During recreation time Occupant Keenan Knight (M/B, DOB 02/18/1990 BKG 21-016014) was viewed on camera throwing Urine on Cell 6 .

Officers called Operations to confirm if the occupant was throwing Urine into the occupant cell, Operations reviewed the camera and confirm that he was.

Occupant Knight was then Ordered to come to the door and Officers asked him why did he throw urine on the occupant, Knight Then presented false information to staff and said he didn't throw anything on the occupant.

Knight was then ordered to lock-in he refused and went into the shower area and started showering, Additional staff arrived to secure occupant Knight in his cell Occupant was Compliant.

| Supplemental Report | SUTUS | | 06/26/2023 22:13 |
|---|---|---|---|

_T. Dy_
Reporting Officer Signature

06/26/2023 21:25
Date / Time

Inmate Signature

Date / Time

_Lt. Tolliver #42_
Supervisor Signature

_6-42-2023   2232_
Date / Time

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

IMSD rev. 09/12/2018                    ** Confidential - Unauthorized Use Prohibited **                    2 of 2

Exhibit 6, p. 12

# Request Report - CLOSED

| | |
|---|---|
| Request Number: 109846 | Submitted: 6/5/23 4:38 pm |
| Inmate Number: 2021016014 | Type: GRIEVANCES |
| Inmate Secondary Number: | Sub Type: POLICY AND PROCEI |
| Inmate Name: Keenan Knight | |
| Initial Location: CJF 4A 1L | Current Location: CJF 4A 1L |

| Stamp | | |
|---|---|---|
| Action Detail | | User |

**6/5/2023 4:38:04PM**
ORIGINAL REQUEST:
I am appealing my disciplinary hearing decision. On 5/31/2023 I was placed on adseg/disciplinary status for several rule violations and moved from 6b to 4a pending a disciplinar hearing. On 6/02/2023 at approx 11:30 ¡ a lieutenant came to do my hearing and I informed him that I Never Got A copy of and advance notice of the violation and that I do not waive the 24 hours advance notice. On 6/04/2023 at 4:40 am Lt sawczuk came to he my Ticket And I Informed her that its been longer than 72 hrs

**6/6/2023 7:05:34AM**      TRTMR
GROUP ASSIGNED CHANGED
TO CLASSIFICATION

**6/11/2023 6:57:29AM**      KHKMH
RESPONSE:
You appeal has been forwarded to LT. Sawczuk

**6/11/2023 6:57:29AM**      KHKMH
CLOSED:
Your appeal will be forwarded to Captain Duckert for review.

**6/12/2023 3:24:03PM**
INMATE APPEAL:
Lt. Sawczuk is the lieutenant who heard my ticket and I addressed my issues with her at the time of hearing... The doc 350 establish the the jails are to make and have a policy and procedure for conducting disciplinary hearings... The Milwaukee county handbook under disciplinary hearings state that when a inmate is charged with a J800 violation that the inmate be informed of the rule violations at least 24 hours in advance of a disciplinary hearing unless waived by inmate and that the disciplinary hearing will be scheduled and heard within 3 days. When the 3 days granted to conduct a disciplinary hearing expires the violation are suppose to be dismissed.

**6/19/2023 8:10:57AM**      JRDJD
RESPONSE:
Your appeal will be forwarded to Captain Duckert for review.

**6/19/2023 8:10:57AM**      JRDJD
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [WCDWD] Duckert, William

**6/20/2023 8:29:38AM**      WCDWD
RESPONSE:
This violation was removed from your file due to not having a hearing in a timely manner. Capt. Duckert

**6/20/2023 8:29:38AM**      WCDWD
CLOSED:
This violation was removed from your file due to not having a hearing in a timely manner. Capt. Duckert

Exhibit 6, p. 13

Exhibit 6, p. 14

# ~~ADMINISTRATIVE~~ SEGREGATION/PROTECTIVE CUSTODY STATUS REPORT

NAME Knight, Kreenan      DOB 2-18-90      BOOKING # 21-016014

## STATUS

☒ Administrative Segregation      ☐ Protective Custody

## JUSTIFICATION

☐ Repeated violent conduct or actions

☐ Institutional behavior problem

☐ Threat to self, other inmates, or staff

☐ Requires protection from other inmates

☐ Court-ordered separation

☒ Other _____

**FILE COPY**

Comments Per LT. Avery for Institutional behavior

Signature(s) Boyd

R. Jangft   R. Zawotelb #220 6/9/23

Date placed on current status: 5-31-23

## REVIEW

Requests to have status reviewed may be submitted in writing to Classification.

Maximum/protective custody status will be reviewed monthly by the Classification Committee.

REVIEW #1 _____

_____

DATE _____ SIGNATURE _____

REVIEW #2 _____

_____

DATE _____ SIGNATURE _____

REVIEW #3 _____

_____

DATE _____ SIGNATURE _____

MAXPROT
Rev. 09/01/02

Exhibit 6, p. 16



**CMS Findings**

6/4/2023    0457    

## Initial hearing was held on *(date)* 06/08/2023 at *(time)* 2850 regarding inmate

**SPN:** 363357     **Inmate:** **Knight, Keenan Terrell**

### and violations of below listed County Jail Rules.

| Current Housing Assignment: **4A-B09-1L** | Days in Latest Assignment: **2 Days** |
|---|---|

### Hearing Offenses

| Offense(s) | Disposition *(circle one)* |
|---|---|
| **1** <br><br> J801 | Guilty    (Not) Guilty    Modified to _____ <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Being In Unauthorized Area |
| **2** <br><br> J802 | (Guilty)    Not Guilty    Modified to 5·31 — 6/2 <br> 2 days disciplinary confinement consecutive / concurrent to # _____ <br> Disobeying Verbal/Written Orders From Staff |
| **3** <br><br> J807 | (Guilty) /10    Not Guilty    Modified to 6.2 — 6/2 <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member |
| **4** <br><br> J810 | (Guilty) /10    Not Guilty    Modified to 6/12 — 6/22 <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Committing Any Act That Requires Staff To Use Force Against An Inmate |
| **5** <br><br> J813 | (Guilty) 2    Not Guilty    Modified to 6/22 / 6/24 <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Committing Any Act That Disrupts The Orderly Operation Of The Facility |
| **6** <br><br> J837 | (Guilty) 4    Not Guilty    Modified to 6.24 — 6.28 <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Possession And/Or Use Of Smoking Materials |
| **7** <br><br> J849 | Guilty    (Not Guilty)    Modified to _____ <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Tamper With Any Permanent Building Fixture |

| **TOTAL** | 28 days disciplinary confinement <br> 4 days credit for time already served    05/31 <br> 24 28 balance of disciplinary confinement |
|---|---|
| | Inmate to be reclassified on (date): _____ June 28th 2023 |

**Exhibit 6, p. 17**

Exhibit 6, p. 18



**CMS Findings**

**Hearing Officer's Notes:** D stated that he did not receive a copy of his rules violation. D provided w/ a copy. D refuse to waive the 24-hour hearing notice. D advised that his hearing would be conducted tomorrow, Saturday, 06/03/2023

We on the Unit, CO smelled smoke, They take me in Hallway in Booth They searched my Room & found cigarettes, I don't know where they got it?

You are entitled to appeal this hearing **in writing** to the Jail Commander (or designee) **within 5 days** of this date.

Inmate provided a copy of **CMS FINDINGS** on Date: 06/04/2023    Time: Saw CBWF

Hearing Officer's Signature: Capt B Scott    PFCode: BNS(R)

ADJ until (date): _____    Reason: _____

Exhibit 6, p. 19

Exhibit 6, p. 20



## CMS Major Disciplinary Incident Report

### Report Status: Pending Hearing

| | | | | | | |
|---|---|---|---|---|---|---|
| Incident# | : 23-005001 | Incident Date/Time | : 05/31/2023 17:20 | | | |
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell | | | |
| Date of Birth | : 2/18/1990 | Sex/Race | : M/B | | | |

| | Building | | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|---|
| Location | : CJF | | 6B | 6B | 6B36 | |
| Reporting Officer | : QDSQS | | Date/Time : 05/31/2023 17:20 | | | |
| Associated Incident | : | | Cell Assign : 4A-B09-1L | | | |

Sanction Start and End Dates/Times:

**Offense**

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 05/31/2023 17:20 | Major | J849 | Tamper With Any Permanent Building Fixture | |
| 05/31/2023 17:20 | Major | J837 | Possession And/Or Use Of Smoking Materials | |
| 05/31/2023 17:20 | Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |
| 05/31/2023 17:20 | Major | J810 | Committing Any Act That Requires Staff To Use Force Against An Inmate | |
| 05/31/2023 17:20 | Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | |
| 05/31/2023 17:20 | Major | J802 | Disobeying Verbal/Written Orders From Staff | |
| 05/31/2023 17:20 | Major | J801 | Being In Unauthorized Area | |

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 21 of 118    Document 34-6

** Confidential - Unauthorized Use Prohibited **

Exhibit 6, p. 21

Exhibit 6, p. 22



**Details**

| Report | Officer | Date/Time |
|---|---|---|
| CJF Initial Incident | QDSQS | 06/02/2023 03:00 |
| CJF Initial Incident | QDSQS | 06/02/2023 14:49 |

On *Wednesday, 5/31/2023, I Correctional Officer Saavedra, Badge# 157292 was assigned to work in full duty uniform on 2nd shift (1400-2230 hours) for the Milwaukee County Sheriff's Office (MCSO) at the Criminal Justice Facility (CJF), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin, when the following incident occurred:

Occupant Knight, Keenan spn: 363357 had been caught with smoking materials in pod 6B at approximately 1720, after making LT Avery aware of the situation, Knight was placed in a hallway booth while he awaited to be class moved to 4A. At approximately 1812 hours LT Avery made an all call for additional staff due to Knights aggressive behavior. While attempting to secure a RIPP belt on Knight, he started to become more combative. After Officer Dortch tried to deescalate the situation by telling him to calm down and to voice his issue, his hands were successfully secured but when Officer T.E Williams attempted to secure the RIPP belt on Knights waist, he tensed up and started became combative again.

Moments after, Knight fell to the ground while Officer Taylor and Officer Dortch struggled to place him in the RIPP belt. Deputy Rivera along with myself, Officer Saavedra, began to hold his legs down in attempts to stop him from moving. Officer Te. Williams used the training technique and secured his head decentralizing him to the ground. Knight had begun to pull on Officer Te. Williams' collar, and in response to get Knight to let go, Lt Avery tried to apply a pressure point technique to Knight's right ear but unsuccessful, followed by 2 strong side arm focus strikes to Knights lower abdomen. Officer Dortch noticed Officer Taylor unholster his taser, so he advised all the responding staff to move out of the way. At approximately 1814 hours, Officer Taylor deployed his taser striking Knight in the buttocks and lower back and was effective, which after he received the proper medical attention. Knight was successfully secured in a RIPP belt and was then class moved to 4A with no further issues.

End of report.

