UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEENAN T. KNIGHT,

    Plaintiff,

    v.                                               Case No. 23-cv-886

AMIKA AVERY,
JORDAN TAYLOR, and
TERRELL WILLIAMS

    Defendants.

## DECLARATION OF STEFAN DOSTANIC

STATE OF WISCONSIN    )
                                  ) SS
MILWAUKEE COUNTY    )

I, Stefan Dostanic, declare pursuant to 28 U.S.C. Section 1746 and under penalty of perjury that the following is true and correct:

1)    I am an adult resident of the State of Wisconsin.

2)    I make this affidavit based upon my personal knowledge of the facts attested to herein.

3)    I am the Deputy County Clerk for the County of Milwaukee.

4)    Pursuant to Wisconsin Statute section 893.80(1d), the Milwaukee County Clerk's Office must be presented with a claim containing the address of the claimant and an itemized statement of the relief sought when said matters are alleged against Milwaukee County and/or its employees.

5) If service of a written claim pursuant to Wisconsin Statute section 893.80(1d) is made on the Milwaukee County Clerk, the claim would be loaded by an employee of the Milwaukee County Clerk's Office into the OnBase notification system.

6) The OnBase notification system is designed to give Milwaukee County, its departments, and its counsel notice of matters served on the County Clerk's Office. It also serves as an electronic repository for all notices and complaints so that such information can be retrieved at a later date, if needed.

7) I conducted a search of OnBase to determine if a written claim containing the address of the claimant and an itemized statement of the relief sought pertaining to Keenan Knight was presented to the Milwaukee County Clerk since May 31, 2023. No such claim pertaining to Keenan Knight was found within OnBase, which means Mr. Knight did not serve any such claim on the Milwaukee County Clerk as is required pursuant to Wisconsin Statute section 893.80(1d).

(The remainder of this page is intentionally left blank).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2024.

s/ Stefan Dostanic
STEFAN DOSTANIC

3