KEENAN T. KNIGHT,

    Plaintiff,

    v.                                       Case No. 23-cv-886

AMIKA AVERY,
JORDAN TAYLOR, and
TERRELL WILLIAMS

    Defendants.

## DECLARATION OF DALE R. NIKOLAY

STATE OF WISCONSIN    )
                                  ) SS
MILWAUKEE COUNTY    )

    I, Dale R. Nikolay, declare pursuant to 28 U.S.C. § 1746, and under penalty of perjury that the following is true and correct:

    1.    I am a licensed attorney admitted to practice and in good standing in the State of Wisconsin.

    2.    I am one of the attorneys representing defendants Amika Avery, Jordan Taylor and Terrell Williams (the "Defendants") in the above-captioned matter.

    3.    I make this declaration based on my personal knowledge of the facts attested to herein.

    4.    On April 16, 2024, I deposed Keenan Knight concerning his claims made in the above-captioned matter. Attached hereto as **Exhibit 1** is a true and correct copy of Mr. Knight's April 16, 2024 deposition transcript.

5. Attached hereto as **Exhibit 2** are true and correct copies of excerpts taken from Mr. Knight's certified medical records in the possession of Milwaukee County, as maintained by Wellpath LLC.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2024.

        s/ Dale R. Nikolay
        DALE R. NIKOLAY