Q. Saavedra
_____
Reporting Officer Signature

05/31/2023 17:20
_____
Date / Time

_____
Inmate Signature

_____
Date / Time

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 24



Supervisor Signature

Lt Avery

Date / Time

6/2/23  19 47

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 25 of 118    Document 34-6

Exhibit 6, p. 25

Exhibit 6, p. 26

Fw: UOF CODE X

Sawczuk, Mary <Mary.Sawczuk@milwaukeecountywi.gov>
Fri 6/2/2023 10:09 AM
To:DL MCSO Classification Unit <MCSOClassificationUnit@milwaukeecountywi.gov>

Mary K. Sawczuk, Lieutenant
Milwaukee County Sheriff's Office
Detention Services Bureau
mary.sawczuk@milwaukeecountywi.gov
Work-(414) 226-7059
Cell-(414) 305-1951
Fax-(414) 226-7099

**From:** Ybarra, Noel Jr. <Noel.Ybarra@milwaukeecountywi.gov>
**Sent:** Thursday, June 1, 2023 7:04 AM
**To:** DL MCSO Jail Lieutenants <MCSOJailLieutenants@milwaukeecountywi.gov>; DL MCSO Jail Captains
<MCSOJailCaptains@milwaukeecountywi.gov>; DL MCSO Jail Sergeants
<MCSOJailSergeants@milwaukeecountywi.gov>
**Cc:** SH CJF Video Evidence <CJFVideoEvidence@milwaukeecountywi.gov>
**Subject:** Re: UOF CODE X

Good morning,

All video evidence associated to this incident was tagged and uploaded to evidence.com.

Respectfully,

Noel Ybarra
Lieutenant
Milwaukee County Sheriff's Office
Criminal Justice Facility
949 N. 9th St.
Milwaukee, WI 53233
P: 414-226-7201
C: 414-372-6185

**From:** Avery, Amika <Amika.Avery@milwaukeecountywi.gov>
**Sent:** Wednesday, May 31, 2023 8:34 PM
**To:** DL MCSO Jail Lieutenants <MCSOJailLieutenants@milwaukeecountywi.gov>; DL MCSO Jail Captains
<MCSOJailCaptains@milwaukeecountywi.gov>; DL MCSO Jail Sergeants
<MCSOJailSergeants@milwaukeecountywi.gov>; DL MCSO Jail 4D Transport
<MCSOJail4DTransport@milwaukeecountywi.gov>

Exhibit 6, p. 28

Cc: DL MCSO MajorIncident <MCSOMajorIncident@milwaukeecountywi.gov>; SH CJF Video Evidence <CJFVideoEvidence@milwaukeecountywi.gov>
**Subject:** UOF CODE X

Incident: Contraband recovered/UOF CODE X
RMS# 23-105220-UOF
 Supervisor: Lt. Avery
Occupant:  Knight, Keenan (M/B, 2/18/1990, Bkg#21-016014)
Initial Reporting Officer: Te. Williams
Supplemental Reporting Staff: Lt. Avery, Officer Jo. Taylor, Officer Dortch, Officer Leflore, Officer Saaverdra and Deputy Rivera
Date: 5/31/23
Time:1814

On today's date, I received a phone call from Officer Saavedra advising me; he observed several occupants standing by the visiting booths in housing unit 6B. He also observed the electrical outlet burnt and smelled smoke. Officer Saavedra immediately closed his housing unit, and all occupants were secured in their cells except occupant **Knight**, Keenan (M/B, 2/18/1990, Bkg#21-016014). I instructed Officer Saavedra to send **Knight** to the 6th Floor Control and have him secured in a non-contact booth.

At approximately 1745 hours, Officer Te. Williams, Officer Taylor and I responded to the housing unit. Officer Te. Williams and Officer Taylor searched occupant **Knight's** cell#36. Officer Te. Williams recovered 4 New Port Cigarettes, 1 razor and 2 pieces of paper with tobacco. Captain Hannah responded on scene and took photos with his agency issued phone. At approximately 1810 hours, Captain Hannah departed off the floor, Officer Te, Williams, Officer Taylor and Deputy Rivera and I tried to create a dialogue with **knight** because he was refusing to class move to housing unit 4A -pending discipline.

At approximately 1812 hours, I made an all call for additional staff to responded. Officer Dortch responded and tried to create a dialogue with K**night. Knight** hands were secured but, when Officer Te. Williams tried to secure the belt around K**night's** waist; he tensed up and started to resist. Officer Te . Williams used the training technique of secured the head decentralizing him to the ground.  **Knight** had grab Officer Te. Williams' collar and Officer Te. Williams ordered him to let it go but, **Knight** refused. I attempted to apply a pressure point to **Knight's** right ear but, it was not successful. I then delivered 2 strong side arm focus strikes to **Knight's** lower abdominal. Officer Dortch moved me out of the way because Officer Taylor unholstered his taser. At approximately 1814 hours, Officer Taylor deployed his taser striking K**night** in the buttocks and lower back and it was effective.

At approximately 1817 hours, RN Samantha Markwardth and RN April Choma responded. At approximately 1818 hours, RN April Choma removed both prongs; however, **Knight** refused medical assessment. At approximately 1823 hours, Officer Taylor secured **Knight's** left arm and Officer Leflore secured his right arm and Officer Dortch secured the Ripp Belt while he was being escorted to housing unit 4A.

At approximately 1827 hours, **Knight** changed over into red linen and secured in his assigned cell #09 without incident.


Captain Hannah was notified***

Captain Hannah took photos with his agency issued phone***

Exhibit 6, p. 29

Exhibit 6, p. 30

Mcknight will be placed on AD SEG after discipline.....

6th Floor Control Camera footage 1744-1824

Respectfully Yours,

*Corrections Lieutenant Amika Avery #327*
*Milwaukee County Sheriff's Office*
*949 N. 9th Street*
*Milwaukee, WI 53233*
*(414) 226-7047O)*
(414) 226-7280(F)

**From:** Hannah, Michael <Michael.Hannah@milwaukeecountywi.gov>
**Sent:** Wednesday, May 31, 2023 6:54 PM
**To:** Avery, Amika <Amika.Avery@milwaukeecountywi.gov>
**Subject:**

Outlook for iOS

Exhibit 6, p. 32



6C 27

**CMS Findings**

**Initial hearing was held on** *(date)* **4/17/23** **at** *(time)* **0440** **regarding inmate**

**SPN: 363357** **Inmate: Knight, Keenan Terrell**

**and violations of below listed County Jail Rules.**

| Current Housing Assignment: 6C27-1L | Days in Latest Assignment: 118 days |
|---|---|

**Hearing Offenses**

| Offense(s) | Disposition *(circle one)* |
|---|---|
| **1** J802 | Guilty   Not Guilty   Modified to  4.15 — 4.20. ___ days disciplinary confinement consecutive / concurrent to #_____ Disobeying Verbal/Written Orders From Staff |
| **2** J807 | Guilty   Not Guilty   Modified to ___ ___ days disciplinary confinement consecutive / concurrent to #_____ Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member |
| **3** J809 | Guilty   Not Guilty   Modified to  4.20. — 4.30 ___ days disciplinary confinement consecutive / concurrent to #_____ Assault |
| **4** J812 | Guilty   Not Guilty   Modified to  4.30 — 5.3 23 ___ days disciplinary confinement consecutive / concurrent to #_____ Committing An Act Which Necessitates A Security Search By Staff |
| **5** J813 | Guilty   Not Guilty   Modified to  5.3-23 — 5.8.23 ___ days disciplinary confinement consecutive / concurrent to #_____ Committing Any Act That Disrupts The Orderly Operation Of The Facility |
| **6** J822 | Guilty   Not Guilty   Modified to ___ ___ days disciplinary confinement consecutive / concurrent to #_____ Fighting |
| **7** J856 | Guilty   Not Guilty   Modified to  58-23 — 5-9-23 ___ days disciplinary confinement consecutive / concurrent to #_____ Violation Of Posted Facility Policy/Procedure |

| **TOTAL** | 24 days disciplinary confinement 2 days credit for time already served 22 balance of disciplinary confinement |
|---|---|

Inmate to be reclassified on *(date)*: **May 11, 2023**    5/9/23



**CMS Findings**

Printed On: 04/16/23 20:14

**Hearing Officer's Notes:** Video of incident was reviewed. Δ is observed on camera assaulting another occupant. Δ guilty based on video. TC9

You are entitled to appeal this hearing **in writing** to the Jail Commander (or designee) **within 5 days** of this date.

Inmate provided a copy of **CMS FINDINGS** on Date:______ Time:______

Hearing Officer's Signature: Cunningham #9 PFCode:______

ADJ until (date):______ Reason:______

## CMS Major Disciplinary Incident Report

### Report Status: Pending Hearing

| | | | |
|---|---|---|---|
| Incident# | : 23-003394 | Incident Date/Time | : 04/15/2023 13:09 |
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell |
| Date of Birth | : 2/18/1990 | Sex/Race | : M/B |

| | Building | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|
| Location | : CJF | 6C | 6C | 6C27 | |
| Reporting Officer | : AODAD | Date/Time : 04/15/2023 13:09 | | | |
| Associated Incident | : | Cell Assign : 6C27-1L | | | |

Sanction Start and End Dates/Times:

### Offense

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 04/15/2023 13:09 | Major | J856 | Violation Of Posted Facility Policy/Procedure | |
| 04/15/2023 13:09 | Major | J822 | Fighting | |
| 04/15/2023 13:09 | Major | J812 | Committing An Act Which Necessitates A Security Search By Staff | |
| 04/15/2023 13:09 | Major | J809 | Assault | |
| Incident Summary : | assaulted another occupant in the gym with other occupants | | | |
| 04/15/2023 13:09 | Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | |
| Incident Summary : | Verbally disrespected Sgt Pachmayer while trying to get him to changed over | | | |
| 04/15/2023 13:09 | Major | J802 | Disobeying Verbal/Written Orders From Staff | |
| Incident Summary : | Stated in rules there is to be no fighting | | | |
| 09/16/2022 13:09 | Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |

### Details

| Report | Officer | Date/Time |
|---|---|---|
| CJF Initial Incident | AODAD | 04/16/2023 16:38 |

On Saturday, April 15th, 2023, I, Correctional Officer (CO) Owens-Davis, was assigned to work in full uniform, on mid-shift (1000-1830 hours), for the Milwaukee County Sheriff's Office, at the Milwaukee County Jail (MCJ), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin.

At approximately 1046 hours, while assigned to Pod 6C, I observed inmate Anderson and inmate Knight having an aggressive verbal altercation with each other. I spoke with both inmates to sort out the issue. Both Anderson and Knight cooperated and agreed to cease the issue.

At approximately 1159 hours, I observed inmate Anderson departing the gym, walking into the dayroom with blood running from his face. I then observed inmate

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 35

IMSD rev. 09/12/2018       ** Confidential - Unauthorized Use Prohibited **       1 of 3



## CMS Major Disciplinary Incident Report

Knight walking out of the gym with blood on his shirt. I ordered my pod to lock-in, I turned the dayroom lights, phones and TV's off and immediately notified Master Control, via radio, of a fight that occurred in the 6B/C gym. At this time inmate Knight approached inmate Anderson in the dayroom in a boxer stance attempting to strike Anderson. Anderson then picked up a dayroom chair and threw it at inmate Knight, striking him in the face.

The following COs arrived on scene to assist: CO Blue, CO Bruemmer, CO Greer, CO Polk, Segregant (SGT) Pachmayer, Deputy Stegall, Lieutenant (LT) Montano, LT Hein, LT Emanuele, Registered Nurse (RN) Wysocki, RN Watson and Captain Evans.

Inmate Anderson was searched and then medically assessed by registered nurse (RN) Wysocki and (RN) Watson. He was then conveyed to Sinai Hospital for stitches.
Inmate Knight was changed over into red disciplinary clothing, his property was secured, and he was secured back in his assigned cell 27, pending discipline.
Inmate Williams and Stokes were both changed over into disciplinary clothing, their property was secured, and they were both escorted out of housing unit 6C to the sixth-floor control awaiting a new housing assignment, pending discipline. Inmate Smith was changed over into disciplinary clothing, his property was secured, and he was secured back in his assigned cell 32 pending discipline.

After reviewing camera footage inmate Anderson was seen in the 6B/C gym, playing basketball, when inmate Knight approached him and began to swing, striking inmate Anderson in the face with a closed fist. Anderson began to put himself in a ball-up position attempting to protect himself, he was then assaulted by the following inmates Williams, Smith and Stokes with closed fists, striking Anderson in the face repeatedly.

I Officer Owens-Davis secured all inmates property and removed it from the pod.

AFIS officer Blue took photos of both inmates and any possible injuries that may have sustained during the physical altercation.

End of report, nothing further to report.

04/15/2023 13:09

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.



## CMS Major Disciplinary Incident Report

_Reporting Officer Signature_

_Date / Time_

_Inmate Signature_

_Date / Time_

LT. EMANUELE #22
_Supervisor Signature_

4-16-2023   1821
_Date / Time_

**Per DOC 350.24:**

- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

 Case 2:23-cv-00886-NJ* Confidential - Unauthorized Use Prohibited Filed 08/01/24   Page 37 of 118   Document 34-6 Exhibit 6, p. 37   3 of 3

Exhibit 6, p. 38



**Initial hearing was held on** (date) 12/10/2022 **at** (time) 1705 **regarding inmate**

SPN: 363357          Inmate: **Knight, Keenan Terrell**

**and violations of below listed County Jail Rules.**

| Current Housing Assignment: 4D-C30-1L | Days in Latest Assignment: 0 Days |
| --- | --- |

**Hearing Offenses**

| Offense(s) | Disposition (circle one) | | | |
| --- | --- | --- | --- | --- |
| **1** | (Guilty) | Not Guilty | Modified to | 12-8 — 12-9 |
| | | | 1 days disciplinary confinement consecutive / concurrent to #_____ |
| J801 | Being In Unauthorized Area | | | |
| **2** | (Guilty) | Not Guilty | Modified to | 12-9 — 12-10 |
| | | | 1 days disciplinary confinement consecutive / concurrent to #_____ |
| J802 | Disobeying Verbal/Written Orders From Staff | | | |
| **3** | (Guilty) | Not Guilty | Modified to | 12·10 — 12·11 |
| | | | 1 days disciplinary confinement consecutive / concurrent to #_____ |
| J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | | | |
| **4** | (Guilty) | Not Guilty | Modified to | 12-11 — 12-12 |
| | | | 1 days disciplinary confinement consecutive / concurrent to #_____ |
| J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | | | |
| **5** | (Guilty) | Not Guilty | Modified to | 12·12 — 12·13 |
| | | | 1 days disciplinary confinement consecutive / concurrent to #_____ |
| J846 | Refusing An Order To Go To Bunk/Cell | | | |
| **6** | (Guilty) | Not Guilty | Modified to | 12·13 — 12·1 |
| | | | 1 days disciplinary confinement consecutive / concurrent to #_____ |
| J855 | Use Of Obscene Language To Staff | | | |
| **7** | (Guilty) | Not Guilty | Modified to | 12·14 — 12·15 |
| | | | 1 days disciplinary confinement consecutive / concurrent to #_____ |
| J856 | Violation Of Posted Facility Policy/Procedure | | | |

| **TOTAL** | 7 days disciplinary confinement |
| --- | --- |
| | 2 days credit for time already served |
| | 5 balance of disciplinary confinement |

Inmate to be reclassified on (date): 12/14/2022

MKE rev. 05/09/2022          ** Confidential - Unauthorized Use Prohibited **          Exhibit 6, p. 39          1 of 2



Exhibit 6, p. 40



**CMS Findings**

**Hearing Officer's Notes:** ∆ stated he did not receive a copy of his rules violation, but per 4D staff, he refused to take a copy of it. It was read to him in it's entirety. ∆ admits to rules violation but states the disrespect was not towards the officer. ∆ states he did not want to be on the 3rd floor due to it being intake. ∆ found guilty of rules violation and is to be class moved on 12/14/2022.

You are entitled to appeal this hearing **in writing** to the Jail Commander (or designee) **within 5 days** of this date.

Inmate provided a copy of **CMS FINDINGS** on Date: 12/10/2022 Time: 1725

Hearing Officer's Signature: Capt B/Stadler PFCode: BNSBS

ADJ until (date): _____ Reason: _____

** Confidential - Unauthorized Use Prohibited

Exhibit 6, p. 41

Exhibit 6, p. 42



# CMS Major Disciplinary Incident Report

**Report Status: Pending Hearing**

| | | | | | |
|---|---|---|---|---|---|
| Incident# | : 22-010609 | Incident Date/Time | : 12/08/2022 15:53 | | |
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell | | |
| Date of Birth | : 2/18/1990 | Sex/Race | : M/B | | |

| | Building | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|
| Location | : CJF | 3B | 3B | 3B40 | |
| Reporting Officer | : MYMXY | Date/Time : 12/08/2022 20:40 | | | |
| Associated Incident | : | Cell Assign : 4D-C30-1L | | | |

Sanction Start and End Dates/Times:

**Offense**

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 12/08/2022 15:53 | Major | J856 | Violation Of Posted Facility Policy/Procedure | |
| 12/08/2022 15:53 | Major | J855 | Use Of Obscene Language To Staff | |
| 12/08/2022 15:53 | Major | J846 | Refusing An Order To Go To Bunk/Cell | |
| 12/08/2022 15:53 | Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |
| 12/08/2022 15:53 | Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | |
| 12/08/2022 15:53 | Major | J802 | Disobeying Verbal/Written Orders From Staff | |
| 12/08/2022 15:53 | Major | J801 | Being In Unauthorized Area | |

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 44



## CMS Major Disciplinary Incident Report

### Details

| Report | Officer | | Date/Time |
|---|---|---|---|
| CJF Initial Incident | MYMXY | | 12/08/2022 20:44 |

On Thursday, December 8, 2022, I, Correctional Officer (CO) Young, was assigned to work in full duty uniform on 2nd shift (1400-2230 hours) for the Milwaukee County Sheriff's Office (MCSO) at the Criminal Justice Facility (CJF), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin, when the following incident occurred:

I was assigned to General Population Housing Unit 3B when the following incident occurred:

At approximately 1553 hours I ordered occupant KNIGHT, KEENAN T (M/B; DOB 02/18/1990; Bkg# 21-016014) to lock in due to being verbally disrespectful by calling me a "stupid ass bitch". Occupant Knight then stated, "Call it in. I ain't fucking locking in." I gave occupant Knight several chances to comply with my orders to lock in. After failing to comply with my orders I called Master Control via radio of a refusal to lock in. This disrupted the orderly operation of the jail due to other staff needing to assist with the refusal in my unit.

At approximately 1555 hours the following Correctional Officers (CO) arrived on scene: CO Gomez, Deputy Obene, Lieutenant (LT) Quantrell, LT Tyler and LT Neuman. Once on scene CO Gomez and Deputy Obene secured occupant Knight and escorted him to the vestibule to be where he was searched.

At approximately 1557 occupant Knight was then escorted to Disciplinary Housing Unit 4D where he changed into red disciplinary clothing without incident. No officers were injured. No occupants were injured.

All of the occupant's property was packed up by myself, CO Young. Then Deputy Murphy came into Housing Unit 3B at approximately 1715 hours and secured occupant Knight's property and brought it to 4D.

_MVoy_ _____
Reporting Officer Signature

**12/08/2022 20:40**
Date / Time

_inable to sign_ _____
Inmate Signature

_____
Date / Time

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 45 of 118   Document 34-6

**Exhibit 6, p. 45**

**Confidential - Unauthorized Use Exempt**

Exhibit 6, p. 46



**CMS Major Disciplinary Incident Report**

LT. Tyler #40
_____
Supervisor Signature

12-08-2022  2050
_____
Date / Time  Hows

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 47

Exhibit 6, p. 48



**CMS Findings**

**Initial hearing was held on** *(date)* ___11/30/2022___ **at** *(time)* ___1137___ **regarding inmate**

**SPN: 363357    Inmate: Knight, Keenan Terrell**

**and violations of below listed County Jail Rules.**

| Current Housing Assignment: 4D-C33-1L | Days in Latest Assignment: 1 Days |
|---|---|

**Hearing Offenses**

| Offense(s) | Disposition *(circle one)* |
|---|---|
| **1**  <br> J809 | Guilty    Not Guilty    Modified to _____ <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Assault |
| **2**  <br> J813 | Guilty    Not Guilty    Modified to _____ <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Committing Any Act That Disrupts The Orderly Operation Of The Facility |
| **3**  <br> J822 | Guilty    Not Guilty    Modified to _____ <br> _____ days disciplinary confinement consecutive / concurrent to # _____ <br> Fighting |

| **TOTAL** | ___5___ days disciplinary confinement |
|---|---|
| | ___2___ days credit for time already served |
| | ___3___ balance of disciplinary confinement |
| | Inmate to be reclassified on *(date)* ___12/2/2022___ |

*(handwritten in red: 12-3-22  KNB3)*

**Hearing Officer's Notes:** 5,3 rgrlt

_____ Wit playing cards, I was Breaking in _____
Up we there was a lot of them,

_____

_____

_____

You are entitled to appeal this hearing **in writing** to the Jail Commander (or designee) **within 5 days** of this date.

Inmate provided a copy of **CMS FINDINGS** on Date: ___11/30/2022___  Time: _____

Hearing Officer's Signature: ___L7 MK (7 2-19___  PFCode: ___MK's Mk___

ADJ until (date): _____  Reason: ___Smwl Mk___

Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 49 of 118    Document 34-6

Exhibit 6, p. 49

Exhibit 6, p. 50



## CMS Major Disciplinary Incident Report

Printed On: 11/29/22 11:10

Report Status: Pending Hearing

| | | | | |
|---|---|---|---|---|
| **Incident#** | : 22-010253 | **Incident Date/Time** | : 11/28/2022 22:39 | |
| **SPN#** | : 363357 | **Inmate Name** | : Knight, Keenan Terrell | |
| **Date of Birth** | : 2/18/1990 | **Sex/Race** | : M/B | |

| | Building | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|
| **Location** | : CJF | 5D | 5D | 5D31 | |
| **Reporting Officer** | : JBJCB | **Date/Time** : 11/28/2022 22:40 | | | |
| **Associated Incident** | : | **Cell Assign** : 4D-C33-1L | | | |

**Sanction Start and End Dates/Times:**

### Offense

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 11/28/2022 22:39 | Major | J822 | Fighting | |
| 11/28/2022 22:39 | Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |
| 11/28/2022 22:39 | Major | J809 | Assault | |

### Details

| Report | Officer | | Date/Time |
|---|---|---|---|
| CJF Initial Incident | JBJCB | | 11/29/2022 10:34 |

On Monday, November 28th, I, Correctional Officer (CO) Baisden, was assigned to work in full uniform, on 2nd shift (14:00– 22:30 hours), for the Milwaukee County Sheriff's Office, at the Milwaukee County Jail (MCJ), located at 949 N. 9thStreet, in the City and County of Milwaukee, State of Wisconsin when the following incident occurred:

At approximately 1731 hours, while assigned to Pod 5D, I observed occupant Spencer, Kevin (M/B, DOB ) approach occupant White, Dennis (M/B DOB ) and engage in a verbal altercation that turned physical when occupant White struck occupant Spencer in the face with a closed fist. Inmate Spencer then struck inmate White in the face with a closed fist. I ordered both inmates to stop fighting but both inmates continued to assault each other.

At approximately 1733 I ordered my pod to lock-in and notified Master Control, via radio, of two inmates fighting in the dayroom in Pod 5D. At approximately 1734 occupant Knight, Keenan (M/B DOB ) grabbed occupant Spencer and held him in place while occupant White repeatedly struck him in the face. Occupant Heard, Germaine (M/B DOB ) then joined occupant White in striking occupant Spencer in the face. Multiple occupants then joined the altercation. I then pulled out my Conducted Energy Weapon (CEW) and aimed it at the occupants assaulting Spencer.

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 52



After the occupants stop I went to the door. While heading to the door occupant Spencer started striking occupant heard in the face with closed fists. At approximately 1735 hours the following C Os arrived on scene to assist: CO Jo. Taylor, CO Markiewicz, CO White, Lieutenant (LT) Stadler #326, Captain Hannah #305.

Medical staff arrived on scene at approximately 1737 hours. Occupant Jackson, Ronnie (M/B DOB 12/16/1999;) was immediately escorted out to be taken to the hospital for further evaluation. Medical staff then cleared the remaining occupants involved.

CO Polk entered 5D to escort occupants to the floor control contact booths pending class moves to pods 4D and 4B sub pod A. 4D and 4B are housing units specifically designed to house difficult occupants who pose a potential risk to other officers, occupants, or themselves.

At approximately 1745 hours, the Fighting Policy was given to the entire pod while everyone was locked in their assigned cells.

I secured all involved occupants' property and removed them from the pod.

CO Trotter took pictures of all occupants involved in the fighting and any possible injuries that may have been sustained during the physical altercation.

After reviewing camera footage I saw occupant spencer enter cell 18 at approximately 1730 and take two bags out. Immediately after I saw occupant Hinkle, Matthew (M/B DOB 02/07/1999;) follow behind occupant Jackson into his cell.

End of report, no further information to report.

| | |
|---|---|
| Reporting Officer Signature | 11/28/2022 22:40 |
| | Date / Time |
| | |
| Inmate Signature | Date / Time |

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 54



**CMS Major Disciplinary Incident Report**

_____
Supervisor Signature

_____11/29/22_____ 11/6
Date / Time

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

 Case 2:23-cv-00886-NJ ** Confidential - Unauthorized Use Prohibited ** Filed 08/01/24 Page 55 of 118 Document 34-6 **Exhibit 6, p. 55** 3 of 3

Exhibit 6, p. 56



## CMS Major Disciplinary Incident Report

Printed On: 08/06/22 10:46

| Report Status: Pending Hearing |
|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Incident# | : 22-006623 | Incident Date/Time | : 08/04/2022 18:29 | | | | |
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell | | | | |
| Date of Birth | : 2/18/1990 | Sex/Race | : M/B | | | | |
| | | Building | | Floor | Pod | Cell | Other |
| Location | : CJF | | | 6A | 6A | 6A48 | |
| Reporting Officer | : AJJAJ | | | Date/Time : 08/04/2022 18:30 | | | |
| Associated Incident | : | | | Cell Assign : 4D-C31-1L | | | |

Sanction Start and End Dates/Times:

### Offense

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 08/04/2022 18:29 | Major | J852 | Threats To Another Person | |
| 08/04/2022 18:29 | Major | J846 | Refusing An Order To Go To Bunk/Cell | |
| 08/04/2022 18:29 | Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | |
| 08/04/2022 18:29 | Major | J802 | Disobeying Verbal/Written Orders From Staff | |

NO Hearing held

Matthews

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

x

IMSD rev. 09/12/2018

x

** Confidential - Unauthorized Use Prohibited **

Exhibit 6, p. 57

1 of 2

No Hearing Held

Matthew

Exhibit 6, p. 58



## CMS Major Disciplinary Incident Report

### Details

| Report | Officer | Date/Time |
|---|---|---|
| CJF Initial Incident | AJJAJ | 08/04/2022 23:32 |

On Thursday, August 4th, 2022 I, Correctional Officer (CO) A. Jones, was assigned to work in full duty uniform on Mid shift (1000 1830- hours) for the Milwaukee County Sheriff's Office (MCSO) at the Criminal Justice Facility (CJF), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin, when the following incident occurred:

I was assigned to work in housing unit 6A when the following occurred

At approximately 1505 hours I along with my trainee CO Branzolwski was serving dinner trays in housing unit 6A when inmate Keenan Knight (M/B DOB 2/15/1990 BKG## 21-016014) became disruptive in the dayroom. Knight arrived at my desk shouting and slamming his hand on my desk stating " Bitch I'm the one who said you was petty". after asking Knight to lock inside his cell multiple times inmate Knight disobeyed verbal orders and became very disrespectful. Inmate Knight stated "Bitch call them people I'm not doing shit" I CO Jones notified master control via radio for a refusal to lock in and ordered my dayroom to shut down and turned off the phones. Inmate Knight began to walk on the side of my desk and make verbal threats to slap and shoot me in the face. After giving Knight multiple orders to lock in I withdrew my Electronic conducted energy weapon while giving him commands to step away from my desk.

Due to this refusal to lock in, this caused a disruption in daily jail operations causing other Officers to leave their assigned posts to respond.

Inmate Knight was taken to 4D pending a discipline hearing. All property was packed and escorted to 4D, property room along with a rule's violations.

End of Report, no officers were injured. No inmates were injured needlessly.

| | |
|---|---|
| _Reporting Officer Signature_ | 08/04/2022 18:30 |
| | _Date / Time_ |
| _Inmate Signature_ | |
| | _Date / Time_ |
| L.T. Emanuele #22 | 8-6-22 · 1115 |
| _Supervisor Signature_ | _Date / Time_ |

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 60



## CMS Major Disciplinary Incident Report

Printed On: 06/05/22 21:36

### Report Status: Submitted

| | | | |
|---|---|---|---|
| Incident# | : 22-005203 | Incident Date/Time | : 06/03/2022 18:00 |
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell |
| Date of Birth | : 2/18/1990 | Sex/Race | : M/B |

| | Building | | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|---|
| Location | : CJF | | 4D | 4D | 4D-B19 | |
| Reporting Officer | : WBGWG | | Date/Time : 06/05/2022 20:42 | | | |
| Associated Incident | : | | Cell Assign : 4D-B19-1L | | | |

Sanction Start and End Dates/Times:

### Offense

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 06/03/2022 18:00 | Major | J855 | Use Of Obscene Language To Staff | |
| Incident Summary : | cursing towards staff | | | |
| 06/03/2022 18:00 | Major | J834 | Physical Assault Inmate On Staff | |
| Incident Summary : | assaulted two officers during the scuffle en route to 4D | | | |
| 06/03/2022 18:00 | Major | J819 | Failure To Comply With Classification Procedures | |
| Incident Summary : | refusing to go to 4D | | | |
| 06/03/2022 18:00 | Major | J813 | Committing Any Act That Disrupts The Orderly Operation Of The Facility | |
| Incident Summary : | officers had to respond from their assigned locations | | | |
| 06/03/2022 18:00 | Major | J812 | Committing An Act Which Necessitates A Security Search By Staff | |
| Incident Summary : | Knight was searched by officers | | | |
| 06/03/2022 18:00 | Major | J807 | Verbally/Physicallily Demonstrate Disrespect To An Officer Or Staff Member | |
| Incident Summary : | threats to staff and using profanity towards staff | | | |
| 06/03/2022 18:00 | Major | J802 | Disobeying Verbal/Written Orders From Staff | |
| Incident Summary : | refusing to lock in | | | |

*No hearing held*

*K11353*

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. Inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearin
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due p hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major di be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the all violation.

The inmate has the right to appeal the hearing decision within 14 days.

Case 2:23-cv-00886-NJ ** Confidential - Unauthorized Use ** Filed 08/01/24 Page 61 of 118 Document 34-6

Exhibit 6, p. 61

Exhibit 6, p. 62



## CMS Major Disciplinary Incident Report

Printed On: 06/05/22 21:36

### Details

| Report | Officer | Date/Time |
|--------|---------|-----------|
| CJF Initial Incident | WBGWG | 06/05/2022 20:47 |

On, Friday, June 3, 2022, I, Officer Grisby , was assigned to work in full duty uniform on 2nd shift (1400-2230 hours) for the Milwaukee County Sheriff's Office (MCSO) at the Criminal Justice Facility (CJF), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin, when the following incident occurred:

During a refusal to lock-in in housing unit 5B, Occupant Keenan T. Knight (2/18/1990, BLK/M, 21-016014) was escorted out of the cell into the vestibule by Myself and Officer Leflore along with the responding staff of Lieutenant(LT) Yabarra, LT. Quantrell, Inspector Dobson, Officer Barry, and Captain (Cpt) Beal. Once inside a pat down search was conducted to ensure that there were no weapons or contraband on his persons. Occupant Knight was then transitioned into a R.I.P.P restraint belt. Occupant Knight was then told he would be going to 4D due to refusing to lock in and pushing out on an officer in the housing unit. Occupant Knight became very aggressive and angry, Officer LeFlore and myself began to escort Knight out of the vestibule to 4D when he suddenly used a dead weight tactic. During this altercation both Officer Leflore and Inspector Dobson were both injured. Immediately Cpt. Beal ordered us to perform thread the needle tactic to assist to escorting someone who is actively resisting to walk normally. Thread the needle was not successful as Knight caught his balance and began twisting and turning, Knight was then taken to the ground to gain compliance. once he calmed down Officer LeFlore and myself along with other staff assisted Knight to his feet and we began our way to 4D (disciplinary housing unit). We made it to the hallway and Knight began to refuse again get aggressive.

We made it into the elevator and Knight began to twist and pull away from staff. Knight was guided towards the wall where he was secured until we reached the 4th floor. Once on the floor and off the elevator Knight continued to resist and pull away. due to his aggressiveness and the restraint chair was brought out to the inner door of housing unit 4D. all staff assisted in helping secure occupant Knight into the restraint chair. Knight received medical attention for the restraint chair, and he was cleared and remained in the chair with no further incident.

| | |
|---|---|
| _Reporting Officer Signature_ | 06/05/2022 20:42 <br> _Date / Time_ |
| _Inmate Signature_ | _Date / Time_ |
| _Supervisor Signature_ | _Date / Time_ |

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 64

*Classification*
## ADMINISTRATIVE SEGREGATION/PROTECTIVE CUSTODY STATUS REPORT

NAME Knight, Keenan          DOB 2/18/1990     BOOKING # 21-016014

## STATUS

☒ Administrative Segregation          ☐ Protective Custody

## JUSTIFICATION

☐ Repeated violent conduct or actions

☐ Institutional behavior problem

☐ Threat to self, other inmates, or staff

☐ Requires protection from other inmates

☐ Court-ordered separation

☒ Other _____

Comments   Assault to Staff per LT. Ybarra

Signature(s)   [signature] Martin #679          Date placed on current status: 6/3/2022

## REVIEW

Requests to have status reviewed may be submitted in writing to Classification.

Administrative segregation/protective custody status will be reviewed monthly by the Classification Committee.

REVIEW #1 _____

DATE _____     SIGNATURE _____

REVIEW #2 _____

DATE _____     SIGNATURE _____

REVIEW #3 _____

DATE _____     SIGNATURE _____

ADSEGPROT
Rev. 09/01/02

Exhibit 6, p. 66



**CMS Findings**

**Initial hearing was held on** *(date)* ___03/04/2022___ **at** *(time)* ___1050___ **regarding inmate**

| SPN: 363357 | Inmate: Knight, Keenan Terrell |

**and violations of below listed County Jail Rules.**



| Current Housing Assignment: 4D-B05-1L | Days in Latest Assignment: 1 Days |

**Hearing Offenses**

| Offense(s) | Disposition *(circle one)* |
|---|---|
| **1** | Guilty  *Not Guilty* (circled)  Modified to _____ |
| | _____ days disciplinary confinement consecutive / concurrent to # _____ |
| J802 | Disobeying Verbal/Written Orders From Staff |
| **2** | *Guilty* (circled)  Not Guilty  Modified to  3.2.22 — 3.12.22 |
| | 10  days disciplinary confinement consecutive / concurrent to # _____ |
| J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member |
| **3** | Guilty  *Not Guilty* (circled)  Modified to _____ |
| | _____ days disciplinary confinement consecutive / concurrent to # _____ |
| J820 | Failure To Comply With Strip Search Procedure |
| **4** | *Guilty* (circled)  Not Guilty  Modified to  3.12.22 — 3/17/22 |
| | 5  days disciplinary confinement consecutive / concurrent to # _____ |
| J838 | Possession Of A  Weapon Or Dangerous Instrument |

| **TOTAL** | 15  days disciplinary confinement |
|---|---|
| | 2  days credit for time already served |
| | 13  balance of disciplinary confinement |
| | Inmate to be reclassified on *(date)*:  03/17/2022 |

**Hearing Officer's Notes:**

I used it to line my hair
IT wasn't a weapon
I had razors in my grease

You are entitled to appeal this hearing **in writing** to the Jail Commander (or designee) **within 14 days** of this date.

Inmate provided a copy of **CMS FINDINGS** on Date: ___03/04/2022___  Time: _____



**CMS Findings**

Hearing Officer's Signature: _____ LT MK _____ PFCode: _____ MKSMK _____

ADJ until (date): _____     Reason: _____ SANCAle _____

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 68 of 118   Document 34-6

Exhibit 6, p. 68



## CMS Major Disciplinary Incident Report

**Details**

| Report | Officer | Date/Time |
|--------|---------|-----------|
| CJF Initial Incident | AJJAJ | 03/02/2022 00:00 |

On Wednesday, March 2, 2022, I, Correctional Officer (CO) A. Jones, was assigned to work in full duty uniform on Mid Shift (1000 -1830 hours) for the Milwaukee County Sheriff's Office (MCSO) at the Criminal Justice Facility (CJF), located at 949 N. 9th Street, in the City and County of Milwaukee, State of Wisconsin, when the following incident occurred:

I was assigned to work in housing unit 5a When the following occurred

At approximately 1910 hours while doing a shakedown in pod 5A Inmate Keenan Knight (M/B DOB 2/18/1990 BKG# 21-016014) became disruptive in the dayroom, while being searched by CO. Polke, CO. Kuklinski conducted a search of knight cell and confiscated some hair jam along with two razor inside the jam. Knight became very disruptive and disrespectful to staff along with making verbal threats to staff while his cell was being searched by CO. Kuklunski.

Due to inmate Knight becoming disruptive, this caused a disruption in daily jail operations causing other Officers to leave their assigned posts to respond.

He was taken to 4D pending a discipline hearing. All property was packed and escorted to 4D, property room along with a rule's violations.

End of Report, no officers were injured. No inmates were injured needlessly.

Reporting Officer Signature

Inmate Signature

Date / Time

3/4/22

Date / Time

**Per DOC 350.24:**

- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.



**CMS Major Disciplinary Incident Report**

| **Report Status: Pending Hearing** |
|---|

| Incident# | : 22-002189 | Incident Date/Time | : 03/02/2022 19:33 |
|---|---|---|---|
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell |
| Date of Birth | : 2/18/1990 | Sex/Race | : M/B |

| | Building | | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|---|
| Location | : CJF | | 5A | 5A | 5A43 | |
| Reporting Officer | : AJJAJ | | Date/Time : | | | |
| Associated Incident | : | | Cell Assign : 4D-B05-1L | | | |

Sanction Start and End Dates/Times:

**Offense**

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 03/02/2022 19:33 | Major | J838 | Possession Of A Weapon Or Dangerous Instrument | |
| 03/02/2022 19:33 | Major | J820 | Failure To Comply With Strip Search Procedure | |
| 03/02/2022 19:33 | Major | J807 | Verbally/Physicalliy Demonstrate Disrespect To An Officer Or Staff Member | |
| 03/02/2022 19:33 | Major | J802 | Disobeying Verbal/Written Orders From Staff | |

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

IMSD rev. 09/12/2018    ** Confidential - Unauthorized Use Prohibited **    Exhibit 6, p. 70    1 of 3



**CMS Major Disciplinary Incident Report**

_____
Supervisor Signature

3/4/22
_____
Date / Time

**Per DOC 350.24:**
*   The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
*   A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
*   An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 71

Exhibit 6, p. 72



# CMS Major Disciplinary Incident Report

**Report Status: Pending Hearing**

| | | | |
|---|---|---|---|
| Incident# | : 22-002189 | Incident Date/Time | : 03/02/2022 19:33 |
| SPN# | : 363357 | Inmate Name | : Knight, Keenan Terrell |
| Date of Birth | : 2/18/1990 | Sex/Race | : M/B |

| | | Building | | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|---|---|
| Location | : CJF | | | 5A | 5A | 5A43 | |
| Reporting Officer | : AJJAJ | | | Date/Time : | | | |
| Associated Incident | : | | | Cell Assign : 4D-B05-1L | | | |

Sanction Start and End Dates/Times:

## Offense

| Date/Time | Type | Offense | Description | Disposition |
|---|---|---|---|---|
| 03/02/2022 19:33 | Major | J838 | Possession Of A Weapon Or Dangerous Instrument | |
| 03/02/2022 19:33 | Major | J820 | Failure To Comply With Strip Search Procedure | |
| 03/02/2022 19:33 | Major | J807 | Verbally/Physicallly Demonstrate Disrespect To An Officer Or Staff Member | |
| 03/02/2022 19:33 | Major | J802 | Disobeying Verbal/Written Orders From Staff | |

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

IMSD rev. 09/12/2018 Case 2:23-cv-00886-NJ Filed 08/01/24 Page 73 of 118 Document 34-6
** Confidential - Unauthorized Use Prohibited **
Exhibit 6, p. 73 1 of 3

Exhibit 6, p. 74



_____                    _____
Supervisor Signature                               Date / Time

**Per DOC 350.24:**
- The inmate shall be notified of the charges and of his or her right to a hearing at least 24 hours in advance of the hearing. The inmate may waive this time requirement.
- A due process hearing shall be held within seven calendar days unless an inmate waives the right to a due process hearing.
- An inmate may waive the right to a due process hearing in writing at any time. If the inmate waives the right to a due process hearing, the violation shall be disposed of in accordance with the procedures for minor violations except that a major discipline may be imposed if the relevant staff member finds a violation occurred. A waiver does not constitute an admission of the alleged violation.

The inmate has the right to appeal the hearing decision within 14 days.

Exhibit 6, p. 76

## Primary 9 Custody Tree



©2009 Northpointe Institute for Public Management, Inc. This instrument may be used/copied in its manual version only. The instrument may not be modified or automated without express written consent of Northpointe Institute, 231-938-5959.

**High Risk: (Check)**
- ☐ Assaultive
- ☐ Escape
- ☐ Suicidal
- ☐ Mental
- ☐ Gang Leader
- ☐ Other _____

**Special Condition: (check)**
- ☐ Protective Custody
- ☐ Medical
- ☐ Juvenile
- ☐ Handicap/Disabled
- ☐ Body Fluid watch
- ☐ Other _____

**Override Reason:**

---

## CLASSIFICATION NOTICE

NAMB: (last) Knight     (first) Keenan     (middle) T

JAIL NO: 21-016014    D.O.B. 2-18-90    RACE: B    SEX: M    SSN:

Charge(s): 1) Bail Jumping (F)   2) Vehicle Operator Flee (F)   3) Jdr Armed Robbery

You have been placed in the following classification: **2**

This classification is determined by: current/past convictions; current/past institutional behavior; pending charges or holds in other jurisdictions (if any); sentenced or unsentenced; and/or any other information that may be deemed appropriate with regard to your personal security or the security of the facility. NOTE: Your classification can change when: charges are altered or reduced; you are sentenced; due to administrative hearings; due to regular periodic review; and / other reasons recommended by the jail staff.

Appeal Process: any inmate dissatisfied with his or her classification must appeal his / her classification, in writing, within ten (10) days of the primary classification or reclassification by addressing his/her appeal as APPEAL OF CLASSIFICATION and directing it to: the Sheriff or his designee.

Classified by: R. Zawotzke # 220    Reviewed by: R Jackson   Date: 12-26-2021

Comments by staff:

Booking Case 2:23-cv-00896-JPS   Filed 03/01/24   Page 77 of 118   Document 34-6
12-5-2021
PRIMARY SECURITY LEVEL ASSIGNMENT    Exhibit 6, p. 77

Exhibit 6, p. 78

Summary:

7-25-23  AD Seg review. Eligible
Occupant wants off of AD Seg. KHBCB

- 7/26/23 Occupant will remain on Ad Seg. Occupant
will have to show stable behavior. Rec'd LT6 on 7/20 CmR

8-1-23  Δ wants off ADSEG. Zawotzib #230

8/2/23 Occupant will remain on Ad-Seg. Occupant will have
to show continued stable behavior. If occupant continues stable
behavior may be removed in one week. CmR²

8/9/23  Δ is requesting to be taken off ad-seg status — AODAT

8/10/2023 Δ can be removed from Ad-seg. Δ
has displayed stable behavior. KB

8/10/23  Δ is cleared from ad-seg status. Δ is moved to
housing unit 5B23 GP housing unit. 4/5 checked — AODAD

Exhibit 6, p. 80

Summary:

6-22-23 AD _seg review_ Occupant ISO
_DT Stolls until_ 6-28-23. Not eligible
_for review at this time._ KHB3

06/22/23 Δ Not eligible to be removed from AD Seg MKs L-19

6-23-23 Per Lt Riddell, Capt Duckett
tenured Occupant Knights DT time
time served him early. Occupant S
not Ad Seg Stolls. KHB3

6/26/23 Ad-seg review not eligible Pending discipline Williams—

06/28/23 Disciplinary Hearing in Pod 4A MKs L-19

7/4/23 Ad seg review conducted Δ wants off lock MKs L-19

7/6/2023 Δ will remain on Ad seg Δ
will have to display stable behavior
to be removed TCO

7/13/23 Ad seg review conducted. Δ wants OA Pod

7/14/2023 Δ will remain on Ad seg with
another week of stable behavior Δ can
be removed TCO

7-15-2023 Δ refused to lock in on 2nd shift in
4A. Δ pending discipline. Zawotke #550

4/18/23 Ad seg review, violation was closed no time served.
Δ wants OA. Boyd.

7/19/23 Occupant will remain on Ad-Seg. Occupant will
have to show stable behavior

Exhibit 6, p. 81

Exhibit 6, p. 82

Summary: 11/30/22 A was involved in a phys physical alteration on 11/28/22 in housing unit 5D Lock — 12/3/22 pending discipline — refuse to lock in 3B; escorted from 3B40 - 4D30, keep separates checked ————— Trerbarson 12/11/22 Occupant TSD early due to space needed appeared by Capt. Stadler; class. move from 4D30 - 3A10; K/S checked Trerbarson

4/15/23 A pending DF for fighting in 6C ————— MH132

5-7-2023 Time served 0 day per Lt. Ybarra due to needing bed space. 4B15 - 6B36. ————— Kuklinski

5/31/23 A was escorted out of cell and assigned to UH09 pending discipline. A also placed on Ad-seg per 9b+Aveny for being in possession of illegal contraband. Boyd —

06/04/2023 Disciplinary hearing in Pod 4A MKS L-19

6-9-2023 Missing ADSEG facesheet on left side of folder. Attached is the ADSEG facesheet added. A not eligible for ADSEG Review due to serving discipline until 6/28/23. Zawatz16 #220

6-10-23 A will remain on Ad-seg A is currently serving discipline YG8

6/14/23 A not eligible for review DI till 6/28/23. Boyd —

6/15/2023 A will remain on Ad-seg. A is currently serving discipline. TC9 —

Exhibit 6, p. 84



## CMS Booking Sheet - CJF

**Milwaukee County**

| Booking#<br>21-016014 | Booking Date<br>12/05/21 11:57 | Housing Unit<br>6C04-1L | Sex<br>Male | Height<br>604 | Weight<br>265 | |
|---|---|---|---|---|---|---|
| Race<br>Black/African American | | Eyes<br>Brown | | Hair<br>Black | | B21016014 |
| SPN#<br>363357 | Name<br>Knight, Keenan Terrell | Booked Alias Name<br>, | | DOB<br>02/18/1990 | Age<br>31 | |
| Address<br>4061 S 35th St<br>Greenfield, WI 53208 | | Phone#<br>(708) 567-8519 | | State ID<br>WI956431 | | |
| SS#<br>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 | | Alien#<br>A | | FBI#<br>810448PB2 | | Photo Date:<br>12/05/21 16:11 |
| Place of Birth<br>CHICAGO, IL | DNA Taken<br>Yes | Citizen<br>United States | | Custody Level<br>Close Custody | | Inmate Type<br>State |
| Confine Reason<br>F - Pretrial | Arrest Date<br>12/02/21 20:43 | | Release Reason | | RIs Agency<br>N/A | Release Date |

| Employer | Occupation |
|---|---|
| | |

**Alias Name**

**\*\*Charge\*\***

| Agency Case#<br>ORI#<br>Court Case # | Charge Code<br>Charge Description | Class | Charge Date | Est.Compl DT | Document Type<br>Disposition | Bond Amount |
|---|---|---|---|---|---|---|
| 213360142<br>WIMPD0000<br>SUMMARY | 943.32(1)<br>Armed Robbery | Felony | 12/02/2021 | | 10-47<br>Administrative Release | |
| 212880165<br>WIMPD0000<br>21CF005007 | 943.32(2)<br>Armed Robbery with Threat of Force | Felony | 12/02/2021 | | 10-47 | 100000.00[1] |
| 213150137<br>WIMPD0000<br>21CF005007 | 943.32(2)<br>Armed Robbery with Threat of Force | Felony | 12/02/2021 | | 10-47 | 100000.00[1] |

Exhibit 6, p. 85

Exhibit 6, p. 86



## CMS Booking Sheet - CJF

| | | | | | |
|---|---|---|---|---|---|
| 213180114<br>WIMPD0000<br>SUMMARY | 943.32(1)<br>Armed Robbery | Felony | 12/02/2021 | 10-47<br>Administrative Release | |
| 213220113<br>WIMPD0000<br>SUMMARY | 943.32(1)<br>Armed Robbery | Felony | 12/02/2021 | 10-47<br>Administrative Release | |
| 213250085<br>WIMPD0000<br>SUMMARY | 943.32(1)<br>Armed Robbery | Felony | 12/02/2021 | 10-47<br>Administrative Release | |
| 213270172<br>WIMPD0000<br>SUMMARY | 943.32(1)<br>Armed Robbery | Felony | 12/02/2021 | 10-47<br>Administrative Release | |
| 213360142<br>WIMPD0000<br>21CF005007 | 941.29(1m)(a)<br>Possession of Firearm - Convicted Felon | Felony | 12/02/2021 | 10-47 | 100000.00[1] |
| 213360142<br>WIMPD0000<br>21CF005007 | 946.49(1)(b)<br>Bail Jumping-Felony | Felony | 12/02/2021 | 10-47 | 100000.00[1] |
| 213270172<br>WIMPD0000<br>21CF005007 | 946.49(1)(b)<br>Bail Jumping-Felony | Felony | 12/02/2021 | 10-47 | 100000.00[1] |
| N/A<br>WIO410000<br>21CF004871 | 346.04(3)<br>Vehicle Operator Flee/Elude Officer | Felony | 12/09/2021 | 10-47 | 1500.00[3] |
| 213360142<br>WIMPD0000<br>21CF005007 | 946.49(1)(b)<br>Bail Jumping-Felony | Felony | 12/02/2021 | 10-47 | 100000.00[1] |
| N/A<br>WIO410000<br>21CF004871 | 941.30(2)<br>2nd-Degree Recklessly Endangering Safety | Felony | 12/09/2021 | 10-47 | 1500.00[3] |
| N/A<br>WIO410000<br>21CF004871 | 941.29(1m)(a)<br>Possession of Firearm - Convicted Felon | Felony | 12/09/2021 | 10-47 | 1500.00[3] |
| 213360156 | 943.32(1) | Felony | 12/02/2021 | 10-47 | |

ProPhoenix rev. 05/04/2017    ** Confidential - Unauthorized Use Prohibited

Exhibit 6, p. 87

Exhibit 6, p. 88



## CMS Booking Sheet - CJF

| WIMPD0000 SUMMARY | Armed Robbery | | | Administrative Release | |
|---|---|---|---|---|---|
| 213360156 WIMPD0000 21CF005007 | 946.49(1)(b) Bail Jumping-Felony | Felony | 12/02/2021 | 10-47 | 100000.00[1] |
| 213360157 WIMPD0000 21CF005007 | 346.04(3) Vehicle Operator Flee/Elude Officer | Felony | 12/02/2021 | 10-47 | 100000.00[1] |
| 213360157 WIMPD0000 21CF005007 | 946.49(1)(b) Bail Jumping-Felony | Felony | 12/02/2021 | 10-47 | 100000.00[1] |
| 213360157 WIMPD0000 21CF005007 | 941.30(2) 2nd-Degree Recklessly Endangering Safety | Felony | 12/02/2021 | 10-47 | 100000.00[1] |
| 212050204 WIMPD0000 SUMMARY | 943.32(1) Armed Robbery | Felony | 12/02/2021 | 10-47 Administrative Release | |
| 212130190 WIMPD0000 21CF005007 | 943.32(2) Armed Robbery with Threat of Force | Felony | 12/02/2021 | 10-47 | 100000.00[1] |

| ** Detainer/Holds** | | | | | |
|---|---|---|---|---|---|
| **Enter Dttm** | **Agency** | **Detainer Type** | **Expire Dttm** | **Release Dttm** | **Disposition** |
| 12/07/2021 10:51 | MCSO | Teletype Detainer | | | ACTIVE |

Officer Signature   :   _____

Inmate Signature   :   _____

Case 2:23-cv-00806-NJ    Filed 08/01/24    Page 89 of 118    Document 34-6
Exhibit 6, p. 89

Exhibit 6, p. 90




# MILWAUKEE COUNTY
## *Office of the Sheriff*

## <u>Classification Interview Form</u>

**Booking (CJIS) #** 21-016014 **Date:** 12-5-2021

**Name:** Knight, Keenan T. **DOB:** 2-18-90 **AGE:** 31

**Address:** 4061 S. 35th St Greenfield, WI 53208

**How Long:** N/A **Any Family Locally?** N/A

**Last Grade of School Completed:** 12th

**Gang Affiliation? No____ Yes____ If yes, what gang?** _____

**Do you have any tattoos? No _____ Yes** ✗

**If yes, please list:** Tat LF ARM

**Do you have specific enemies? No _____ Yes _____ K/S?** ✗

**If yes, please list names:** A Berry, Marcus MLB 10-31-87 SPN# 298486

**Inmate has been given a copy of the Inmate Handbook (Rules and Regulations):**

**Yes:** ✗ **Date:** 12-5-2021 *via Kiosk*

**Interviewing Officer: Badge Number** 220

**Signature:** R. Zawotke

**Name (Print):** R. Zawotke

**Date:** 12-26-2021

Revised 09/10/09

Exhibit 6, p. 92

Summary: 6·16·22 Δ wants off AD seg.  M4132

6-17-2022 Δ will remain on Ad-seg. Δ will have to show stable behavior to be removed. PC8

6·27·22 Ad Seg review. No hearing conducted. Complaint wants off of Ad Seg. KH303

7·3·2022 Δ will remain on Ad-seg. Δ will have to show continued stable behavior to be removed. Video was reviewed. Δ also received a violation on 6/21/2022 for threats to staff and also refused to lock in. TC9

7-8-2022 Δ wants off ADSEG. Last LTO was 6/20/22. Zawiitek #22o

7·9·2022 Δ will have to show stable behavior Δ will remain on Ad-seg. TC9

7·12·22 AdSeg Review conducted. Δ wants off. Hamre

7·14·22 Per Capt. Cunningham Complainant removed from Ad Seg Status. KH303

7·18·22 TSD - Class moved from AD19-Lower5. KH303

8·4·22 Δ pending discipline due to refusing to lock in. Δ escorted to 4D 31. Keep Separates checked. move

8·9·2022 Δ found not guilty of violation from 8·4·2022. Δ did not receive a hearing. Δ time served immediately TC9.

Exhibit 6, p. 94

Summary:

4E 12-5-2021 Δ assigned from BKDW to 3B05. Zawotzke #220

12-23-2021 Per Capt Duckett and D.I. Dobson from LT. Ybarra - move out 3B (Possibles) into another Possible Unit regardless of when the unit went into Quarantine. Δ classmoved from 3B05 (medical OBS) to 6C04 (medical OBS). Keep Separates checked. Zawotzke #220

3-2-22 Δ pending discipline due to having a weapon in 5A during shakedown. Δ escorted to 4D05. keep separates checked. DT267

03/04/2022 Disciplinary Hearing in 4D MES 2-19

3-11-22 Per Lt Sawczyk Occupant is Bd 6 days early to make room for a DT transfering from the HDC. Class moved from 1B358 - 5B17. KHB03

6-3-2022 Disruptive & Assault to staff placed on ADSEG. Per Lt Ybarra class moved to 4D pend DT t/s checked - lm679

6.6.2022 Δ time served from violation due to not receiving his violation until 3rd shift 6.6.22. Δ does not want to waive his 24 hours. Δ will remain on Administrative Segregation. Video footage was reviewed of the incident where he resisted staff and injured staff. TC9

6.10.22 → Ad-Seg review conducted; occupant would like to be removed off Ad-Seg. RMLAM

6-10-2022 Δ will remain on Ad-seg. Δ will have to show stable behavior to be removed. CE8

Exhibit 6, p. 96

  **Active-In** Owner Sub Agency `CJF - CJF` **Creator Sub Agency** `CJF - CJF`



:07 | Knight | Keenan | Terrell | --

**African**　Inmate Type: **State**　Jail Alert 〔　〕 0

, Age: 31　Confine Reason: **F - Pretrial**　Current Flag **Information Only** 1

wn　Sentence Status: **None**

---

Main　Booking　Medical Screening　Charges　Detainer(s)　Prisoner Property　Mugshot　Finger Print　Associations　**Jail Ale**



**Save**　**Save & Goto Comments**　**Reset**

**Alert Code** `--`　**Date & Time** 〔　〕〔　〕　**PF** 〔　〕

**Comments** 〔　　　　　〕

Critical ☐　Inactive Date & Time 〔　〕 ☐ Inactive　Inactive PF 〔　〕

✚ Add　↺ Clear

| Jail Alerts | Alert Date/Time | Inactive Date/Time | Comme |
|---|---|---|---|
| DNA Requi | 12/05/2021 11:58 | 12/06/2021 06:58 | CONV DNA ON FILE (MURRAY) ☐ ☑ |

Exhibit 6, p. 98



| .07 | Knight | Keenan | Terrell | -- |

**African**

Inmate Type: **State**   Jail Alert [ ] 0

, Age: 31   Confine Reason: **F - Pretrial**   Current Flag Information Only 1

ᵗ,ⱼₙ   Sentence Status: **None**



Main   Booking   Medical Screening   Charges   Detainer(s)   Prisoner Property   Mugshot   Finger Print   **Associations**   Jail Al

[ Save ]   [ Save & Goto Jail Alert ]   [ Reset ]

Associatio...   --

SPN [ ]   Cell# [ ]

Name   ID [ ]   Last [ ]   First [ ]   Middle [ ] Suffix [ -- ] 🔍

Relationship   --

[ ] No Association - Incompatible

Address [ ] ☑   Background Checked [ ]   PF# [ ]

CSZ [ ] -- [ ]   Visitation Not Allowed [ ]

Phone -- [ ]   DOB [ ]   Active [ ]

Notes [ ]

[ ➕ Add ]   [ ↩ Clear ]

| X | Type | SPN | Name | | Relationsl |
|---|------|-----|------|---|-----------|
| | Inmate | 29848 | Berry, Marcus H | ☑ per ccfc per tier [ ] | |

Exhibit 6, p. 100



| | 07 | Knight | | Keenan | | Terrell | | -- | ⌄ | ⚓ |

**African**  Inmate Type: **State**  Jail Alert [ ⌄ ] [ 0 ]

**, Age: 31**  Confine Reason: **F – Pretrial**  Current Flag [ Information Only ⌄ ] [ 1 ]

**ᵕ, ᵕn**  Sentence Status: **None**

Main  Booking  Medical Screening  Charges  **Detainer(s)**  Prisoner Property  Mugshot  Finger Print  Associations  Jail Ale

| 💾 Save | Save & Goto Prisoner Property | 🔁 Reset |

**Detainer Type** [ Teletype Detainer ⌄ ]  **Entered Date/Time** [ 12/07/2021 ⌄ ] [ 10⌄ ]

**Warrant#** [ ]  **Case#** [ ]

**Agency** [ WI ⌄ ] [ 0410000 ] [ MCSO ] [ 🔍 ] [ -- ⌄ ]  **Expire Date/Time** [ ⌄ ] [ ]

**Address** [ 821 W State St ]

**CSZ** [ Milwaukee ] [ WI ⌄ ] [ 53233 ] [ 🔍 ]  **Disposition** [ ACTIVE ⌄ ]

**Contact Number** [ -- ⌄ ] [ ]  **Release Date/Time** [ ⌄ ] [ ]

**Contact Person** [ 1800-322-6583 ]  **Release To ID/Name** [ ] [ ]

**Reason** [ illinois department of corrections ]  **Notes** [ ]

[ ➕ Update ]

| Enter Date/Time | Agency | Detainer Type | Expire Date/T |
|---|---|---|---|
| 12/07/2021 10:5 MCSO | | Teletype Detaine | ACTIVE |

Exhibit 6, p. 102



## CMS Cell Assignments History - CJF

| Name | : Knight, Keenan Terrell | DOB : 02/18/1990 | Sex: Male |
|------|--------------------------|------------------|-----------|
| Booking# | : 21-016014 | SPN : 363357 | |

| Assigned On | Action | Location | PF CODE |
|-------------|--------|----------|---------|
| 12/23/21 19:00 | Change Cell Assignment | 6C04-1L | RSZZR |
| Comments | : Per Capt. Duckert and DI Dobson from Lt. Ybarra- Move Out 3B (Possibles) into another Possible Unit regardless of when the unit went into Quarantine. | | |
| 12/05/21 20:42 | Assigned | 3B05-1L | GPWGW |
| Comments | : KEEP SEPATATES CHECKED | | |
| 12/05/21 11:58 | Assigned | CJF BKOW-009 | MDFMF |



## CMS Classifications Report - CJF

**Milwaukee County**

| SPN#: | 363357 | Name: | Knight, Keenan Terrell |
|---|---|---|---|



| Booking Date: | 12/05/21 11:57 | Booking#: | 21-016014 |
|---|---|---|---|

| Inmate Type: State | | Current Classification: Close Custody |
|---|---|---|

| | | Current Location: 6C04-1L |
|---|---|---|

| Date/Time | Reason | Score | Classification | Recommended | Officer | SupervisorPF |
|---|---|---|---|---|---|---|
| 12/23/2021 19:01 | Initial classification | 2.00 | Close Custody | | RSZZR | |

Officer Signature: _____

Inmate Signature: _____

Exhibit 6, p. 106

# Case search results

You searched for: **Last name:** knight, **First name:** keenan, **Date of birth:** 2/18/90

Showing 1 to 8 of 8 entries

| Case number | Filing date | County name | Case status | Name | Date of birth | Caption |
|---|---|---|---|---|---|---|
| 2021CF005007 | 12-07-2021 | Milwaukee | Open | Knight, Keenan Terrell | 02-18-1990 | State of Wisconsin vs. Keenan Terrell Knight |
| 2021CF004871 | 11-29-2021 | Milwaukee | Open | Knight, Keenan Terrell | 02-18-1990 | State of Wisconsin vs. Keenan Terrell Knight |
| 2021TR010228 | 09-17-2021 | Racine | Closed | Knight, Keenan T | 02-1990 | County of Racine vs. Keenan T Knight |
| 2021TR010227 | 09-17-2021 | Racine | Closed | Knight, Keenan T | 02-1990 | County of Racine vs. Keenan T Knight |
| 2008CF005215 | 10-16-2008 | Milwaukee | Closed | Knight, Keenan Terrell | 02-18-1990 | State of Wisconsin vs. Keenan Terrell Knight |
| 2007CM001627 | 06-20-2007 | Waukesha | Closed | Knight, Keenan T | 02-18-1990 | State of Wisconsin vs. Keenan T Knight |
| 2006CF000404 | 04-05-2006 | Waukesha | Closed | Knight, Keenan Terrell | 02-18-1990 | State of Wisconsin vs. Keenan Terrell Knight |
| 2004CF000082 | 01-19-2004 | Waukesha | Closed | Knight, Keenan Terrell | 02-18-1990 | State of Wisconsin vs. Keenan Terrell Knight |

Exhibit 6, p. 107

Exhibit 6, p. 108

# Milwaukee County Case Number 2021CF005007 State of Wisconsin vs. Keenan Terrell Knight

## Case summary

**Filing date**
12-07-2021

**Case type**
Criminal

**Case status**
Open - Electronic filing

**Defendant date of birth**
02-18-1990

**Address**
4061 South 35th Street,
Milwaukee, WI 53221

**Branch ID**
28

**DA case number**
2021ML028710

## Charges

**Responsible official**
Sanders-28, Mark A.

**Prosecuting agency**
District Attorney

**Prosecuting agency attorney**
Mineo, Francesco

Printable version

Defendant owes the court: $0.00

| Count no. | Statute | Description | Severity | Disposition |
|-----------|---------|-------------|----------|-------------|
| 1 | 943.32(2) | Armed Robbery with Threat of Force | Felony C | |
| 2 | 946.49(1)(b) | Bail Jumping-Felony | Felony H | |
| 3 | 943.32(2) | Armed Robbery with Threat of Force | Felony C | |
| 4 | 946.49(1)(b) | Bail Jumping-Felony | Felony H | |
| 5 | 943.32(2) | Armed Robbery with Threat of Force | Felony C | |
| 6 | 946.49(1)(b) | Bail Jumping-Felony | Felony H | |
| 7 | 941.29(1m)(a) | Possess Firearm-Convicted of a Felony | Felony G | |
| 8 | 946.49(1)(b) | Bail Jumping-Felony | Felony H | |
| 9 | 941.30(2) | 2nd-Degree Recklessly Endangering Safety | Felony G | |
| 10 | 346.04(3) | Vehicle Operator Flee/Elude Officer | Felony I | |
| 11 | 946.49(1)(b) | Bail Jumping-Felony | Felony H | |

## Defendant

**Defendant name**
Knight, Keenan Terrell

**Date of birth**
02-18-1990

**Sex**
Male

**Race**
African American

**Address (last updated 12-07-2021)**
4061 South 35th Street,
Milwaukee, WI 53221

**JUSTIS ID**

**Fingerprint ID**

## Court activities

| Date | Time | Location | Description | Type | Court official |
|------|------|----------|-------------|------|----------------|
| 01-11-2022 | 01:30 pm | Room #146 - Criminal Justice Facility | Preliminary hearing | Court | Phillips, Barry |

## Court record

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 12-17-2021 | Adjourned hearing | Phillips, Barry | Holcomb, Danielle | |

Exhibit 6, p. 110

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|

**Additional text:**

Defendant Keenan Terrell Knight not in court, defendant in custody. Thomas Hasle appeared in person for the State of Wisconsin.

Case set for a preliminary hearing. States witness was present. SPD has not appointed counsel. Court ordered case adjourned for CAUSE for a Preliminary Hearing in Preliminary Hearing Court, Room 146 of the Criminal Justice Facility. This hearing will be streamed live on Dacast: https://iframe.dacast.com/live/4dafbf46-ed15-c11c-fa22-a58262833632/99073afd-37c2-acfa-830d-b1ddcaebf0ea Preliminary hearing scheduled for January 11, 2022 at 01:30 pm.

| 12-16-2021 | Memorandum | Sanders-28, Mark A. | | |

**Additional text:**

Memorandum from State Public Defender's Office dated 12/16/2021 as to attempts to appoint counsel - received

| 12-08-2021 | No Contact Provision Ordered | Flynn, Grace | | |

**Additional text:**

Signed and filed, No Contact Order. Defendant to have no contact with Stacee B.,
William J F.,
Dominick H.,
Ronnie J.,
Damari J.,
Family Dollar,
O'Reilly Auto
Parts

| 12-08-2021 | Video conferencing | Flynn, Grace | Digital Recording | |
| 12-08-2021 | Cash bond set for Knight, Keenan Terrell | Flynn, Grace | Digital Recording | $100,000.00 |

**Additional text:**

Court ordered defendant TURNED OVER TO Justice Point for Level 5 Supervision with Electronic Monitoring for no contact order monitoring. If electronic monitoring device is unavailable and cash bail has been paid, Defendant to be released and placed on the waiting list. No possession of dangerous weapons or firearms. No driving without a valid license.

| 12-08-2021 | Initial appearance | Flynn, Grace | Digital Recording | |

**Additional text:**

Defendant Keenan Terrell Knight in court with attorney Rosemary Cuevas. Defendant Keenan Terrell Knight in custody. Karine O'Byrne appeared for the State of Wisconsin. Keenan Terrell Knight appeared by video means with Attorney. Defendant is advised this case is assigned to Judge Sanders, Branch 28. Defendant given a copy of the complaint and advised of maximum penalties, right to counsel and right to a preliminary hearing. Commissioner advised DNA sample has been obtained from the Defendant. Court advised Defendant he may qualify to have the DNA sample data expunged if he meets the conditions under Wisconsin Statutes Section 165.77(4). Court reviewed the complaint and found probable cause to hold the defendant for further proceedings. DEFENDANT IS INDIGENT AND PUBLIC DEFENDER WILL PROVIDE COUNSEL.

This hearing will be streamed live on Dacast: https://iframe.dacast.com/live/4dafbf46-ed15-c11c-fa22-a58262833632/99073afd-37c2-acfa-830d-b1ddcaebf0ea Preliminary hearing scheduled for December 17, 2021 at 01:30 pm.

| 12-08-2021 | Proposed Order | Flynn, Grace | | |
| 12-07-2021 | Electronic Filing Notice | | | |
| 12-07-2021 | Case initiated by electronic filing | | | |
| 12-07-2021 | Complaint filed | | | |

**Additional text:**

Defendant in Custody. Court appearance today in Intake Court, Room 137A.

Exhibit 6, p. 111

Exhibit 6, p. 112

# Milwaukee County Case Number 2021CF004871 State of Wisconsin vs. Keenan Terrell Knight

## Case summary

| Filing date | Case type | Case status |
|---|---|---|
| 11-29-2021 | Criminal | Open - Electronic filing |

| Defendant date of birth | Address | Branch ID | DA case number |
|---|---|---|---|
| 02-18-1990 | 4061 S 35th St Apt 9, Greenfield, WI 53221 | 28 | 2021ML028251 |

## Charges

| Responsible official | Prosecuting agency | Prosecuting agency attorney | Printable version |
|---|---|---|---|
| Sanders-28, Mark A. | District Attorney | Mineo, Francesco | |

Defendant owes the court: $0.00

| Count no. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|
| 1 | 346.04(3) | Vehicle Operator Flee/Elude Officer | Felony I | |
| 2 | 941.30(2) | 2nd-Degree Recklessly Endangering Safety | Felony G | |
| 3 | 941.29(1m)(a) | Possess Firearm-Convicted of a Felony | Felony G | |

## Defendant

| Defendant name | Date of birth | Sex | Race |
|---|---|---|---|
| Knight, Keenan Terrell | 02-18-1990 | Male | African American |

| Address (last updated 11-29-2021) | JUSTIS ID | Fingerprint ID |
|---|---|---|
| 4061 S 35th St Apt 9, Greenfield, WI 53221 | | |

## Court activities

| Date | Time | Location | Description | Type | Court official |
|---|---|---|---|---|---|
| 01-11-2022 | 01:30 pm | Room #146 - Criminal Justice Facility | Preliminary hearing | Court | Phillips, Barry |

## Citations

### Citation BG5083562

| | | | Address (last updated 11-29-2021) |
|---|---|---|---|
| Defendant name | Date of birth | Sex | 4061 S 35th St Apt 9, Greenfield, WI 53221 |
| Knight, Keenan Terrell | 02-18-1990 | Male | |

| Bond amount | Deposit type | Appearance date and time | Mandatory |
|---|---|---|---|
| | None | 11-28-2021 08:30 am | Yes |

| Plate number | State | Expiration | VIN |
|---|---|---|---|
| | | | |

| Issuing agency | Officer name | Violation date | MPH over |
|---|---|---|---|
| Milwaukee Police Department | | 11-27-2021 | |

| Plaintff agency | Ordinance or statute | Statute | Charge description |
|---|---|---|---|
| State of Wisconsin | Statute | 346.04(3) | Vehicle Operator Flee/Elude Officer |

| Severity |
|---|
| Felony I |

Exhibit 6, p. 114

## Court record

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| 12-17-2021 | Adjourned hearing | Phillips, Barry | Holcomb, Danielle | |

**Additional text:**

Defendant Keenan Terrell Knight not in court, defendant in custody. Thomas Hasle appeared in person for the State of Wisconsin.

Case set for a preliminary hearing. States witness was present. SPD has not appointed counsel. Court ordered case adjourned for CAUSE for a Preliminary Hearing in Preliminary Hearing Court, Room 146 of the Criminal Justice Facility. This hearing will be streamed live on Dacast: https://iframe.dacast.com/live/4dafbf46-ed15-c11c-fa22-a58262833632/99073afd-37c2-acfa-830d-b1ddcaebf0ea Preliminary hearing scheduled for January 11, 2022 at 01:30 pm.

| Date | Event | Court official |
|------|-------|----------------|
| 12-16-2021 | Memorandum | Sanders-28, Mark A. |

**Additional text:**

Memorandum from State Public Defender's Office dated 12/16/2021 as to attempts to appoint counsel - received

| Date | Event | Court official |
|------|-------|----------------|
| 12-16-2021 | Report | Sanders-28, Mark A. |

**Additional text:**

JusticePoint Supervision Report dated December 16, 2021 - received

| Date | Event | Court official |
|------|-------|----------------|
| 12-10-2021 | Bond motion | Sanders-28, Mark A. |

**Additional text:**

Motion To Increase Bail - received

| Date | Event | Court official | Court reporter |
|------|-------|----------------|----------------|
| 12-09-2021 | Adjourned hearing | Phillips, Barry | Littlefair, Georgene |

**Additional text:**

Defendant Keenan Terrell Knight not in court, defendant in custody. Thomas Hasle appeared in person for the State of Wisconsin.

Case set for a preliminary hearing. States witness was present. SPD has not appointed counsel. Court ordered case adjourned for CAUSE for a Preliminary Hearing in Preliminary Hearing Court, Room 146 of the Criminal Justice Facility. This hearing will be streamed live on Dacast: https://iframe.dacast.com/live/4dafbf46-ed15-c11c-fa22-a58262833632/99073afd-37c2-acfa-830d-b1ddcaebf0ea Preliminary hearing scheduled for December 17, 2021 at 01:30 pm.

| Date | Event | Court official |
|------|-------|----------------|
| 12-08-2021 | Memorandum | Sanders-28, Mark A. |

**Additional text:**

Memorandum from State Public Defender's Office dated 12/8/2021 as to attempts to appoint counsel - received

| Date | Event | Court official |
|------|-------|----------------|
| 12-08-2021 | Memorandum | Sanders-28, Mark A. |

**Additional text:**

Memorandum from State Public Defender's Office dated 12/8/2021 as to attempts to appoint counsel - received

| Date | Event | Court official |
|------|-------|----------------|
| 12-08-2021 | Report | Sanders-28, Mark A. |

**Additional text:**

JusticePoint Supervision Report dated December 8, 2021 - received

| Date | Event | Amount |
|------|-------|--------|
| 12-02-2021 | Cash bond posted | $1,500.00 |

**Additional text:**

21RM057693 Actual Date Bond Posted with *sheriff 12/03/2021

| Date | Event | Court official | Court reporter |
|------|-------|----------------|----------------|
| 11-29-2021 | Video conferencing | Flynn, Grace | Digital Recording |

Exhibit 6, p. 115

Exhibit 6, p. 116

| Date | Event | | Court official | Court reporter | Amount |
|------|-------|---|----------------|----------------|--------|
| 11-29-2021 | Cash bond set for Knight, Keenan Terrell | | Flynn, Grace | Digital Recording | $1,500.00 |

**Additional text:**

Court ordered defendant TURNED OVER TO Justice Point for SUPERVISION Level 4.

No driving without a valid license.

No possession of dangerous weapons or firearms.

| 11-29-2021 | Initial appearance | | Flynn, Grace | Digital Recording | |

**Additional text:**

Defendant Keenan Terrell Knight in court with attorney Evan Barrett Weitz. Defendant Keenan Terrell Knight in custody. Carole Manchester appeared for the State of Wisconsin. Keenan Terrell Knight appeared by video means with Attorney. Defendant is advised this case is assigned to Judge Sanders, Branch 28. Defendant given a copy of the complaint and advised of maximum penalties, right to counsel and right to a preliminary hearing. Court reviewed the complaint and found probable cause to hold the defendant for further proceedings. DEFENDANT IS INDIGENT AND PUBLIC DEFENDER WILL PROVIDE COUNSEL. Commissioner advised DNA sample has NOT been obtained from the Defendant. Court ordered the Milwaukee County Sheriff's Department to obtain DNA sample from the Defendant. Court advised Defendant he may qualify to have the DNA sample data expunged if he meets the conditions under Wisconsin Statutes Section 165.77(4).

This hearing will be streamed live on Dacast: https://iframe.dacast.com/live/4dafbf46-ed15-c11c-fa22-a58262833632/99073afd-37c2-acfa-830d-b1ddcaebf0ea Preliminary hearing scheduled for December 9, 2021 at 01:30 pm.

| 11-29-2021 | Change of address notification for Knight, Keenan Terrell | | | | |

**Additional text:**

ADDRESS INFO for Keenan Terrell Knight

Current: 4061 S 35th St Apt 9, Greenfield, WI 53221 United States (Effective: 11-29-2021)

Prior: 4310 Park Lake Drive, Alsip, IL 60803

| 11-29-2021 | Electronic Filing Notice | | | | |
| 11-29-2021 | Case initiated by electronic filing | | | | |
| 11-29-2021 | Complaint filed | | | | |

**Additional text:**

Defendant in Custody, Court appearance today in Intake Court, Room 137A.

Exhibit 6, p. 118