UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN


KEENAN T. KNIGHT,

        Plaintiff,

                  Case No. 23-CV-886-PP

vs.

LT. AVERY, OFFICER TAYLOR, and
OFFICER T.E. WILLIAMS,

        Defendants.



DEPOSITION OF KEENAN T. KNIGHT



        Deposition of KEENAN T. KNIGHT, taken before me at Green Bay Correctional Institution, Green Bay, Brown County, Wisconsin, on the 16th day of April, 2024, A.D., otherwise than as a witness on the trial, wherein the parties thereto are as set forth above.


- - - - - -

O'Brien & Bails | www.uslegalsupport.com

Exhibit 1, p. 1

```
 1              APPEARANCES

 2         MR. DALE NIKOLAY

 3         Assistant Corporation Counsel at

 4      Milwaukee County

 5         901 North 9th Street, Room 303

 6         Milwaukee, Wisconsin 53233

 7         appeared on behalf of the Defendants.

 8

 9               - - - - - - -

10

                 INDEX TO EXHIBITS
11   MARKED                          PAGE MARKED

12   Exhibit 1 - Copy of photograph         43
     Exhibit 2 - Copy of photograph         55
13   Exhibit 3 - Copy of photograph         60
     Exhibit 4 - Copy of photograph         65
14

15       **Original exhibits placed with
              original transcript**
16               - - - - - - -
17

18

19

20

21

22

23

24

25
```

Exhibit 1, p. 2

```
 1              Said KEENAN T. KNIGHT, having been
 2        first duly sworn by me to testify the truth,
 3        the whole truth, and nothing but the truth
 4        relative to said cause, in answer to oral
 5        interrogatories, deposed and made answer as
 6        follows:
 7                    - - - - - - -
 8              (The examination began at 1:12 p.m.
 9        on April 16th, 2024.)
10                    EXAMINATION
11  BY MR. NIKOLAY:
12  Q     State your name, please.
13  A     Keenan Knight.
14  Q     How old are you, Mr. Knight?
15  A     Thirty-four.
16  Q     Can you detail for me your educational
17        background, please?
18  A     I have a GED and some college-level
19        education.
20  Q     Where did you get your GED?
21  A     Boscobel, Wisconsin.
22  Q     Did you get that while you were
23        incarcerated?
24  A     Yes.
25  Q     Your college credits, where did you pick
```

Case 2:23-cv-00886-NJ   Filed 06/01/24   Page 3 of 29   Document 41-1        3
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 3

```
 1        those up?
 2  A     Danville Area College in Illinois.
 3  Q     D-A-N-N-V-I-L-L-E or one N?
 4  A     D-A-N-V-I-L-L-E.
 5  Q     Okay.  How many credits do you have?
 6  A     Approximately 30.  Thirty, 35 maybe.
 7  Q     In what subjects?
 8  A     General studies and also certificate --
 9        certification for the study of maintenance.
10  Q     I'm sorry, I didn't catch that.  In what?
11  A     Custodial maintenance.
12  Q     So that was a technical college?
13  A     Yes.
14  Q     Were you living down in Illinois at the
15        time?
16  A     Yes.
17  Q     We're here because of a lawsuit that you
18        filed that stems from your time at Milwaukee
19        County Jail and your interaction with some
20        officers in the jail.  The questions I'm
21        going to ask you are going to be about what
22        happened there.  And if at any point you
23        don't understand a question that I'm asking
24        you, just ask me to rephrase it for you.
25        Okay?
```

U.S. Legal Support, Inc.   www.uslegalsupport.com

Exhibit 1, p. 4

```
 1   A   All right.

 2   Q   You have some papers in front of you and we

 3       were chatting a little bit off the record

 4       about what they were.  You had indicated

 5       that they were some responses that we had

 6       provided you to discovery you've sent us,

 7       the complaint, the screening order, and also

 8       some notes.  Did you review those documents

 9       to prepare you to testify today?

10   A   Yes.

11   Q   Okay.  I'm really interested in the notes

12       that you wrote.  Can you pull those out for

13       me, please?

14   A   (Witness complies with request.)

15   Q   How many pages are there?

16   A   Nine.

17   Q   And can you tell me when you authored those

18       notes?

19   A   There is no date actually on these notes.

20       However, I did author these notes upon

21       receiving discovery and going over the

22       response to the discovery that you sent me.

23   Q   So those notes were all done, the nine pages

24       we just talked about, they were all done

25       after this lawsuit was filed; is that
```

Exhibit 1, p. 5

```
 1        accurate?
 2   A    Yes.
 3   Q    Do you have any notes that you authored
 4        shortly after the events of this lawsuit?
 5   A    Meaning?
 6   Q    Did you take notes about what happened
 7        within the weeks after this incident that
 8        we're here about?
 9   A    No.  Everything that was -- everything was
10        placed in the complaint that I initially
11        filed.
12   Q    Fair enough.  So you were involved in a
13        decentralization and you were tased while in
14        Milwaukee County Jail, and that forms the
15        basis of this lawsuit, correct?
16   A    Yes.
17   Q    So is it okay if we talk about the incident
18        and we'll both know that we're talking about
19        your incident with the taser?
20   A    Yes.
21   Q    And do you know what date that incident
22        occurred?
23   A    May 31st, 2023.
24   Q    Okay.  So then for shorthand, we'll just
25        refer to it as the incident.  Okay?
```

```
 1    A    Okay.

 2    Q    How long had you been in Milwaukee County

 3         Jail before May 31st, '23, when this

 4         incident occurred?

 5    A    I was arrested December 2nd of 2021, so I

 6         would have had arrived at Milwaukee County

 7         Jail maybe approximately December 5th, due

 8         to being held at the police station during

 9         the time in between.  So I would have

10         arrived at the County actually probably

11         December 5th, --

12    Q    Of '21.

13    A    -- 2021.

14    Q    So you were there for a considerably long

15         time; part of that was due to COVID and the

16         backlog that created in the system, --

17    A    Yes.

18    Q    -- I take it?

19    A    Yes.

20    Q    What were your charges?

21    A    Armed robbery, firearms, fleeing/eluding,

22         second degree reckless endangerment, and

23         bail jumping.

24    Q    Serious charges.

25    A    Yeah.
```

Exhibit 1, p. 7

```
1    Q    What was your bail set at?

2    A    200,000.

3    Q    Hence the time you were with -- in the jail

4         as a result, correct?

5    A    Yes.

6    Q    Did you enter a plea?

7    A    Yes.

8    Q    And how long is your sentence?

9    A    Twelve years and -- it was 20 years.  Twelve

10        years prison, eight years extended

11        supervision.

12   Q    And I'm sorry.  I asked you earlier on and I

13        forgot already.  How old are you?

14   A    Thirty-four.

15   Q    Do you have family?

16   A    Yes.

17   Q    Have any kids?

18   A    One.

19   Q    How old?

20   A    Sixteen.

21   Q    Boy or girl?

22   A    Boy.

23   Q    Is he into sports?

24   A    Yes.

25   Q    What's he play?
```

```
 1   A    Football.

 2   Q    You play football when you were a kid?

 3   A    Yeah, I played several sports; football,

 4        softball, volleyball, a little soccer.

 5   Q    Where'd you go to high school?

 6   A    I didn't attend high school.

 7   Q    Okay.  So these sports you played were

 8        either before that or outside of the --

 9   A    Yes.

10   Q    -- school setting.

11   A    Yes.

12   Q    Which one, both?

13   A    Both.

14   Q    Okay.  Can you detail for me your employment

15        history?

16   A    Before I was incarcerated, I was working for

17        a temp service for the City of Milwaukee

18        doing waste management.  I was self-employed

19        for a while, barbering.  Prior to that I did

20        construction, general labor and

21        construction, and I've done seal coating in

22        construction.

23   Q    Have you had training since you -- well, you

24        haven't been here that long; I don't imagine

25        you've had any training since you've been
```

1    here.

2  A   No.

3  Q   Plan on getting any educational training or
4      vocational training while you're here if it
5      becomes available to you?

6  A   Yes.  I'm interested in taking welding.

7  Q   Taking welding.

8  A   Yeah.

9  Q   It's an excellent profession.  High paying
10     these days, if you can weld stainless steel.
11     Have you done any of that kind of work
12     before?

13 A   Not officially.

14 Q   So tell me what led up to your confrontation
15     with the officers that led to this incident.

16 A   As I described in the complaint, there was
17     -- we were on the unit, officer did his
18     rounds, smelled smoke on the unit by the
19     visiting area.  Ordered everybody to lock
20     in.  At that point I went to my cell.  I was
21     inside my cell.  Called the supervisor, and
22     at some point after that, he came over the
23     intercom and told me that I had a lawyer
24     visit, an attorney visit.

25 Q   Okay.  And this was the housing officer that

U.S. Legal Support | www.uslegalsupport.com          10
Case 2:23-cv-00886-NJB-JVM   Document 41-1   Filed 08/01/24   Page 11 of 129
Exhibit 1, p. 10

1       came on your intercom?

2   A   Yeah.  The Officer Saavedra, not a part of

3       the lawsuit, but that was the officer that

4       was working on the unit that day.

5   Q   Do you know how that officer's name is

6       spelled, for the court reporter?

7   A   S-A-A-V-E-D-R-A.

8   Q   Thank you.  So they come on the intercom and

9       tell you you've got an attorney visit, and

10      I'm assuming that wasn't something you were

11      expecting, right?

12  A   Actually, my attorney was supposed to come

13      to visit me the day before, so I figured

14      that it's plausible, okay, he -- he didn't

15      come the day before so he came today.  So I

16      came out my cell, went out, went out the

17      unit, and there was, I believe, Deputy Paul

18      Rivera (phonetic spelling), I believe.  I

19      may be mistaken.  But he attempted to put me

20      in the visiting booth, but I didn't see my

21      attorney sitting there, which would be

22      custom that before they bringed [sic] us

23      out, the attorneys are already sitting in

24      there.  So I stated to him, where's my

25      attorney.  He said that he's coming up.  So

U.S. Legal Support | www.uslegalsupport.com

Exhibit 1, p. 11

1   at that point I said, no, this is not how

2   that works.  My attorney should already be

3   here.  I wanna go back to my cell.  And at

4   that point, he continued telling me, well,

5   just go in, he's coming up.  I said, no, if

6   he is here, tell him I refuse the visit.

7   He can come see me again another time.  At

8   that --

9   Q   Okay.  So what are you thinking at that

10      point?

11  A   My attorney not here and this is -- this is

12      something else.  I wasn't sure what it was,

13      but --

14  Q   So you thought that it was a ruse that your

15      attorney was there, or something was up?

16  A   I just -- I just knew that any other time

17      that I've came to see my attorney, that

18      typically when you come out the unit,

19      they're already sitting in the attorney

20      booth on the other side, or unless it's a

21      contact visit, they're already sitting in

22      the room.  It's not they policy to pull you

23      out your cell and then you waiting for your

24      attorney to come.  So seeing that my

25      attorney wasn't there, like, nah, I'm okay,

Case 2:23-cv-00846-NJB-JVM   Document 41-1   Filed 08/01/24   Page 12
Exhibit 1, p. 12

```
 1        I don't -- I don't want the attorney visit.
 2        I'd rather go back to my room.
 3   Q    So unlike when we came here today and you
 4        were already sitting in this room we're now
 5        in, it was your experience at the jail that
 6        the attorneys get put in the room first and
 7        then the occupant is brought, and that had
 8        been your experience before that day.
 9   A    Right.
10   Q    Okay.  So did you end up going in the
11        visiting room eventually?
12   A    At that point, Lieutenant Avery came out and
13        said, well, no, there is no attorney visit.
14        We're here.  We're gonna be conducting a
15        cell search.  We need you to go in -- go in
16        the visiting booth so --
17   Q    Okay.  So how'd you respond to that?
18   A    At that point I went in the -- I went in the
19        visiting booth.  And at that point they went
20        on the unit and I sat in the visiting booth
21        for a while.
22   Q    Okay.  So did you voluntarily go into the
23        visiting booth or did they have to order you
24        to go into the visiting booth?
25   A    She asked me to go in the visiting booth for
```

Exhibit 1, p. 13

1       -- a couple times, and I told her that, you

2       know, I wanna go back to my cell.  This is

3       not an attorney visit.  Y'all told me that I

4       have an attorney visit.  My attorney is not

5       here, so I wanna go back to my cell.  And at

6       that point, that's when she eventually

7       telling me that like, well -- you know,

8       well, we -- we're here, and the reason we

9       need you to go in here is because they're

10      gonna search your cell.  So eventually I

11      went -- I went in with -- I mean, I was

12      compliant with them.

13  Q   Okay.  Lieutenant Avery's there at that

14      point.  Who else is there at that point?

15  A   Lieutenant Avery, T. Williams.

16  Q   Is that T-E-E Williams, correct?

17  A   T dot E Williams; I guess E is supposed to

18      be a middle initial maybe.

19  Q   Okay.

20  A   And Taylor, Officer Taylor is there, and the

21      deputy, I guess last name is Paul, Rivera

22      Paul, I believe.

23  Q   And the others are correctional officers,

24      and then there was a sheriff's deputy?

25  A   Yes.

```
 1   Q    And the sheriff's deputy, you encountered
 2        him first, right?
 3   A    Yes.
 4   Q    And then the other officers you just named
 5        came sometime after you encountered Deputy
 6        Rivera.
 7   A    Yes.
 8   Q    Is it possible that Rivera's his last name
 9        and not his first name?  Just if you know.
10   A    I believe it's his last -- I believe it's
11        his last name.
12   Q    Okay.  So let's refer to him as Deputy
13        Rivera, okay?
14   A    Yeah, that's his last name.
15   Q    All right.  How long did this encounter last
16        between you and Rivera first?
17   A    Couple minutes maybe.
18   Q    And then once Lieutenant Avery comes -- she
19        was a lieutenant at that point?
20   A    Yes.
21   Q    Once Lieutenant Avery and the others that
22        you named came, how long did that encounter
23        last before you went into the visiting room?
24   A    Also maybe a couple minutes.  The whole
25        situation was -- the whole situation was
```

U.S. Legal Support | www.uslegalsupport.com          15
Case 2:23-cv-00866-NJ  Filed 08/01/24  Page 16 of 129  Document 41-1
Exhibit 1, p. 15

```
 1       within a couple minutes.
 2    Q  How long were you then in the visiting room
 3       before someone came back to talk to you?
 4    A  Approximately an hour; 45 minutes to an
 5       hour.
 6    Q  And at that point you're wondering what's
 7       going on?
 8    A  I mean, I figured they was doing a cell
 9       search.
10    Q  Did you have any indication why they were
11       doing a cell search?
12    A  Yeah, because the officer on the unit said
13       that he smelled smoke and somebody was
14       smoking on the unit.
15    Q  And were you thinking at that point that
16       they were thinking you were the one who was
17       smoking?
18    A  At that point I didn't know why they
19       particularly picked me to search my cell,
20       because I had nothing to do with -- I had
21       absolutely nothing to do with the smoking
22       incident.
23    Q  Did they say anything to indicate why they
24       thought to single you out?
25    A  The report indicated that I was up by the
```

```
 1        area by the visiting room, but there were
 2        several people up by the area.  They didn't
 3        name -- it doesn't name all the people that
 4        were in the area, but they said that there
 5        was several people by the area, and upon
 6        officer's inspection, that he noticed
 7        sockets had -- was tampered with and noticed
 8        other debris that someone was smoking.
 9   Q    So the socket being tampered with, that's to
10        try to get something lit; --
11   A    Yeah.
12   Q    -- is that why they do that?
13   A    Yeah.
14   Q    Had you ever done that?
15   A    No.
16   Q    Since you were up there, and I guess this --
17        actually, you know, I'll say this:  What
18        happens before you encounter the officers
19        and you get decentralized and -- none of
20        that's really all that important to this
21        case.
22   A    Right.
23   Q    And I was going to ask you about what you
24        saw, but frankly, at this point I'm not even
25        concerned about that.  So anyway, they come
```

U.S. Legal Support | www.uslegalsupport.com        17
Case 2:23-cv-00886-NJB-EJD   Document 41-1   Filed 08/01/24   Page 18 of 129
Exhibit 1, p. 17

| | | |
|---|---|---|
| 1 | | back to you eventually after searching your |
| 2 | | cell, correct? |
| 3 | A | Yes. |
| 4 | Q | And who talks to you first? |
| 5 | A | Lieutenant Avery. |
| 6 | Q | Is she in charge there? |
| 7 | A | She was the -- I'm -- she was the lieutenant |
| 8 | | that was assigned to that floor. |
| 9 | Q | So of the officers that are there after they |
| 10 | | come back, was she in charge, as far as you |
| 11 | | know, -- |
| 12 | A | As far as -- |
| 13 | Q | -- on scene? |
| 14 | A | As far as I know. |
| 15 | Q | You recognized her as being the highest |
| 16 | | ranking person there. |
| 17 | A | Captain Hannah had -- while I was in the |
| 18 | | visiting booth, Captain Hannah, he did come, |
| 19 | | he walked into the unit, he was on the unit |
| 20 | | for a brief moment, maybe 10 minutes at best |
| 21 | | maybe.  He came back off the unit.  He was |
| 22 | | accompanied with Sergeant Rightberry |
| 23 | | (phonetic spelling).  He came back off the |
| 24 | | unit and he walked out of my view, and I'm |
| 25 | | assuming that he left -- at that point that |

U.S. Legal Support | www.uslegalsupport.com          18
Case 2:23-cv-00846-NJB-JVM  Document 41-1  Filed 08/01/24  Page 19 of 129
Exhibit 1, p. 18

```
 1          he left -- I mean, I know now that he didn't
 2          end up leaving the floor, but at that time I
 3          was assuming that he left the floor, so...
 4     Q    You didn't see him after the time you just
 5          described to me, at least on the day of this
 6          incident?
 7     A    I seen him after -- after the whole
 8          incident, --
 9     Q    Sure.
10     A    -- he arrived -- you know, with him being a
11          captain, he arrived in response to the whole
12          situation afterwards at some point, but
13          before the actual incident happened, no,
14          that was the only time I seen him.
15     Q    Okay.  And did you talk to him when you saw
16          him before the incident?
17     A    I attempted to.
18     Q    So how'd you attempt to talk to him?
19     A    As he walked past, I call his name, Captain
20          Hannah, can I talk to you, and, you know, he
21          kept walking.
22     Q    So he never said anything to you?
23     A    Not that -- not before -- not beforehand.
24     Q    And these questions I'm going to ask you are
25          about beforehand.  What did you say to him
```

```
 1          other than asking if you could talk to him?
 2   A    Nothing.  You know, he was walking past.
 3        I'm, Captain Hannah, Captain Hannah, can I
 4        talk to you, you know, what's going on, and
 5        he kept walking.
 6   Q    Had you had any contact with Captain Hannah
 7        before that day?
 8   A    Sure.  I mean, I've been -- was in the
 9        County for quite some time, so I mean I've
10        spoke to him -- I've spoken to him on
11        numerous occasions.  They'd be coming
12        through the office -- coming through the
13        units or --
14   Q    Captains do periodic inspections through the
15        units, right?
16   A    Yeah.
17   Q    So you probably, in all likelihood, saw him
18        inspecting a unit before the day of this
19        incident?
20   A    Yeah.
21   Q    Had you talked to him before the date of the
22        incident?
23   A    Yes.  I talked to him on several occasions.
24   Q    Would he know who you are, do you think?  On
25        that day, do you think he knew who you were?
```

U.S. Legal Support | www.uslegalsupport.com          20
Case 2:23-cv-00886-NJB-JVM   Document 41-1   Filed 08/01/24   Page 21 of 129
Exhibit 1, p. 20

```
 1    A    Yes.
 2    Q    Had there been any disciplinary incidents
 3         that you might have been involved in that
 4         you dealt with Captain Hannah on?
 5    A    Yes.
 6    Q    How many times you think that was?
 7    A    Maybe five maybe, throughout the time of
 8         being there.
 9    Q    Any of those involve failure to follow
10         orders, that you remember?
11    A    Yeah.
12    Q    How many of those five do you think involved
13         failure to follow orders?
14    A    I mean, that's a -- that's a common -- if
15         you receive a write-up, that's gonna be one
16         of them most common violations that they're
17         gonna give you is failure to follow an
18         order.
19    Q    Okay.  Before the date of this incident, how
20         many disciplinary violations had you had
21         that you've been written up on?
22    A    Possibly five.  Four or five maybe.
23    Q    And how many of those four or five that --
24         at least some of the violations sustained
25         where you had either time served or
```

```
 1        disciplined for?

 2   A    Maybe three or four of them.

 3   Q    Had you ever been tased before, during this

 4        incarceration at the jail?

 5   A    No.

 6   Q    How about before that, had you been

 7        incarcerated before that when you suffered a

 8        taser -- tasing incident?

 9   A    No.

10   Q    So this incident was your first time getting

11        tased?

12   A    Yes.

13   Q    Inside or outside at any facility?

14   A    Yes.

15   Q    You been tased since?

16   A    No.

17   Q    Once was enough?

18   A    Yeah, that don't -- that hurts.

19   Q    I've heard.  I've heard.  You're not the

20        first person to say that.  How about

21        Lieutenant Avery, had you had any

22        interactions with her before this day?

23   A    Same thing with Captain Hannah, they worked

24        the jail, I've been there for -- been there

25        for quite some time, a year plus at that
```

```
 1        time, almost a year-and-a-half.  So I had
 2        multiple occasions with her.  I wouldn't say
 3        that any of those occasions were bad
 4        occasions.
 5   Q    How about any of the other officers?  And
 6        let's include Captain Hannah, had you had
 7        any negative interactions with them such
 8        that you'd have bad feelings towards them or
 9        they'd have bad feelings towards you?  Do
10        you understand what I'm getting at?
11   A    I don't necessarily know about them having
12        bad feelings towards me.  They're
13        professionals.  They're supposed to maintain
14        a professional demeanor at all times when
15        they employed there.  I don't have any
16        personal -- or didn't have any personal
17        negative feelings towards any of those
18        officers involved.
19   Q    You didn't feel before that day that any of
20        those officers had caused you difficulties
21        unnecessarily?
22   A    Not before that -- not before that date, no.
23   Q    And I know you can't read their minds, but
24        were you involved in any incidents with any
25        of those officers before this date that
```

Exhibit 1, p. 23

```
 1        might lead them to have negative feelings
 2        about you?  And let's exclude Captain Hannah
 3        because he's not a defendant.  Let's just
 4        stick with the three defendants here.
 5   A    There were prior incidents of me being in
 6        the -- in the jail, of incidents where I'm
 7        sure that they were aware of.  I don't know
 8        what type of feelings that may have created
 9        within them towards me, but I'm sure there
10        were -- there were situations.
11   Q    I appreciate that answer.  Were any of the
12        situations that they might be aware of, did
13        any of those situations involve the direct
14        participation of any of the defendants in
15        this case?  In other words, if there was a
16        disciplinary incident, was Lieutenant Avery
17        involved in it in any way, did she
18        participate in disciplining you, did she
19        respond to a scene?  And the same thing with
20        respect to the rest of them.
21   A    Her being a lieutenant, she has responded to
22        -- she has responded to things.  She -- I
23        mean, yes, she's responded, but I don't
24        recall necessarily her writing me a ticket
25        or initiating any disciplinary procedures or
```

```
 1        issuing before that ticket, that I recall.
 2   Q    And how about the others?  We're talking
 3        about Williams, and who's the third?
 4   A    Officer Dortsch was the third, and Taylor,
 5        or Williams and Dortsch.
 6   Q    The defendants in this case are Avery,
 7        Taylor, and Williams, correct?
 8   A    Yes.
 9   Q    But Dortsch was also there, correct?
10   A    Yes, he --
11   Q    He's just not a defendant.
12   A    Yeah, he was there.  He's just not a
13        defendant in this case.  I know Officer
14        Williams wasn't working there that long at
15        the time of the incident.  Taylor and Avery
16        would have both been here the whole time I
17        was there.  So how the County works is if
18        there's an incident or situation regarding
19        whether I caused the situation or another
20        occupant at the County caused the situation,
21        they -- if they hit their emergency button,
22        all available officers will respond.  So in
23        that -- in that sense, there's been numerous
24        interactions when they come on the unit,
25        everybody locked in, things like that, but
```

U.S. Legal Support | www.uslegalsupport.com

Exhibit 1, p. 25

```
 1        I've never had any altercations with them

 2        that I would think that would cause any type

 3        of, you know, significant ill wills or

 4        things of that nature.

 5   Q    Thanks for the response.  I appreciate that.

 6        And as far as any of your four or five

 7        previous disciplinary incidents, as far as

 8        you recall, none of the defendants in this

 9        case, Taylor, Williams, or Avery, were

10        directly involved in your other disciplinary

11        incidents.

12   A    I mean, not in a -- not in a significant

13        role.

14   Q    Okay.  And you can't count out that they

15        might have been aware of other incidents

16        that you may have been involved in with.

17        You just don't know that, right?

18   A    I mean, that County is not a -- that County

19        is not a big place, so -- I mean, if

20        something happened, I'm sure the officers

21        make each other aware and know of a

22        situation.  So I can't say specifically

23        that, you know, one person told another, you

24        know, be aware of this -- be aware of this

25        particular situation with Knight or things
```

1       like that, but I'm sure that they all --

2       they talk and things like that.

3   Q   Well, okay.  So based on what you might have

4       heard from the officers, other occupants, do

5       you know what, if any, reputation you had

6       among the officers there at the County prior

7       to this incident?  Like you say, everybody

8       talks, right?

9   A   I'm not sure.  I've heard that they had me

10      under several investigations at different

11      times.

12  Q   For what?  Do you know?  And when you say

13      they, you're not talking about defendants

14      specifically, you're talking about jail

15      administration in general.

16  A   Yeah, in general, but I couldn't say

17      necessarily who it was that had me under the

18      investigation.  I've heard different times

19      for fraternization, heard different times

20      for just things going on on the units, if --

21      I mean, other than that, I wouldn't -- I

22      wouldn't know what else they would be

23      looking at me for.

24  Q   Based on your lack of significant -- well,

25      let me ask you this.  I never did ask you.

```
 1        Did you ever have to do time in 4D before
 2        this incident?
 3   A    Yes.
 4   Q    How much time?
 5   A    The most time I did on 4D, maybe two months
 6        in summer of 2022.
 7   Q    Do you know what the charge you were found
 8        -- I don't know what the right -- correct
 9        term is, it's not found guilty of.  I guess
10        maybe they do say that.  You'd think I'd
11        know that.  I see these forms all the time.
12        Do you know what the charge was that caused
13        you to have to do 60 days?
14   A    So I was placed on administrative
15        segregation.  I didn't get found guilty of
16        any rule violations.  I was -- I was on the
17        unit.  I requested a medical emergency.  The
18        officer said that I refused to lock in, so I
19        was taken to the hold for that.  In the
20        process of going to the hold, there was some
21        resistant -- there was resistance from the
22        unit to the hold.  I was wrote up for
23        resisting, staff assault, violating the
24        rules and policies.
25   Q    You said you almost always get that one,
```

1         right, or --

2    A    Yeah, that's --

3    Q    -- failure to follow orders?

4    A    Yeah, that's common in any write-up.  So

5         there was several rule violations, but all

6         of those rule violations I was found -- all

7         those rule violations got dismissed.  But I

8         was -- but I was still placed on ad seg as a

9         result of those -- of those violations,

10        although they was dismissed, and I

11        ultimately ended up staying in 4D for, like

12        I said, possibly two months.

13   Q    Okay.  Was that the only incident that you

14        were involved -- or that you were accused of

15        getting into a physical confrontation with

16        an officer, or officers?  Is that the only

17        time?

18   A    Yeah, that I -- yeah.

19   Q    How about with other inmates prior to this

20        incident?  Were you involved in any physical

21        altercation with other inmates?

22   A    Yeah.

23   Q    How many times?

24   A    Twice, but I was found not guilty for one of

25        them.

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 41 of 129   Document 41-1        29
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 29

```
1   Q    And the one that you were found guilty of,
2        how much time did you end up doing in the
3        hold?
4   A    Twenty -- 22 days.
5   Q    And I shouldn't refer to it as the hold, but
6        technically 4D typically is segregation,
7        correct?
8   A    Yeah, but I wasn't on 4D when that happened.
9        I was -- I was on another unit when it
10       happened, due to 4D unit being full.
11  Q    Okay.  Have we covered the physical
12       altercations you were involved in with
13       either staff or occupants before this
14       incident?
15  A    That I can recall.
16  Q    How much did you weigh at the time of this
17       incident?
18  A    Approximately 275, 280 maybe.
19  Q    How tall were you at the time of the
20       incident?
21  A    Six four.
22  Q    Same dimensions now, about?
23  A    Yes.
24  Q    Were you working out while you were in the
25       jail or...
```

Case 2:23-cv-00886-NJ  Filed 08/01/24  Page 31 of 129  Document 41-1
U.S. Legal Support | www.uslegalsupport.com     30
Exhibit 1, p. 30

```
 1    A    Not really.

 2    Q    Not much opportunity there, right?

 3    A    No.

 4    Q    Push-ups in your cell maybe?

 5    A    No.

 6    Q    You look like you're just naturally strong,

 7         a big guy?

 8    A    Yeah, this is my natural size.

 9    Q    Had you ever been subjected to OC spray in

10         the jail before the day of this incident?

11    A    No.

12    Q    How about since?

13    A    No.

14    Q    Never experienced OC spray in your life?

15    A    I have, and I don't like it.

16    Q    When were you sprayed?  When were you

17         subjected to it?

18    A    I was in -- during the time -- during the

19         years of 2015 through the end of 2019 I was

20         in Cook County Jail in Cook County, Chicago,

21         Illinois.

22    Q    And you already told me this was the only

23         time you'd ever been tasered, correct?

24    A    Yeah.

25    Q    Okay.  We took a bit of a detour there.
```

```
 1        Let's go back to this incident.  So they
 2        come back to you after you're in -- locked
 3        in the visiting booth, and all three of the
 4        defendants come back to you; is that
 5        correct?
 6   A    Yes.
 7   Q    And who speaks with you first?
 8   A    Lieutenant Avery.
 9   Q    And what'd she say to you?
10   A    She initially asked me -- she informed me
11        that they found contraband in the room, that
12        I would be going to seg.
13   Q    Did she say what the contraband was?
14   A    I think she said she found cigarettes,
15        tobacco, and some paper.
16   Q    Cigarettes, tobacco, and paper?
17   A    She said she found four cigarettes, and then
18        loose tobacco wrapped in paper.
19   Q    Did you respond to that?
20   A    Yeah.  I asked her, you know, why you all --
21        why was I being targeted?  I had nothing to
22        do with -- I had nothing to do with the
23        situation of anybody smoking.  I wasn't even
24        in the area.  She told me that they seen me
25        on camera in that area, and I explained to
```

```
 1          her that I had a scheduled visit that day,

 2          so I did go upstairs and look at the

 3          visiting booth.  My name wasn't on the

 4          screen.  I came down.  I went back up there

 5          a second time and looked again, it wasn't on

 6          the screen.  At this time it was approaching

 7          a little bit after 5:15, maybe 5:20.  Visits

 8          end at 5:30, so I figured, you know, I'd

 9          just visit tomorrow.  I use a visit

10          tomorrow.  She kept asking me where did I

11          get the cigarettes from, and I told her it

12          wasn't mine.

13     Q    Were you in a single cell or did you have a

14          cellmate?

15     A    I was in a single cell.

16     Q    So you denied that they were yours.  Was

17          there further conversation about what they

18          were doing in your cell if they weren't

19          yours?

20     A    Well, she stated, well, we found them in

21          your cell.  She kept asking me where did I

22          get them from, did a staff member give these

23          to me, how did I get these in the

24          institution, things of that nature, and I

25          just --
```

```
 1   Q    Did you continue to deny that you knew
 2        anything about them?
 3   A    I told them y'all wasn't -- they not mine.
 4   Q    Okay.  So then what was said, if anything?
 5   A    She told me that I'd be going to seg.  And
 6        she walked away for a minute.  She walked
 7        away for a minute.  I did hear her call
 8        classification unit saying that I'd be
 9        transferred to 4A for disciplinary ad seg.
10   Q    Okay.  Is the door to the visiting room open
11        or are you talking to her through --
12   A    I'm talking through the door.
13   Q    And you could also hear her on the phone
14        through the door?
15   A    Yeah.
16   Q    Okay.  Go ahead.
17   A    And eventually she come back and I asked
18        her, why am I being placed on ad seg.  And
19        she explained that, oh, this is serious
20        contraband and things like that.  And I did
21        have a conversation with her saying that --
22        we're talking about cigarettes, we're not
23        talking -- it's not like I -- this is a
24        knife or something serious.  Why am -- I
25        understand being placed on disciplinary.
```

| | | |
|---|---|---|
| 1 | | Why am I being also placed on ad seg after |
| 2 | | disciplinary. |
| 3 | Q | I'm going to stop you there for just a |
| 4 | | second.  Sorry to interrupt you.  Are you |
| 5 | | saying ad seg? |
| 6 | A | Yeah.  Administrative segregation, ad seg. |
| 7 | Q | Just wanted to clarify that.  I don't know |
| 8 | | if she was aware.  I know what ad seg is but |
| 9 | | I wasn't sure, so...  Sorry.  Please |
| 10 | | continue. |
| 11 | A | She eventually asked me -- she said that I |
| 12 | | would be placed on ad seg and -- you know, |
| 13 | | she asked me was I gonna comply.  And I told |
| 14 | | her I wanna speak to Captain Hannah. |
| 15 | Q | Why'd you want to speak to Captain Hannah? |
| 16 | A | Because I didn't understand the reason why I |
| 17 | | was being placed on ad seg right out the |
| 18 | | gate.  I had to be -- I haven't been found |
| 19 | | guilty of any rule violations, I haven't -- |
| 20 | | I haven't even been heard on the ticket, so |
| 21 | | why am I being placed right on ad seg right |
| 22 | | out the gate?  And I explained to her that |
| 23 | | -- you know, I consistently adamantly |
| 24 | | explained to her that I wanna -- I wanna |
| 25 | | speak to Captain Hannah about this ad seg |

U.S. Legal Support     www.uslegalsupport.com          35
Case 2:23-cv-00886-NJB-JVM   Document 41-1   Filed 08/01/24   Page 35 of 129
Exhibit 1, p. 35

```
 1        that I shouldn't be placed right on ad seg.
 2   Q    Okay.  You disagreed with that, and as a
 3        result, you wanted to speak with Captain
 4        Hannah.
 5   A    Yeah.
 6   Q    How many times did you have to -- did you
 7        tell her that you wanted to speak with
 8        Captain Hannah?
 9   A    I can't necessarily put a number on it.  It
10        was a lot, you know, because I was adamant,
11        I was very adamant about the fact that I
12        wanna talk to Captain Hannah.
13   Q    And you were adamant about the fact that you
14        didn't think you should be placed on ad seg;
15        would that be accurate?
16   A    Yeah, just the ad seg.  I understood that --
17        I tell her like I understand -- you know,
18        I'm not contesting the -- being placed on
19        disciplinary status.  I mean, the situation
20        is what it is.  Y'all say y'all went in my
21        cell, y'all say you found cigarettes, I
22        understand disciplinary status.  I don't --
23        there's no way around it.
24   Q    This wasn't your first go-around.
25   A    No.
```

```
 1   Q    Been there for a while, you had other
 2        discipline, correct?
 3   A    Yes.  I said I understand the disciplinary
 4        process of this, but why am I being placed
 5        right on ad seg.
 6   Q    Okay.  So explain to me the difference
 7        between just being placed on discipline and
 8        being placed immediately on ad seg.
 9   A    So when they take you -- if they take you to
10        seg and they put you on disciplinary/ad seg,
11        that means that whatever rule violations
12        that you've got they're gonna come -- give
13        you the ticket, they're gonna give you X
14        amount of days for the rule violation, and
15        you serve that time, whatever time they give
16        you for the violations, you serve that time.
17        And after that time is served, instead of
18        getting out of segregation and going back to
19        a regular general population unit, you
20        remain in segregation on ad seg pending your
21        review, and they do reviews weekly to
22        determine whether they're gonna allow you
23        out of segregation or continue to hold you
24        on segregation.
25   Q    So the issue in your mind was on the back
```

Exhibit 1, p. 37

```
 1        end you -- after you did your time, you were
 2        still going to have to stay in segregation
 3        for up to a week at least.
 4   A    Yeah.
 5   Q    And I'm curious, what did it turn out?
 6        After your review, did you get out of ad seg
 7        right away, or not?
 8   A    Not right away.  So fast-forward past the
 9        incident, when I was in seg, they eventually
10        came and -- they eventually came and did the
11        ticket.  She initially -- Deputy Sawchek
12        (phonetic spelling), I'm not sure how to
13        spell her name, but she initially gave me 25
14        days segregation time on top of the fact
15        that I would be on ad seg.  I appealed -- I
16        put in an appeal regarding the ticket.  The
17        ticket was -- the time expired for them to
18        do the ticket.  They have 72 hours to do the
19        ticket.  The time frame expired on the
20        ticket.  The ticket was supposed to get
21        dismissed.  I put in the appeal for it.
22        Eventually the ticket got overturned --
23        after 22 or 23 days on the ticket, the
24        ticket actually ended up getting overturned,
25        but I still remained on ad seg for another
```

Exhibit 1, p. 38

```
 1        month maybe, month-and-a-half maybe.
 2   Q    Well, and the administrative segregation,
 3        that's a whole different process than the
 4        disciplinary process, correct?
 5   A    In a sense, yeah.
 6   Q    Because you don't have to be disciplined to
 7        get put on administrative segregation,
 8        correct?
 9   A    My experiences with administrative
10        segregation, you have had to have done
11        something to be placed on administrative
12        segregation, which would have initially been
13        the disciplinary reason.  The way Milwaukee
14        County does their ad seg, I've seen people
15        come straight off the streets, just because
16        of the type of case that they have, and be
17        placed right on ad seg, so...  When I was
18        placed on ad seg, I requested their policy
19        regarding ad seg and I -- they never gave
20        that to me.
21   Q    My understanding is that if -- well, first
22        off, prisoners coming into the jail are
23        classified, they go through a classification
24        process to see what security level they
25        should be placed on.  Are you familiar with
```

1          that?

2     A    Yeah.

3     Q    And then some occupants go right to

4          administrative segregation if they have very

5          serious charges, homicide, for instance, or

6          if they're alleged to have been involved in

7          a physical altercation with an officer, for

8          instance.  Does that sound about right to

9          you?

10    A    As far as Milwaukee County, yeah.

11    Q    Right.  And so your physical altercation

12         with the officers for this incident, at

13         least based on their version of the events,

14         that more than likely was going to lead to

15         some period of administrative segregation

16         for you, based on what you understand about

17         how Milwaukee works, right?  Or not?  I

18         mean, if you don't have an understanding,

19         that's fine.

20    A    So what my understanding is, a lieutenant

21         can recommend that you be placed on

22         administrative segregation.  If they decide

23         to, you're placed on administrative

24         segregation automatically until Captain

25         Cunningham, who's the third shift

Exhibit 1, p. 40

1      classification officer, reviews it and

2      decides to take you off.  So it's kind of

3      one of those situations where you can do

4      something and the lieutenant decides that I

5      wanna place you on ad seg.  Or, as you say,

6      you can come right in with specific charges

7      and be placed on ad seg, so --

8  Q  And then there are regular reviews of the

9      classification status.  Captain Ducert,

10     D-U-C-E-R-T, does those kind of --

11  A  Yeah, I know he was the supervisor over

12     classification, I believe.  Yeah, so there's

13     multiple -- like I said, there was multiple

14     reasons why they can place you on it.  It's

15     not necessarily a guarantee.

16  Q  So had you been on administrative

17     segregation before this incident?

18  A  Yes.

19  Q  And what incident caused you to be placed on

20     administrative segregation?  Have we talked

21     about it already, is that the--

22  A  Yes.

23  Q  -- inmate to inmate incident?

24  A  No, it was -- like I said, I got in in the

25     summer of 2022.  Like I said, I called the

```
 1        medical emergency.  The officer decided that
 2        -- he said it was a refusal.  There was some
 3        resisting involved and they stated that
 4        Inspector Dobson got injured.  So as a
 5        result of that, I was placed in seg and then
 6        I was placed on administrative segregation.
 7        However, the ticket was dismissed.  And
 8        after two months, I finally was able to, you
 9        know, speak with Captain -- Inspector
10        Dobson, and Inspector Dobson in turn
11        informed them that I did not injure him and
12        that I did not assault him or any officer
13        and instructed Captain Cunningham to take me
14        off ad seg.
15   Q    So do you know how Inspector Dobson ended up
16        involved in that incident that you just
17        described and that you described to me
18        earlier?
19   A    During that time, there was very shortness
20        of staff at the jail, so I guess they
21        needed, you know, every available -- every
22        available officer that they could, you know,
23        have that was -- responded to things or that
24        was working at the time.  A lot of officers
25        were working overtime.  So it wasn't
```

```
 1        uncommon to -- it wasn't uncommon to see
 2        some of these Inspector Dobsons or multiple
 3        captains respond to a particular situation
 4        at any given time.
 5   Q    So he was one of the officers that responded
 6        to your refusal to -- or whatever incident
 7        started this whole thing that we were just
 8        talking about?
 9   A    Yeah.
10   Q    All right.  Let's get back to the incident
11        itself.  So you're asking for Hannah and
12        they don't get Hannah for you?
13   A    No.
14   Q    And how long are you asking for Hannah?  How
15        much time's passed since they re-approached
16        you after your cell was searched?
17   A    So she walked away, she made her phone call,
18        Lieutenant Avery.  Within minutes -- within
19        minutes they came back to the door, just
20        when it was Lieutenant Avery, Deputy Rivera,
21        Taylor, Williams.  Taylor -- no.  Deputy
22        Rivera opened the door.
23   Q    Hang on a second.
24             (Exhibit No. 1 marked.)
25   Q    I'm going to hand you what's been marked as
```

```
 1        Exhibit Number 1.  Can you identify what's
 2        shown in that exhibit?
 3   A    Yeah, this is Lieutenant Avery standing in
 4        front of the door, Deputy Rivera is behind
 5        her, T. Williams is in front of her, and
 6        Taylor is holding the -- Taylor is holding
 7        the restraint belt, RIPP restraint belt.
 8   Q    Okay.  Based on what you just said, I've put
 9        names above the heads of the four officers
10        shown standing outside the door, correct?
11   A    Yeah.
12   Q    And did I label them correctly, based on
13        your testimony?
14   A    Yes.
15   Q    So Rivera is the farthest left in Exhibit 1,
16        Avery's the next person, going left to
17        right.  Williams is standing back slightly,
18        but he's the next person, and then the
19        farthest person to the right is Taylor; is
20        that correct?
21   A    Yes.
22   Q    And are they standing outside a door of a
23        visiting booth?
24   A    Yes.
25   Q    Do you know if that's the door you were in
```

1   on the day of this incident?

2 A  Yes.

3 Q  We've sent you the video of the incident,

4   correct?

5 A  Yes.

6 Q  Have you had an opportunity to see those

7   videos?

8 A  Briefly, yes.

9 Q  There were videos from the floor cameras and

10   there was some body cam video, correct?

11 A  Yes.

12 Q  How long ago was it that you saw the video?

13 A  Couple weeks ago maybe.  It's been difficult

14   getting this place here to comply with

15   allowing me to see the video footage.

16 Q  Based on your recollection, and you had a

17   chance to review the video, did it

18   accurately show what happened on the day of

19   the incident?

20 A  Yeah.

21 Q  You didn't recognize there being any gaps in

22   the video, for instance, right?

23 A  I mean, I'm not an expert at that, but I --

24   not that -- not that I can tell.

25 Q  Okay.  So do you --

```
 1    A    The video -- those video footage is so --
 2         they only allowed me to view the video
 3         footages twice since you've -- since you've
 4         sent them and I received it January 31st.
 5         So I've been able the review it twice, each
 6         time for one 45-minute session, and, you
 7         know, the footage of these videos are longer
 8         than 45 minutes when you view them in their
 9         entire.  So my review of the -- my review of
10         the footage mainly consisted of kind of
11         cropping it to -- not necessarily cropping
12         it, but like limiting my viewing to the
13         incident.
14    Q    I understand that.  This appears to say that
15         this video was from 2023, 05/31, so that's
16         the day of the incident.  And it looks like
17         it says 18:11.45.  So that's 6:11 military
18         time.  Does that sound about right in terms
19         of what time this happened?
20    A    Yeah, because it was after -- it was after
21         dinner time.  So that's -- that would
22         roughly be a good estimate.
23    Q    Does the fact that Officer Williams is
24         holding a RIPP belt indicate to you that
25         this is the -- that this is the second time
```

1       that they came back after --

2   A   Officer Taylor is holding the RIPP belt.

3   Q   Oh, sorry.  Officer Taylor.  Does that

4       indicate to you that this is the second time

5       they approached your door after the cell

6       search was done?  You were telling me that

7       when Avery came back, they had this -- you

8       had the consideration about cigarettes and

9       you had asked for Hannah.  Does this

10      screenshot, does this look like it's from

11      the second time that they came to your cell

12      door?

13  A   I know this screenshot was at the point

14      where they came to actually attempt to

15      remove me out of the room.  Avery did come

16      to this door a couple times, I'm not sure

17      exactly how many times it was, but I believe

18      that this would have been the first time

19      that all four of them came to the door at

20      the same time to remove me from the visiting

21      booth.

22  Q   Okay.  Any of the other times -- well, was

23      Taylor there before they were going to

24      remove you?

25  A   Yeah, Taylor was part of the -- Taylor was

1       part of the -- when they first brought me

2       off the unit, Taylor was one of the officers

3       that was with Lieutenant Avery when they

4       stated they was gonna do a cell search.

5    Q  So they told you that they were going to

6       search your cell when they took you off the

7       unit?  I thought they told you you were

8       going to have an attorney?

9    A  No.  Once -- as I was explaining, when they

10      brought me off the unit, Rivera attempted to

11      put me in this room, this visiting booth

12      room.  When I looked into the visiting booth

13      room and I didn't see my attorney, I told

14      them I don't want to visit, I want to go

15      back.  He kept telling me, just go in the

16      room, go in the room.  I'm, no, my attorney

17      not here.  I don't want the attorney visit.

18      If my attorney is here, when he come up

19      here, tell him I'll call him tomorrow and he

20      can inform me when he's coming and I'll talk

21      to him then.

22   Q  Did Rivera eventually give you an order to

23      go into the visiting booth?

24   A  I don't recall if he necessarily gave me an

25      order.  He -- I know he was saying like just

Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 49 of 129    Document 41-1        48
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 48

```
 1        go in the booth.  I'm like --

 2   Q    They don't say, this is an order, I'm

 3        telling you to go into the booth.  When they

 4        tell you to do something, --

 5   A    Yeah, he kept --

 6   Q    -- that's an order, right?

 7   A    He just said, Knight, you know, you go in

 8        the booth.  And I'm like, no, if this was an

 9        attorney visit, I don't want the attorney

10        visit, I wanna go back to the cell.  At this

11        point I didn't see Avery, Williams, or

12        Taylor.  They were over here by the officer

13        station.  And she eventually came around the

14        corner, and I did see Williams and Taylor

15        with her, and she -- that's when she was

16        state to me, no, okay, well, it's not an

17        attorney visit, we here to search -- we here

18        to search your cell.  I need you to go into

19        a visiting booth.

20   Q    They fessed up what the real purpose of you

21        going in the visiting booth was.

22   A    Yeah.

23   Q    All right.  So they come back, they tell you

24        what they found, Avery tells you that you're

25        going to not only go for disciplinary
```

Case 2:23-cv-00886-NJB-JVM   Document 41-1   Filed 08/01/24   Page 51 of 129    49
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 49

```
 1          reasons but administrative segregation.  You
 2          then ask for Hannah and she doesn't get you
 3          Hannah.
 4     A    No.
 5     Q    What happens then?  You're still in the
 6          visiting booth at this time with the door
 7          shut?
 8     A    Yeah.
 9     Q    Okay.  What happens next?
10     A    So eventually like at this point, like this
11          exhibit is showing, they come to the door
12          and she's telling me that I'm gonna be going
13          to seg.  I believe she asked me was I gonna
14          comply with them.
15     Q    Meaning coming out of the cell?
16     A    Yeah.
17     Q    Voluntarily.
18     A    Yeah.
19     Q    Were you saying things -- did you tell her,
20          hey, I'm not coming out until I see Hannah
21          or talk to Hannah?
22     A    Not at that point.  At that point I was just
23          quiet.  I wasn't responding to them at all.
24     Q    Okay.  And so did she order you to come out?
25     A    I don't recall if she specifically ordered
```

```
 1        me to come out of the booth.  I know at some
 2        point that she did step back.  Rivera came
 3        to the door and said we're gonna open the
 4        door.  When I open the door, I want you to
 5        put your hands out.
 6   Q    How did you respond to that, if at all?
 7   A    I didn't.
 8   Q    Just quiet?
 9   A    Yeah, I was leaned up against the wall and I
10        was unresponsive.
11   Q    Did Rivera say that more than once, that he
12        was going to open the door and you should
13        put your hands forward?
14   A    I don't recall if he said it more than once.
15        I know that he stated that he was gonna open
16        the door and for me to put my hands out.  At
17        which point I know he did open the door
18        slightly, and Taylor, Taylor was standing
19        there saying, Knight, cuff up.  And he asked
20        me a couple times but I was -- I just -- I
21        just -- I was unresponsive to him.
22   Q    Okay.
23   A    At that point, I believe that's the point
24        when Lieutenant Avery made a radio call
25        asking for additional staff, and that's when
```

```
 1        Officer Dortsch, he responded.

 2   Q    Okay.  Was he the only additional officer

 3        that responded at that point?

 4   A    At that point, that I could -- that I could

 5        tell, that I was able to see at that point,

 6        yeah.

 7   Q    Okay.  So what happens next?

 8   A    So when I wasn't -- I wasn't responsive, I

 9        remember T. Williams stepping back and

10        pulling out his taser and pointing the taser

11        at me saying that if I didn't -- if I did

12        anything other than cuff up that he would

13        tase me.

14   Q    Okay.  Did you take that as another order to

15        cuff up?

16   A    I really was -- I really was -- I really was

17        unresponsive to him.  I heard him say it.  I

18        know he telling me if I did anything other

19        than cuff up.

20   Q    Why not just comply?

21   A    I didn't like the ad seg thing and I was

22        requesting that -- I was requesting -- I

23        felt like I was being railroaded, because I

24        actually didn't have anything to do with the

25        whole smoking -- because I wasn't the only
```

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 52 of 129   Document 41-1    52
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 52

```
 1        person whose cell got searched.  There was
 2        other individuals whose cell got searched,
 3        but I had nothing to do with being upstairs
 4        in that booth smoking or doing none of that.
 5        So it was like, why am I being targeted when
 6        you come do the cells -- y'all come to the
 7        -- respond to this unit to the situation of
 8        somebody smoking, why am I being targeted
 9        when I had nothing to do with that situation
10        at all.
11   Q    So you were upset at the situation.
12   A    In a sense, yeah.
13   Q    Felt like you'd been wrongly accused?
14   A    For smoking, yeah, because I wasn't -- I
15        wasn't smoking anything.
16   Q    At that time.
17   A    No, I wasn't smoking at all.
18   Q    Well --
19   A    I mean, they searched the cell and they
20        found stuff in the cell, but before that
21        happened, I had nothing to do with the
22        situation leading up to them responding to
23        the unit for somebody smoking.
24   Q    But you said earlier a comment I appreciated
25        that they found cigarettes in your cell and
```

```
1        you were going to go to discipline
2        regardless, right?
3    A   Yeah, I was -- yeah.
4    Q   You recognized that at the time.
5    A   Yeah.
6    Q   And you said it was really that ad seg part
7        that made you uncooperative or unhappy about
8        the whole situation, right?
9    A   Yeah, I was -- I wanted to -- I wanted to
10       rectify the ad seg aspect of the situation.
11   Q   And you thought maybe the captain could do
12       that for you.
13   A   I mean, he's above the lieutenant.
14   Q   Did it make you unhappy that she wouldn't
15       get Captain Hannah for you?
16   A   I would say it was frustrating a little.
17   Q   Frustrating enough that you stopped
18       answering them and didn't come out of the
19       cell when they told you to, right?
20   A   Yeah, I mean, I became unresponsive, yeah.
21       So at that point, when the door was opening,
22       Deputy Rivera, he's holding the door open,
23       Williams, he pointed a taser at me, and
24       Taylor is kind of in front of me.  He cuffed
25       my -- he handcuffed my left hand and -- he
```

1    handcuffed my left hand and then he pulled

2    me kind of out of the booth or kind of

3    walking out of the booth.  Dortsch is right

4    there.  Dortsch gets my right hand.  And at

5    this time, their backs are kind of towards

6    the wall --

7  Q  Hang on a second.  You were just giving me a

8    narrative about what occurred after they

9    opened the door and were ordering you to get

10   out.  I'm going to have the court reporter

11   mark this.  I think this photo appears to be

12   about that time.

13        (Exhibit No. 2 marked.)

14 Q  I'll show you what's been marked as Exhibit

15   Number 2.  Does this screenshot reflect the

16   narrative you were just telling me?

17 A  Yes.

18 Q  Okay.  So you said their backs were --

19   they're facing the door, correct?

20 A  At this point in this screenshot, they're

21   facing the door.  Taylor has my hand.  I

22   recall at least one of my hands cuffed.  I

23   recall at least my left hand cuffed, and as

24   I was coming out of the booth, they kind of

25   came in a, kind of in an arch.  So as he's

```
 1        backing -- as he's backing out, they kind of
 2        came into the arch to the point almost where
 3        they were kind of facing the wall, their
 4        backs was kind of towards the wall, and my
 5        back was more so pointing towards Lieutenant
 6        Avery in a sense almost.
 7   Q    Okay.  So you kind of turned to your right
 8        as you were being escorted out of the cell,
 9        or out of the --
10   A    No.  My left.
11   Q    To your left.  Okay.  So Exhibit 2 shows
12        Officer Taylor with a blue glove on his left
13        hand and has a hand on your arm, your right
14        arm, correct?
15   A    Yes.
16   Q    And I think you had, at this point in
17        Exhibit 2, one handcuff on maybe your left
18        wrist?
19   A    At least -- at least my left hand was
20        cuffed, and I know he would have been trying
21        to cuff my right hand.
22   Q    Okay.  And these cuffs are the cuffs on the
23        RIPP belt?
24   A    Yeah.
25   Q    When you say trying to cuff your other hand,
```

```
 1        why wasn't he able to just cuff your other

 2        hand?

 3   A    I mean, he was -- he was -- he was bringing

 4        me out the booth.  At the time, you can't

 5        see it, it shows on the video that my

 6        attention was directed towards Williams.

 7   Q    Because he still has a taser drawn?

 8   A    Yeah.

 9   Q    And does he have a taser drawn on Exhibit 2

10        in this photograph, --

11   A    Yeah.

12   Q    --  that you can see?  Okay.  It looks like

13        you're engaging with him, talking to him?

14   A    Yeah, I was.

15   Q    What were you saying to him?

16   A    Something to the -- something to the nature

17        of him not supposed -- him not being able --

18        him not supposed to tase me with no

19        handcuffs on and that that's a lawsuit.

20   Q    Did you use that word, lawsuit?

21   A    Yeah.

22   Q    How did he respond?

23   A    I don't -- he maintained his demeanor.

24   Q    Did he say anything?

25   A    Not that I recall.
```

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 57 of 129   Document 41-1        57
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 57

```
1   Q    All right.  So what happens after

2        everybody's in the position shown in Exhibit

3        Number 2?

4   A    Like I said, I was pulled out.  At that

5        point, Officer Taylor and Officer Dortsch

6        were standing in front of me.  Both of my

7        hands were handcuffed, both of my hands were

8        secure.

9   Q    Let me stop you there.  Which one's Officer

10       Dortsch?

11  A    This guy.  (Witness indicating.)

12  Q    Your handwriting's better than mine.  I

13       should let you handle this.  I've now

14       labeled above Officer Dortsch's head Dortsch

15       on Exhibit 2?

16  A    Yeah.

17  Q    Okay.  So eventually somebody gets a second

18       handcuff on you, correct?

19  A    Yeah, Dortsch -- they had both my -- they

20       got both my hands cuffed and they're holding

21       both my hands.

22  Q    So they're standing -- you're face-to-face

23       with them?

24  A    Yeah.

25  Q    Where is Williams?
```

```
 1   A    At that point he was still somewhere behind
 2        me to --
 3   Q    Could you see him?
 4   A    So...
 5   Q    Or was your attention on the officers in
 6        front of you?
 7   A    So he would have been like over my -- behind
 8        me, over my left shoulder to a degree.
 9   Q    Okay.  Do you know if he still has a taser
10        drawn?
11   A    I know at some point that he -- that him and
12        Lieutenant Avery both holstered their
13        tasers.
14   Q    Okay.  So Williams wasn't the only one who
15        has a taser out as they're pulling you out,
16        Avery also did?
17   A    Yes.
18   Q    Just those two, though?
19   A    That I know of.
20   Q    Okay.  So you've got your hands cuffed in
21        front of you, but the RIPP belt's not
22        tightened yet at that point, right?
23   A    No.
24   Q    Two officers, one -- or they're each holding
25        one of your hands or your arm or what?
```

```
 1   A   Collectively both holding my hands.  Like
 2       holding my hands and wrists, it was like
 3       both -- both of their hands were engaged on
 4       holding --
 5   Q   Two hands on one of yours each?
 6   A   Yeah.
 7   Q   So you're face-to-face with them.  Are you
 8       -- and you're obviously within arm's length
 9       of them.
10   A   Yeah.
11   Q   Are your arms outstretched at that point, or
12       are they tight to your waist?
13   A   They're extended to a degree.
14   Q   Okay.
15   A   Yeah, they would have been extended to a
16       degree.
17   Q   Are the officers against the wall where the
18       door for the visiting room is at that point?
19   A   Yeah, their backs -- as far as I remember,
20       yeah, their backs are more so towards the
21       wall.
22           (Exhibit No. 3 marked.)
23   Q   I'll show you Exhibit 3.  Does that look
24       like a photo next -- relatively close in the
25       sequence?
```

```
 1    A    Yes.

 2    Q    And that shows Officer Dortsch and what

 3         other officer with their backs somewhat

 4         against the wall?

 5    A    Taylor.

 6    Q    So Taylor and Dortsch.  And then do they

 7         have your hands in that Exhibit Number 3?

 8    A    Yeah.

 9    Q    And are both your hands handcuffed, to your

10         recollection, at that point?

11    A    Yes.

12    Q    Looks like Officer Williams still has his

13         taser out?

14    A    Yeah.  I mean, you can't see it from this

15         view, but on the video footage, from a

16         different angle, Avery also has her taser

17         out too.

18    Q    Avery's to Williams' right in Exhibit 3,

19         right?

20    A    Yes.

21    Q    He's a big guy, right?

22    A    Yeah.

23    Q    So he's blocking out the view of her,

24         correct?

25    A    Yes.
```

```
 1   Q    But it's your recollection that she hadn't
 2        holstered her taser yet at the point shown
 3        in Exhibit 3; is that right?
 4   A    Correct.
 5   Q    And you look to still be engaging Williams;
 6        is that right?
 7   A    Yeah.
 8   Q    Do you know what you're saying to him at
 9        that point?
10   A    Would have been something -- I know -- I
11        know I said something to him about regarding
12        him tasing me being cuffed, and that that's
13        a lawsuit.
14   Q    Did you say that more than once to him?
15   A    I believe so.
16   Q    Do you know how many times?
17   A    Not necessarily.  I mean --
18   Q    More than three?
19   A    Possibly.
20   Q    You just know more than once for sure.
21   A    Yeah, I know -- I know I repeated it.  I'm
22        not sure -- I'm not sure exactly how many
23        times that I repeated it, but I know I
24        repeated it to him more than once.
25   Q    So why did that come to your mind at that
```

```
 1        point?

 2   A    Because in my time in Milwaukee County Jail,

 3        the officers have a tendency of responding

 4        immediately and pulling their tasers out and

 5        tasing people to a degree where it was like

 6        that was not -- that was not necessary for

 7        you to tase this person.  And that's how

 8        they respond.  To any given situation when

 9        they come in, you know, first -- when they

10        respond to a situation, first thing they do,

11        they come in yelling and they pull out their

12        tasers and they pointing their tasers at

13        you, and it's like is that really -- that's

14        kind of excessive.

15   Q    Did you ever resist Taylor or Dortsch,

16        physically resist them putting your hands in

17        handcuffs?

18   A    What you mean by resist?

19   Q    Pull your hands away, move your hands,

20        anything to make it difficult for them to

21        cuff you.

22   A    I don't know how to answer that, because I

23        wasn't -- I wasn't -- I wasn't necessarily

24        resisting them.  I believe they found it

25        more difficult to cuff my hands, but I
```

U.S. Legal Support | www.uslegalsupport.com

Exhibit 1, p. 63

```
 1        wouldn't -- I wouldn't say that I was

 2        necessarily resisting them.

 3   Q    Would you characterize it as passively

 4        resisting them?  You know what I mean by

 5        that?

 6   A    No, explain.

 7   Q    You might not have been moving your hands,

 8        swinging your hands so they couldn't get it,

 9        but maybe stiffened up, tensed up, wouldn't

10        allow them to grab your wrist to move it.

11        That would be more passive resistance than

12        actively swinging your hand around just so

13        they couldn't get the handcuffs on.

14   A    I mean, with a taser pointed at me, I did

15        tense up.  I got fears of being shot, and

16        that's -- a taser going off sound like a

17        gun, it look like a gun, sound like a gun.

18        So I mean, I'm sure I tensed -- I'm sure I

19        would have tensed up with this taser being

20        pointed at me.

21   Q    Would you agree with me that had you simply

22        cooperated, that there wouldn't have been a

23        risk of you getting tased?  In hindsight?

24   A    I mean, it's very much possible.

25   Q    All right.  So let's move on then.  After
```

U.S. Legal Support | www.uslegalsupport.com

Exhibit 1, p. 64

| | | |
|---|---|---|
| 1 | | the scene is set in Exhibit 3, what happens |
| 2 | | next? |
| 3 | A | As I described in my complaint, they |
| 4 | | holstered their tasers.  T. Williams -- the |
| 5 | | Officer Williams approached me from behind |
| 6 | | and he reached around -- he reached around |
| 7 | | my body to grab -- to grab -- to grab the |
| 8 | | restraint belt. |
| 9 | Q | Okay.  And if you stop there for a second. |
| 10 | | (Exhibit No. 4 marked.) |
| 11 | Q | I'm going to show you Exhibit Number 4. |
| 12 | | That's a screen capture, correct? |
| 13 | A | Yes. |
| 14 | Q | And you were just describing that the next |
| 15 | | thing that occurred was Officer Williams had |
| 16 | | reached around from behind you to try to |
| 17 | | grab the RIPP belt. |
| 18 | A | Yeah. |
| 19 | Q | Is that what's shown in Exhibit 4? |
| 20 | A | Yes. |
| 21 | Q | Kind of looks like he's giving you a bear |
| 22 | | hug there? |
| 23 | A | Yeah. |
| 24 | Q | From behind, correct? |
| 25 | A | Yeah. |

Case 2:23-cv-00886-NJ Filed 08/01/24 Page 66 of 129 Document 41-1

Exhibit 1, p. 65

```
 1   Q    And it looks like Dortsch and Taylor are
 2        still --
 3   A    They're still -- at that point -- I mean, I
 4        know that -- I see that the camera -- their
 5        body's blocking the view of what's going on,
 6        but at that point they both still have a
 7        secure grip on both of my hands and they're
 8        both holding onto me with both of their
 9        hands.
10   Q    Is anybody saying anything to you at this
11        point in Exhibit 4, shown in Exhibit 4?
12   A    That, I'm not quite certain.  Dortsch may
13        have been talking to me saying like just --
14        I mean, come on, let's just get it over
15        with, something to that -- something to that
16        degree.  I had a good a rapport with
17        Dortsch.  You know, he would come on the
18        unit, we would talk, things like that.  So
19        I'm sure at that point that he was -- might
20        have been saying something to nature like
21        just come on, man, let's just -- we've been
22        through this before, come on, let's just go
23        down here.
24   Q    So it was your belief that he was trying to
25        deescalate the situation?
```

1   A    Yes.

2   Q    And were the other officers talking in that

3        same way trying to deescalate the situation?

4   A    I do know that -- I do know that Dortsch

5        was.

6   Q    Okay.  So as Williams is trying to -- well,

7        let me ask you this:  Is it your

8        understanding that at that point shown in

9        Exhibit 4, Williams is trying to attach the

10       Velcro RIPP belt around your waist?

11  A    I mean, common sense would say that that's

12       what he's trying to do at this point,

13       looking at the -- looking at the -- looking

14       at the footage.

15  Q    When he grabbed you from behind, was it your

16       understanding that the next thing that was

17       going to happen was he was going to try to

18       put the RIPP belt around your waist?  I

19       mean, he's not just giving you a hug there.

20       He's doing that for some purpose.  Right?

21  A    Yeah, I mean, there was no -- there was no

22       type of verbal indication prior to this

23       that, you know, I'm gonna wrap this around

24       your waist or that they was gonna attempt to

25       put it around -- put that belt around my

Case 2:23-cv-00886-NJB-JVM   Document 41-1   Filed 08/01/24   Page 68 of 129

Exhibit 1, p. 67

```
 1        waist.  I know in a situation like this at
 2        some point the belt does -- they put the
 3        belt around your waist, but at this point
 4        where he -- where he approached me and
 5        reached around -- and reached around me, I
 6        wasn't -- I wasn't resisting him or
 7        anything.  As he reached around me --
 8   Q    But that's the next logical thing to happen
 9        there, right, is that once they get your
10        hands secured, they're going to put the belt
11        around your waist before they transport you
12        anywhere?
13   A    Yeah.
14   Q    Okay.  And is it fair to say that that's --
15        at this point shown in Exhibit 4, you
16        believe that's what was happening?  Or you
17        just didn't know.
18   A    It just -- it all transpired kind of fast.
19   Q    Do you know how long this thing from when
20        they approached you to take you out, how
21        long -- how much time passed between that
22        point and what we see in Exhibit 4 here?  I
23        mean, is it a matter of seconds, minutes?
24   A    Would have been probably -- probably would
25        have been a few -- from the time they came
```

Exhibit 1, p. 68

```
 1        to the door and to this point now?
 2   Q    Right.
 3   A    Two to three minutes maybe.
 4   Q    Yeah, maybe we can figure it out from here.
 5        This one says 18:11, and -- that's Exhibit 1
 6        I was just referring to, and Exhibit 4 says
 7        18:14?
 8   A    Oh, wow.
 9   Q    Do you see that?
10   A    That was faster than I thought then.
11   Q    So we've gone three minutes in time, if the
12        time is accurate on these, from when they
13        approach you to get you out until your hands
14        are cuffed and they're trying to put the
15        RIPP belt on.  Is that accurate, based on
16        what you see here, the time stamps on these
17        photos?
18   A    Yeah.
19   Q    And you seem surprised that it was only
20        three minutes.  I'm sure it felt like longer
21        probably, right?
22   A    Yeah.
23   Q    Okay.  So he's reaching around, we think, to
24        try to attach the RIPP belt.  There wasn't
25        any other reason he would have been reaching
```

Exhibit 1, p. 69

```
 1        around that you can identify, right?

 2   A    No.

 3   Q    What happens next after everybody's in the

 4        position shown in 4?

 5   A    He reaches around me to pull the belt.  Once

 6        he get -- once he get the belt and kind of

 7        pull the belt towards to wrap it around my

 8        waist, the officer in front of me pulled my

 9        hands back and --

10   Q    Back out away from you?

11   A    Yes.  Because they're holding -- they're

12        holding my hands in front of me to try to --

13        you know, to keep my hands secure.  Both my

14        hands cuffed, they're trying to keep my

15        hands secure, they're holding my wrists and

16        arms with the handcuffs.  So after he wraps

17        around and grab the belt and pull the belt

18        back, it's pulling my hands as well, because

19        my hands' attached to the handcuffs.  The

20        officer in front of me pulled my hands back

21        towards them.

22   Q    Okay.  Is anything being said at that point

23        in time?  As he's pulling on the RIPP belt

24        and the officers in front of you are pulling

25        your hands away from you, is anything at all
```

Case 2:23-cv-00886-NJB-JVM   Document 41-1   Filed 08/01/24   Page 15 of 129

Exhibit 1, p. 70

1      said, or does this happen really fast and

2      nobody says anything?

3  A   That part happened really fast, and I don't

4      recall -- I don't recall -- are you

5      referring to what they communicated with

6      each other?

7  Q   Yeah.  Or said to you.

8  A   No.

9  Q   So there's no talk between them or from you,

10     there's just nobody saying anything at that

11     point.

12 A   Not as -- not in relation to, okay, we're --

13     I'll finish secure the belt around him or

14     any of that nature, or not he's gonna put

15     the belt around you, or anything of that

16     nature, no.

17 Q   Okay.  And as Williams starts pulling the

18     belt from behind, you said the officers in

19     front of you who have your hands, they

20     eventually pull your hands in the other

21     direction.

22 A   Yes.

23 Q   And there's no conversation going on at that

24     point.

25 A   Not that -- not that I recall.

Case 2:23-cv-00886-NJ    Filed 08/01/24    Page 51 of 129    Document 41-1

Exhibit 1, p. 71

| | | |
|---|---|---|
| 1 | Q | Okay.  What happens next? |
| 2 | A | At -- Williams immediately let go of the |
| 3 | | belt and reaches around my head area, then |
| 4 | | whatever they call the technique that they |
| 5 | | use, he reached around my head, wrapping his |
| 6 | | -- one of his arms around the lower part of |
| 7 | | my -- lower part of my face and his upper |
| 8 | | arm around the forehead and upper part of my |
| 9 | | face, and he stepped back and he flings me |
| 10 | | down to the ground. |
| 11 | Q | Okay. |
| 12 | A | My hands get snatched away from Officer |
| 13 | | Taylor and Officer Dortsch, who immediately, |
| 14 | | as I'm -- as I'm going down to the ground, |
| 15 | | immediately -- they all immediately respond. |
| 16 | Q | Okay.  Does Williams say anything to anybody |
| 17 | | before he takes you down, or is it almost |
| 18 | | instantaneous? |
| 19 | A | Instantaneous, like -- |
| 20 | Q | So your hands get pulled forward by the |
| 21 | | other officers, and he immediately takes you |
| 22 | | down. |
| 23 | A | Yeah. |
| 24 | Q | And nothing's said. |
| 25 | A | Not that I recall. |

```
1   Q    Do you know where he was looking when he was

2        trying to pull the belt to fasten it around

3        your waist?

4   A    I mean, based on this, it looked like he

5        looking forward, or at least forward down

6        towards my hands.  I mean, he was over -- he

7        was behind me, so I couldn't necessarily say

8        exactly where he was looking, but based on

9        the photo in front of me, he appears he's

10       looking over my shoulder.

11  Q    He reacted by taking you down like he

12       thought you were trying to resist having the

13       belt put around your waist, correct?

14  A    Yeah.

15  Q    And you can't say one way or the other

16       whether he knew the officers were the ones

17       pulling your hands away from you, correct?

18  A    The way I see it is there was an extreme

19       failure to communicate with the officers,

20       because at the point that -- at the point

21       that both of my hands were secure, you've

22       seen the video, I've seen the video, I

23       wasn't resisting, I wasn't being combative,

24       I wasn't threatening the officers.  Officer

25       Williams and Lieutenant Avery both holstered
```

Exhibit 1, p. 73

1       their tasers, which would indicate that this

2       situation is under control, there's no --

3       there was no need for the tasers to be drawn

4       at that point.

5             Officer Williams approached me from

6       behind and grabbed the belt and attempted to

7       pull the belt.  There was no additional --

8       there was no prior communication with Taylor

9       or Dortsch that, you know, I'm gonna secure

10      the belt.  I don't recall any orders -- I

11      don't recall hearing any orders from

12      Lieutenant Avery saying secure the belt or

13      anything of that nature, that I recall.  He

14      immediately comes behind and pulls the belt.

15      I mean, he reached around, grabbed the belt,

16      and he grabbed the belt towards him.  The

17      officers in front of me pulled my hands.

18      They almost jerked my hands back towards

19      them as if I'm pulling away from them, but

20      I'm not pulling away from them, my arms are

21      being pulled by this RIPP belt, and Williams

22      immediately responded.

23   Q  So back to my original question.  He didn't

24      say anything to you before he took you down,

25      the other officers didn't say anything to

U.S. Legal Support   |   www.uslegalsupport.com

Exhibit 1, p. 74

1      indicate that he was aware that it was not

2      you that pulled --

3   A  Not that --

4   Q  -- your hands forward.

5   A  Not that I know of.  Not that I recall them

6      saying anything to each other.

7   Q  And whether you pushed your hands forward on

8      your own or they pulled your hands forward,

9      that isn't really gonna be apparent to him

10     as he's standing behind you, right?  I mean,

11     they've got ahold of your hands.  So if they

12     pushed them forward or if you pulled them

13     forward, it's gonna look the same to him,

14     right?

15  A  He'd feel a level of -- he would feel a

16     level of resistance either way.

17  Q  It's going to look the same to him.  If

18     they're holding onto your hands and they

19     pull you forward as opposed to you pushing

20     them forward, that's gonna look the same to

21     his eye, right?

22  A  That's fair to say.

23  Q  Appreciate that.  So the decentralization,

24     that move that he put on you to take you to

25     the floor, were you injured by that process

1    at all?

2  A    I felt pains throughout the whole --

3       afterwards throughout the whole situation.

4       I can't say necessarily what was attributed

5       to what as far as -- I mean, I was tased, I

6       was punched in the stomach, I have seven

7       different officers on top of me.

8  Q    Okay.  But I'm asking you specifically about

9       the decentralization, that move that he put

10      on you to take you to the floor.  Did you

11      feel anything upon that move?

12 A    Yeah, for being thrown to the ground, yeah,

13      having them forcefully grab me, throwing me

14      to the ground from my neck area.

15 Q    You remember instantly feeling pain upon

16      that move?

17 A    I would say I felt pain -- afterwards I know

18      that I felt pain in my neck area, back area,

19      legs, like my body hurt.

20 Q    But you can't -- I'm assuming you can't

21      differentiate between whether that move, the

22      decentralization by Williams, caused the

23      pain you later felt or whether it was

24      officers being on top of you, or being

25      tased.  You don't have any way of dividing

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 77 of 129   Document 41-1       76
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 76

```
 1        that up as to when those things -- when the
 2        pain you felt after, what caused it, I guess
 3        is the best way for me to say it.
 4    A   I mean, I'm not a medical expert, but
 5        however, he was the one that had my head
 6        area, so...  I mean, a common inference
 7        would be if he's at my head area and I feel
 8        pain in my head and neck area, that he's the
 9        person that caused it.
10    Q   Okay.  Fair enough.  So when you -- is he
11        successful in getting you -- taking you down
12        to the ground?
13    A   Yeah, he get me down.
14    Q   What happened after he took you to the
15        ground?
16    A   It had an adverse reaction to that.
17    Q   Explain, please.
18    A   At that point I felt as if I was being
19        attacked by the officers.  I did twist.  I
20        did twist, and at one point -- at one point
21        kind of stood back up.
22    Q   Tried to get back up?
23    A   Yeah, and tried to get back up to my feet.
24        At that point, there were several officers
25        that was -- that -- like I said, they
```

```
 1        responded immediately, there was several
 2        different officers at that point.  Somebody
 3        did get me -- somebody did grab my legs and
 4        they got me down, at which point I stopped
 5        resisting.  I wasn't -- I mean, I had
 6        several officers --
 7   Q    Let's take a quick break for a second.
 8             (Brief recess taken.)
 9   Q    I want to break it down a little bit here.
10        So Williams takes you down.  He gets you all
11        the way to the ground or are you on your
12        knees?
13   A    I wanna say that he initially got me down,
14        and I made it back up to my knees maybe.
15   Q    And is he the only officer in physical
16        contact with you at that point, that you're
17        able to get back up to your knees, or have
18        others joined in?
19   A    I know immediately as he began to --
20        immediately as he took me down, I do know
21        that, based on the video, Officer Taylor
22        like immediately tried to follow up with
23        securing -- with keeping my hands --
24   Q    Because he did have your hands.
25   A    Yeah, they did have my hands so...
```

```
1    Q    I'm sorry, I talked over you there.  Go
2         ahead.
3    A    But he immediately followed through with
4         trying to maintain his hold on my hands.  My
5         hands did get snatched away from him, so
6         they immediately -- I mean, everything
7         happened immediately.  When he pulled, they
8         immediately responded.
9    Q    You said, my hands got snatched away from
10        him.  Is that as a result of Williams taking
11        you down or is that as a result of something
12        you did to get your hands away from Taylor?
13   A    No, I'm being -- at this point I'm being
14        thrown.  He's doing the -- they call it
15        decentralization, I say he threw me down.
16   Q    It's a fancy word for that, I'll agree with
17        you.
18   A    Yeah.  At that pint my hands are -- due to
19        force used, my hands are snatched away from
20        Dortsch and Taylor, but they immediate --
21        they're immediately following through with
22        trying to grab -- keep my hands secure as --
23        as I'm going down to the ground.
24   Q    You've got a RIPP belt attached to your
25        hands, but your hands are out in front of
```

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 1 of 1   Document 41-1          79
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 79

```
 1        you, and you'd have the ability to swing

 2        your hands if you so desired, right, at that

 3        point?

 4    A   Theoretically.

 5    Q   So they're going to make efforts to try to

 6        re-secure your hands and get that belt

 7        around your waist, right?

 8    A   Yes.

 9    Q   And in fact, as you're wrestling around on

10        the ground, they try to put that RIPP belt

11        around you, right?

12    A   That's debatable.

13    Q   All right.  Well, let's keep breaking it

14        down.  So Williams is the only officer when

15        you try to get back up on your feet.  Do you

16        get any farther than your knees or are you

17        just on your hands and knees?

18    A   I may have made it up to my actual feet.

19    Q   Are they yelling at you, any of the

20        officers?

21    A   Yeah.  They -- what was being -- at the time

22        of the -- at that point -- everything

23        happened so fast.  I know that they would

24        have been saying stop resisting just from --

25    Q   Experience and that's what they do?
```

U.S. Legal Support | www.uslegalsupport.com                80
Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 5 of 12   Document 41-1
Exhibit 1, p. 80

```
 1    A    Right, that's how -- that would have been

 2         the protocol for them to do that, so I know

 3         that they would have been saying something

 4         along the nature of stop resisting.  But the

 5         situation is happening so fast that --

 6    Q    Your getting up to your knees after they

 7         took you to the floor, would it be your

 8         belief that the officers would have

 9         perceived that as you resisting?

10    A    It's fair to say.  My actions were -- as I

11         said, I felt -- at that point, when it

12         exceeded to that point, in my mind it's

13         y'all attacking me.  So it was an adverse --

14         it was a natural reaction, adverse reaction

15         for -- when this happened, like hold on,

16         what y'all doing.  This ain't -- this not

17         how this supposed to -- this is not how this

18         is supposed to go.  But at the point where --

19    Q    I'm sure you're not thinking at that point,

20         boy, if I get up to my feet they're gonna

21         think I'm resisting, you're just

22         instinctively doing it.

23    A    Yeah, it was -- it was -- it was -- right,

24         it -- instinctively it was just like, hold

25         on, what's going on.  I mean, I'm not
```

```
 1        accustomed to somebody just -- if somebody
 2        attacked me, to just stop and lay down and
 3        not -- like instinctively it was just like
 4        what's -- hold on, this ain't right, this
 5        ain't how this supposed to be going.
 6    Q   So your instinct is to, if somebody's
 7        physically, in your view, attacking you,
 8        would be to fight back; is that accurate?
 9    A   Depends on the circumstance.
10    Q   Okay.  Under this circumstance?
11    A   Under this circumstance, I wouldn't wanna
12        catch a new case by assaulting one of the
13        officers, so it wouldn't be my intentions to
14        fight with them, especially considering the
15        fact of the amount of time that I was facing
16        in my criminal cases.
17    Q   Some would say that given all that time, you
18        could argue that what could they do to you
19        for this.
20    A   Nah, I ain't -- I'm not of that belief
21        system, because it can always get worse.
22    Q   All right.  So at some point are you then
23        taken back down to the ground after you're
24        on your knees?
25    A   Yeah.
```

```
 1    Q    Is that when the other officers joined in,

 2         or was Williams able to get you to the

 3         ground himself?

 4    A    Other officers joined in.  Other officers

 5         joined in, and at that point I was -- I was

 6         fully on the ground.  At the time, I didn't

 7         know how many officers it was, but looking

 8         at the camera footage, there were seven

 9         different officers from my head down to my

10         ankle/feet area that were -- that were

11         pretty much on top of me.  I felt somebody

12         like grab my face, almost as if they were

13         trying to stick their fingers in my eyes.  I

14         felt somebody punch me in the stomach.

15    Q    You've now found out that that was

16         Lieutenant Avery, right?

17    A    Yes.  Upon getting the discovery material

18         and reading the reports, I found out that

19         she was the one that -- I'm assuming she did

20         say that she tried to use a pressure point

21         area in the -- behind the ear or face area,

22         so I'm assuming that that was maybe her hand

23         that was on my face area, but I'm not sure.

24         I can't -- I can't necessarily attribute

25         that to any particular person.
```

```
 1    Q    When you're getting these focus strikes,

 2         they call them, in the stomach area, are you

 3         flat on your stomach at that point, so like

 4         they're more on your side, or are you still

 5         partially up off of your stomach?

 6    A    No, on the -- I'm on the ground.

 7    Q    Okay.  And you don't see who gives you these

 8         strikes, but as I said, in the discovery

 9         materials, the reports reflect that it was

10         Knight, correct?

11    A    Yeah, at the time, I didn't feel --

12    Q    Or Avery.  I'm sorry.  Not Knight.

13    A    Yeah, at the time, I didn't know who did it.

14         I felt it.  I didn't know who did it at the

15         time.

16    Q    Because somebody's at your head at that

17         point, right?

18    A    Yeah.  Somebody's all over my whole body.

19    Q    Okay.  Where is Williams?  Is he on top of

20         you, under you, next to you?

21    A    All the officers are on top of me.

22    Q    Including Williams.

23    A    Yeah.

24    Q    Where are your hands?

25    A    In front of me.
```

```
 1    Q    Where?  At your waist, up by your face, at
 2         your chest?  Where are they?
 3    A    I would assume chest area.
 4    Q    Well, when you say you assume that, that
 5         tells me that maybe you don't remember where
 6         they were.  Do you remember?
 7    A    I don't necessarily recall where they were.
 8         I know that I didn't grab the officer.
 9    Q    You know where I was headed with that
10         question, don't you?
11    A    Yeah.
12    Q    So it's your testimony that you never
13         grabbed any of the officers?
14    A    No.
15    Q    Not at any point during this whole thing.
16    A    I never -- I never grabbed officer
17         T. Williams by a shirt collar, by his neck,
18         I never grabbed him at no point.  I never
19         grabbed/struck any of the other officers.
20    Q    Do you recall being ordered to let go at any
21         point?
22    A    As I said, all of that happened -- all of
23         that happened fast.  It was a lot of yelling
24         going on.  I don't necessarily recall being
25         told to let go of the officers.  I know I
```

1    didn't -- I know I didn't have a hold of the

2    officers.

3  Q  That's a little different question.  Do you

4    recall being told to let go?

5  A  No.

6  Q  Even if you didn't have a hold of an

7    officer?

8  A  I don't -- I don't recall being told to let

9    go.

10 Q  Might you have been told to let go and you

11   just didn't hear it, or you definitely did

12   not ever -- none of the officers told you to

13   let go?  Which is it?

14 A  That's a difficult -- that's a difficult

15   question to answer.  If I was told to let

16   go, that would be -- almost me being saying

17   that I had ahold of the officer.  I never --

18   I never grabbed the officer.  Did he say let

19   me go?  I'm really not -- I'm really not

20   certain.

21 Q  So you don't remember.

22 A  I don't recall whether he said let him go or

23   not.

24 Q  Okay.  So after -- we now know it's --

25   Lieutenant Avery gives you these strikes.

U.S. Legal Support | www.uslegalsupport.com    86
Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 86 of 129   Document 41-1
Exhibit 1, p. 86

```
 1        What happens after that?

 2   A    Like I said, it all happened so fast.  I

 3        know I ended up -- they took me to the

 4        ground.  Eventually get -- once they get me

 5        down, I wasn't resisting anymore, the

 6        officers are on top of me.  I hear, taser,

 7        taser, and immediately everybody moves and

 8        he's shooting me with the taser.

 9   Q    Everybody?

10   A    Yeah, I feel -- I didn't feel nobody -- I

11        didn't feel nobody on top of me anymore, and

12        he shot me with the taser.

13   Q    Do you know who?

14   A    Taylor.

15   Q    Did you see it, or you know it from the

16        discovery materials and the video?

17   A    So after he shot me with the taser, I did

18        his -- however long it -- however long the

19        taser was, when I looked back, he was

20        standing -- he was standing over me holding

21        the taser pointing down.

22   Q    And the wires are still attached?

23   A    Yes.

24   Q    So that was a pretty good indicator that

25        he's the one who shot you.
```

Case 2:23-cv-00886-NJ   Filed 08/01/24   Page 88 of 129   Document 41-1      87
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 87

```
1    A    Yes.
2    Q    Do you know how long the taser was activated
3         once he shot you?
4    A    It seemed like forever.  I'm not sure
5         exactly in seconds of how long it was but...
6    Q    Was it one discharge, as far as you knew?
7    A    As far as I know.
8    Q    You didn't feel a second jolt.
9    A    No.
10   Q    And it's your recollection that none of the
11        other officers were in contact with you when
12        the taser struck you.
13   A    As far as I remember, none were.  And upon
14        watching the video footage of the situation,
15        I know that when he yelled taser, the
16        officers immediately started moving to the
17        point where Officer Dortsch even pulled
18        Officer -- I mean, Lieutenant Avery away
19        from me so that they was clear of -- clear
20        of me when he shot his taser.
21   Q    What happened after they were done tasing
22        you?
23   A    I was laying on the ground.  I looked back
24        at him and I asked him, why did you tase me?
25   Q    So he was behind you, Officer Taylor was?
```

```
 1    A    Yeah.

 2    Q    So you were --

 3    A    Or I'm facing this way and he would have

 4         been maybe over the left side of me behind

 5         me, in a sense.

 6    Q    Okay.  So the court reporter can't really

 7         pick that up, so let me see if I can

 8         describe what you just said.  So you're

 9         laying on your -- mostly on your stomach,

10         and Taylor was towards your feet on your

11         left side.

12    A    Yeah.

13    Q    Was he all the way back by your feet or

14         somewhere between your head and your feet?

15    A    He would have been more -- if I can recall

16         correctly, more so towards my feet.

17    Q    Where's Williams when you are done being

18         tased?

19    A    I wasn't sure.  They was all standing there.

20         I'm not exactly sure what position he was --

21         he was standing in.  I know at some point he

22         did end up by my head area.

23    Q    And you know that because you saw him or he

24         was talking to you or both?

25    A    I made a comment and he responded to it.
```

1    Q    What'd you say?

2    A    I asked him, why did y'all tase me?  And

3         Taylor initially responded, gee, you was

4         tripping.  And I'm like -- and I said that,

5         man, I wasn't tripping shit.  Excuse my

6         language.  That man dude just grabbed me by

7         my head and threw me down to the ground and

8         y'all just tased me.  Y'all tripping.  And

9         Officer Williams responded that he -- that I

10        was taken down because I was resisting and

11        pulling away from officers, something to --

12        he responded something to that nature, that

13        you were taken down because you were

14        resisting and pulling away from the

15        officers.  And I told him I wasn't pulling

16        away from -- I wasn't pulling away from

17        y'all.  Y'all are tripping.  You just

18        grabbed my head.  I believe I told him like

19        you jumped the gun and just grabbed my head

20        and threw me down and I wasn't just

21        resisting.  At that point they was telling

22        me roll over, and somebody put the --

23        actually secured -- at that point secured

24        the RIPP belt.  I'm not sure who it was.

25    Q    Up until that point, the RIPP belt hadn't

Case 2:23-cv-00886-NJB-JVM   Document 41-1   Filed 08/01/24   Page 91 of 129
U.S. Legal Support    www.uslegalsupport.com    90
Exhibit 1, p. 90

1    been secured around your waist, correct?

2  A  Correct.

3  Q  And then what happened?

4  A  At that point somebody secured -- wrapped

5     the RIPP belt around.  I was still laying

6     down for -- I still was laying down on the

7     ground for a minute, maybe, they called the

8     medical, requested medical to come.  At this

9     point a lot of other additional officers

10     responded.  Who they all were, I'm not sure.

11     It was just the officers that responded to

12     it, additional staff.  The nurse arrived and

13     she came and she removed the metal prongs

14     from my -- the taser shot me in my upper --

15     I mean, lower left back and my upper left

16     buttock.  So she removed -- she removed both

17     of the prongs.  She asked me -- she asked me

18     was I -- something to was I good.

19  Q  Like meaning you -- you took it to mean do

20     you have any other physical complaints

21     that --

22  A  Yeah.

23  Q  -- she needed to treat?

24  A  Yeah, and I -- and she said something, do

25     you want me to clean it, are you good?

```
1    Q    Did you take that to mean clean the wound

2         where the taser hit you?

3    A    I asked her, clean what?  And she said,

4         clean the wounds, clean the entry wounds.

5         And she asked me, are you good?  And I

6         responded, hell, no.  I don't know if they

7         say that I refused medical treatment.  She

8         asked me was I good, and I was telling her,

9         no, I'm not.

10   Q    What was the problem there, other than the

11        fact that you had been shot with the taser?

12        What were you feeling?  Or was that a

13        general comment about what all just

14        happened?

15   A    That was a -- both.  Like --

16   Q    So explain the physical parts for me then,

17        please.

18   A    I just got thrown down to the ground.

19   Q    No, I mean, I'm talking injury-wise.

20   A    Pains in my stomach, I just got punched in

21        my stomach, the taser in my back caused --

22        that caused additional pain.  That hurts

23        very bad.  That's the --

24   Q    For how long?

25   A    Like I tell you, it felt -- it felt forever.
```

Exhibit 1, p. 92

```
 1        I don't know exactly how long the tase --
 2    Q   Are we talking about hours, days, weeks,
 3        months?
 4    A   Oh, how long did the pain --
 5    Q   Yeah.
 6    A   -- persist after that?
 7    Q   (Nodding.)
 8    A   Several days.
 9    Q   Can you describe that pain that lasted
10        several days?
11    A   There was pain in my -- I was -- my upper
12        left buttock and lower back area very stiff,
13        sore to the touch, difficult to lay on.
14    Q   Did it cause you to lose sleep?
15    A   I don't sleep that much.
16    Q   What physical activities did it affect?  Or
17        was it just tender?
18    A   It was hard -- it was hard to sit on.  I'd
19        say it caused -- it caused pain to the point
20        it's like I couldn't necessarily lay on that
21        side for a while.  It would -- it would
22        hurt.
23    Q   Are you a side sleeper normally?
24    A   Yeah.
25    Q   All right.  So what about any other physical
```

Exhibit 1, p. 93

```
 1        issues caused by the incident?
 2    A   Back pains.
 3    Q   Where?
 4    A   Lower back area.
 5    Q   Did you have any back pains before this
 6        incident?
 7    A   I do.
 8    Q   Worked some physical labor before, right?
 9    A   Yeah.
10    Q   So you would suffer some back pains at times
11        before this incident, right?
12    A   Yes.
13    Q   How were these pains different, if at all?
14    A   I would say that they escalated those pains
15        that were -- that was -- I mean, I do have
16        back pains.  My back hurts now.
17    Q   Have you ever been treated for back pain
18        before this incident?
19    A   Mostly they -- I've explained my back pains
20        to them.  Okay.  So me being diabetic, while
21        I was in the county jail, they typically
22        would do -- every three months I would be
23        seen and evaluated by a doctor and blood
24        drawn, and they would ask if I have any, you
25        know, additional problems and things like
```

| | | |
|---|---|---|
| 1 | | that.  I have expressed to them my back pain |
| 2 | | and things like that.  They would issue |
| 3 | | Tylenol or ibuprofen for the back pain |
| 4 | | previous. |
| 5 | Q | That was before the incident. |
| 6 | A | Yeah, before. |
| 7 | Q | Okay.  Are you insulin dependent? |
| 8 | A | Yes. |
| 9 | Q | How long? |
| 10 | A | I was diagnosed with diabetes in October of |
| 11 | | '21. |
| 12 | Q | After this incident, did you receive any |
| 13 | | medical treatment for any of the injuries |
| 14 | | that you suffered, other than what the nurse |
| 15 | | gave you at the scene taking the prongs out? |
| 16 | A | No, not then.  But later that night -- later |
| 17 | | that night I did call a medical emergency. |
| 18 | | I was in my cell at -- you know, I called a |
| 19 | | medical emergency and the nurses responded, |
| 20 | | and I did explain to them the severe pain I |
| 21 | | was feeling in my back due to being tased, |
| 22 | | and headache, and my neck and my back stuff |
| 23 | | hurting. |
| 24 | Q | Okay.  Other than that medical emergency, |
| 25 | | did you go to the clinic, did you see |

Exhibit 1, p. 95

```
1          anybody for any injuries you attribute to
2          this incident?
3     A    No.
4     Q    I take it that that also includes here in
5          the facility, you haven't gone to the doctor
6          for any problems that you attribute to this
7          incident, --
8     A    No.
9     Q    -- correct?  Were any of your physical
10         activities affected by the injuries that you
11         suffered in this incident after the
12         incident?  Was there anything you couldn't
13         do that you could do before the accident --
14         the incident?
15    A    No, I wouldn't say so.
16    Q    Have we covered all the damages that this
17         caused you, this incident caused you?
18    A    I mean, as far as -- it's caused me to --
19         this incident's caused me to have a real
20         fear of tasers.  It caused me to -- I get
21         anxiety just at the sight of a taser, the
22         fact that --
23    Q    I mean, nobody wants to get tased, right,
24         whether you've been tased or not?  Would you
25         agree with that?
```

U.S. Legal Support | www.uslegalsupport.com

Exhibit 1, p. 96

```
1    A    Of course.

2    Q    Okay.  So if you had a fear of tasers after,

3         you probably had a fear of tasers before,

4         correct?

5    A    I wasn't worried about tasers before.  I've

6         never been in a situation where I

7         necessarily had -- I've never been in a

8         situation where I was tased before.  I've

9         been around people -- I've been around

10        correctional officers and things like that

11        prior to this incarceration that they have

12        had tasers and things like that and they

13        have responded with their tasers.  Like I

14        said, in Milwaukee County they typically --

15        when they respond to any type of situation,

16        the tasers are drawn.  So it never was a

17        situation where the taser was drawn at me.

18        Well, used on me, I would say.

19   Q    How many times did you have tasers drawn on

20        you before that day of this incident?

21   A    There was several times where -- like I say,

22        if one person on the unit refused, it

23        doesn't have to be me, it could have been --

24        it could be anybody, and they radio, okay,

25        we have a refusal.  When the officers
```

Exhibit 1, p. 97

```
 1        respond, in most cases they already have
 2        their tasers out and they're pointing their
 3        tasers at everybody, go to your cell, go to
 4        your cell, go to your cell, things of that
 5        nature.  So as I say, they -- tasers have
 6        been pointed at me before, but I've never
 7        had a fear of being shot with the taser,
 8        because, okay, I'm going in my cell, I'm not
 9        -- I'm not doing it, you have no reason to
10        shoot me with it, but --
11   Q    Let me ask you this then:  You haven't had
12        to get any psychological counseling for any
13        mental health issues that you might have
14        suffered as a result of this, correct?
15   A    I find it hard to trust -- I find it very
16        difficult to talk to -- talk to the psych --
17        I got trust issues.
18   Q    So I take it from your answer that you
19        haven't seen any --
20   A    No, I haven't.
21   Q    -- sought any psychological treatment for
22        any psychological injuries that you might
23        have suffered, including your fear of tasers.
24   A    No.
25   Q    You don't lose any sleep over this fear of
```

Exhibit 1, p. 98

```
 1        tasers, do you?

 2    A   I have nightmares.

 3    Q   How often do you have nightmares?

 4    A   I have them quite frequently.

 5    Q   How often is quite frequently; once a month,

 6        once a week, what?

 7    A   Maybe couple times a month.

 8    Q   And they involve tasers.

 9    A   They're not all taser -- they're not all

10        taser involved.  Some of them -- some

11        nightmares I have where I'm being shot and

12        killed by the police.  Other times I'm in

13        jail and I'm being assaulted by officers.

14        So they're not -- they're not necessarily

15        all taser -- like I'm being shot with a

16        taser, but I have frequently had dreams of

17        being assaulted by officers or shot by

18        police or --

19    Q   I imagine that this is a -- by this, I mean

20        the prison, is a place that can induce

21        nightmares just being here, right?

22    A   I'm pretty sure there's some horrible stuff

23        here.

24    Q   I think I'm just about done.

25            (Brief discussion off the record.)
```

```
 1   Q    None of the officers other than Avery hit
 2        you during this incident, right?
 3   A    Not that I know of.  That's the only one
 4        that I can say for a fact did.
 5   Q    None of the officers involved in this
 6        incident kicked you at any point in time,
 7        that you know of, correct?
 8   A    It does appear that Taylor is, through the
 9        video, kneeling down on me with his knee,
10        but I can't say for certain.  I don't recall
11        anybody necessarily kicking me.
12   Q    Okay.  When the officers tried to restrain
13        you on the floor, was there anything
14        excessive about the way they tried to
15        restrain you on the floor, in your view?
16        Set aside the taser and the Avery strikes.
17        Anything else about them trying to restrain
18        you and get control of you on the floor that
19        you thought was excessive?
20   A    Like I say, I felt somebody's hand on my
21        face almost trying to -- felt like they was
22        trying to dig their fingers in my eye.
23        Other than that, for the most part, they had
24        me pinned down.  Outside of the -- like I
25        say, outside of the being punched and the
```

1    taser, and outside of that, they mostly had

2    me pinned down.

3         MR. NIKOLAY:  Okay.  Thanks.  That's

4    all the questions I have.

5         THE WITNESS:  Would I be able to

6    receive a copy of this transcript for the

7    deposition?

8         MR. NIKOLAY:  You'll have to order it

9    from her.  She's going to charge you for it

10   so...

11        (Brief discussion off the record.)

12        MR. NIKOLAY:  One more note for the

13   record here.  Mr. Knight has provided me the

14   nine notes -- nine pages of notes that were

15   discussed earlier.  I'm going to take them

16   and copy them and return them by mail to

17   Mr. Knight.  Mr. Knight also is going to --

18   is aware that he can request from the court

19   reporter a copy of the transcript, and upon

20   receipt of payment, the transcript will be

21   provided to him.  Is that right, Mr. Knight?

22        THE WITNESS:  Yes, sir.

23        MR. NIKOLAY:  Thank you.

24        (Deposition concluded at 3:17 p.m.)

25

```
 1        STATE OF WISCONSIN      )
                                  )  ss.
 2        COUNTY OF BROWN         )

 3

 4            I, Jennifer M. McLeod, Court Reporter

 5        and Notary Public in and for the State of

 6        Wisconsin, do hereby certify that the

 7        attached and foregoing deposition was taken

 8        before me at Green Bay Correctional

 9        Institution, Green Bay, Brown County,

10        Wisconsin, on the 16th day of April, 2024,

11        A.D., at 1:12 p.m.; that it was taken at the

12        request of the adverse parties, upon oral

13        interrogatories; that said KEENAN T. KNIGHT

14        was sworn by me to tell the truth, the whole

15        truth, and nothing but the truth relative to

16        said cause.

17            Dated this 24th day of April, 2024.

18

19

20

21

22                Jennifer M. McLeod

23

24        My commission expires May 23, 2027.

25
```

| Exhibits |
| --- |

**EX 0001 Keenan T.**
 **Knight 041624**
 2:12 43:24
 44:1,15 69:5
**EX 0002 Keenan T.**
 **Knight 041624**
 2:12 55:13,
 14,15 56:11,
 17 57:9
 58:2,3,15
**EX 0003 Keenan T.**
 **Knight 041624**
 2:13 60:22,
 23 61:7,18
 62:3 65:1
**EX 0004 Keenan T.**
 **Knight 041624**
 2:13 65:10,
 11,19 66:11
 67:9 68:15,
 22 69:6

| 0 |
| --- |

**05/31**
 46:15

| 1 |
| --- |

**1**
 43:24 44:1,
 15 69:5
**10**
 18:20
**16th**
 3:9

**18:11**
 69:5
**18:11.45**
 46:17
**18:14**
 69:7
**1:12**
 3:8

| 2 |
| --- |

**2**
 55:13,15
 56:11,17
 57:9 58:3,15
**20**
 8:9
**200,000**
 8:2
**2015**
 31:19
**2019**
 31:19
**2021**
 7:5,13
**2022**
 28:6 41:25
**2023**
 6:23 46:15
**2024**
 3:9
**21**
 7:12 95:11
**22**
 30:4 38:23
**23**
 7:3 38:23
**25**
 38:13
**275**
 30:18
**280**
 30:18
**2nd**
 7:5

| 3 |
| --- |

**3**
 60:22,23
 61:7,18 62:3
 65:1
**30**
 4:6
**31st**
 6:23 7:3
 46:4
**35**
 4:6
**3:17**
 101:24

| 4 |
| --- |

**4**
 65:10,11,19
 66:11 67:9
 68:15,22
 69:6 70:4
**45**
 16:4 46:8
**45-minute**
 46:6
**4A**
 34:9
**4D**
 28:1,5 29:11
 30:6,8,10

| 5 |
| --- |

**5:15**
 33:7
**5:20**
 33:7
**5:30**
 33:8
**5th**
 7:7,11

| 6 |
| --- |

**60**
 28:13
**6:11**
 46:17

| 7 |
| --- |

**72**
 38:18

| A |
| --- |

**ability**
 80:1
**able**
 42:8 46:5
 52:5 57:1,17
 78:17 83:2
 101:5
**above**
 44:9 54:13
 58:14
**absolutely**
 16:21
**accident**
 96:13
**accompanied**
 18:22
**accurate**
 6:1 36:15
 69:12,15
 82:8
**accurately**
 45:18
**accused**
 29:14 53:13
**accustomed**
 82:1
**actions**
 81:10
**activated**
 88:2

Case 2:23-cv-00886-N... Filed 08/01/24    www.uslegalsupport.com 41-1    1
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 103

**actively**
64:12

**activities**
93:16 96:10

**actual**
19:13 80:18

**ad**
29:8 34:9,18
35:1,5,6,8,
12,17,21,25
36:1,14,16
37:5,8,20
38:6,15,25
39:14,17,18,
19 41:5,7
42:14 52:21
54:6,10

**adamant**
36:10,11,13

**adamantly**
35:23

**additional**
51:25 52:2
74:7 91:9,12
92:22 94:25

**administratio
n**
27:15

**administrativ
e**
28:14 35:6
39:2,7,9,11
40:4,15,22,
23 41:16,20
42:6 50:1

**adverse**
77:16 81:13,
14

**affect**
93:16

**affected**
96:10

**afterwards**
19:12 76:3,
17

**ago**
45:12,13

**agree**
64:21 79:16
96:25

**ahead**
34:16 79:2

**ahold**
75:11 86:17

**ain't**
81:16 82:4,
5,20

**alleged**
40:6

**allow**
37:22 64:10

**allowed**
46:2

**allowing**
45:15

**altercation**
29:21 40:7,
11

**altercations**
26:1 30:12

**amount**
37:14 82:15

**angle**
61:16

**ankle/feet**
83:10

**answer**
3:4,5 24:11
63:22 86:15
98:18

**answering**
54:18

**anxiety**
96:21

**anybody**
32:23 66:10
72:16 96:1
97:24 100:11

**anymore**
87:5,11

**apparent**
75:9

**appeal**
38:16,21

**appealed**
38:15

**appears**
46:14 55:11
73:9

**appreciate**
24:11 26:5
75:23

**appreciated**
53:24

**approach**
69:13

**approached**
47:5 65:5
68:4,20 74:5

**approaching**
33:6

**approximately**
4:6 7:7 16:4
30:18

**April**
3:9

**arch**
55:25 56:2

**area**
4:2 10:19
17:1,2,4,5
32:24,25
72:3 76:14,
18 77:6,7,8
83:10,21,23
84:2 85:3
89:22 93:12
94:4

**argue**
82:18

**arm**
56:13,14
59:25 72:8

**arm's**
60:8

**Armed**
7:21

**arms**
60:11 70:16
72:6 74:20

**around**
36:23 49:13
64:12 65:6,
16 67:10,18,
23,25 68:3,
5,7,11 69:23
70:1,5,7,17
71:13,15
72:3,5,6,8
73:2,13
74:15 80:7,
9,11 91:1,5
97:9

**arrested**
7:5

**arrived**
7:6,10
19:10,11
91:12

**asked**
8:12 13:25
32:10,20
34:17 35:11,
13 47:9
50:13 51:19
88:24 90:2
91:17 92:3,
5,8

**asking**
4:23 20:1
33:10,21
43:11,14
51:25 76:8

**aspect**
54:10

**assault**
28:23 42:12

**assaulted**
99:13,17

**assaulting**
82:12

**assigned**
18:8

**assume**
85:3,4

**assuming**
11:10 18:25

Exhibit 1, p. 104

19:3 76:20
83:19,22
**attach**
67:9 69:24
**attached**
70:19 79:24
87:22
**attacked**
77:19 82:2
**attacking**
81:13 82:7
**attempt**
19:18 47:14
67:24
**attempted**
11:19 19:17
48:10 74:6
**attend**
9:6
**attention**
57:6 59:5
**attorney**
10:24 11:9,
12,21,25
12:2,11,15,
17,19,24,25
13:1,13
14:3,4 48:8,
13,16,17,18
49:9,17
**attorneys**
11:23 13:6
**attribute**
83:24 96:1,6
**attributed**
76:4
**author**
5:20
**authored**
5:17 6:3
**automatically**
40:24
**available**
10:5 25:22
42:21,22
**Avery**
13:12 14:15

15:18,21
18:5 22:21
24:16 25:6,
15 26:9 32:8
43:18,20
44:3 47:7,15
48:3 49:11,
24 51:24
56:6 59:12,
16 61:16
73:25 74:12
83:16 84:12
86:25 88:18
100:1,16
**Avery's**
14:13 44:16
61:18
**aware**
24:7,12
26:15,21,24
35:8 75:1
101:18

---

## B

**back**
12:3 13:2
14:2,5 16:3
18:1,10,21,
23 32:1,2,4
33:4 34:17
37:18,25
43:10,19
44:17 47:1,7
48:15 49:10,
23 51:2 52:9
56:5 70:9,
10,18,20
72:9 74:18,
23 76:18
77:21,22,23
78:14,17
80:15 82:8,
23 87:19
88:23 89:13
91:15 92:21
93:12 94:2,
4,5,10,16,

17,19 95:1,
3,21,22
**background**
3:17
**backing**
56:1
**backlog**
7:16
**backs**
55:5,18 56:4
60:19,20
61:3
**bad**
23:3,8,9,12
92:23
**bail**
7:23 8:1
**barbering**
9:19
**based**
27:3,24
40:13,16
44:8,12
45:16 69:15
73:4,8 78:21
**basis**
6:15
**bear**
65:21
**began**
3:8 78:19
**behind**
44:4 59:1,7
65:5,16,24
67:15 71:18
73:7 74:6,14
75:10 83:21
88:25 89:4
**belief**
66:24 81:8
82:20
**believe**
11:17,18
14:22 15:10
41:12 47:17
50:13 51:23
62:15 63:24

68:16 90:18
**belt**
44:7 46:24
47:2 56:23
65:8,17
67:10,18,25
68:2,3,10
69:15,24
70:5,6,7,17,
23 71:13,15,
18 72:3
73:2,13
74:6,7,10,
12,14,15,16,
21 79:24
80:6,10
90:24,25
91:5
**belt's**
59:21
**best**
18:20 77:3
**better**
58:12
**big**
26:19 31:7
61:21
**bit**
5:3 31:25
33:7 78:9
**blocking**
61:23 66:5
**blood**
94:23
**blue**
56:12
**body**
45:10 65:7
76:19 84:18
**body's**
66:5
**booth**
11:20 12:20
13:16,19,20,
23,24,25
18:18 32:3
33:3 44:23

Case 2:23-cv-00886-N... Document 41-1 ... Filed 08/01/24 ... www.uslegalsupport.com ... 3
U.S. Legal Support | www.uslegalsupport.com
Exhibit 1, p. 105

47:21 48:11,
12,23 49:1,
3,8,19,21
50:6 51:1
53:4 55:2,3,
24 57:4
**Boscobel**
3:21
**boy**
8:21,22
81:20
**break**
78:7,9
**breaking**
80:13
**brief**
18:20 78:8
99:25 101:11
**Briefly**
45:8
**bringed**
11:22
**bringing**
57:3
**brought**
13:7 48:1,10
**buttock**
91:16 93:12
**button**
25:21

---

**C**

---

**call**
19:19 34:7
43:17 48:19
51:24 72:4
79:14 84:2
95:17
**called**
10:21 41:25
91:7 95:18
**cam**
45:10
**camera**
32:25 66:4
83:8

**cameras**
45:9
**captain**
18:17,18
19:11,19
20:3,6 21:4
22:23 23:6
24:2 35:14,
15,25 36:3,
8,12 40:24
41:9 42:9,13
54:11,15
**captains**
20:14 43:3
**capture**
65:12
**case**
17:21 24:15
25:6,13 26:9
39:16 82:12
**cases**
82:16 98:1
**catch**
4:10 82:12
**caused**
23:20 25:19,
20 28:12
41:19 76:22
77:2,9
92:21,22
93:19 94:1
96:17,18,19,
20
**cell**
10:20,21
11:16 12:3,
23 13:15
14:2,5,10
16:8,11,19
18:2 31:4
33:13,15,18,
21 36:21
43:16 47:5,
11 48:4,6
49:10,18
50:15 53:1,
2,19,20,25
54:19 56:8

95:18 98:3,
4,8
**cellmate**
33:14
**cells**
53:6
**certain**
66:12 86:20
100:10
**certificate**
4:8
**certification**
4:9
**chance**
45:17
**characterize**
64:3
**charge**
18:6,10
28:7,12
101:9
**charges**
7:20,24 40:5
41:6
**chatting**
5:3
**chest**
85:2,3
**Chicago**
31:20
**cigarettes**
32:14,16,17
33:11 34:22
36:21 47:8
53:25
**circumstance**
82:9,10,11
**City**
9:17
**clarify**
35:7
**classificatio
n**
34:8 39:23
41:1,9,12
**classified**
39:23

**clean**
91:25 92:1,
3,4
**clear**
88:19
**clinic**
95:25
**close**
60:24
**coating**
9:21
**collar**
85:17
**Collectively**
60:1
**college**
3:25 4:2,12
**college-level**
3:18
**combative**
73:23
**come**
11:8,12,15
12:7,18,24
17:25 18:10,
18 25:24
32:2,4 34:17
37:12 39:15
41:6 47:15
48:18 49:23
50:11,24
51:1 53:6
54:18 62:25
63:9,11
66:14,17,21,
22 91:8
**comes**
15:18 74:14
**comment**
53:24 89:25
92:13
**common**
21:14,16
29:4 67:11
77:6
**communicate**
73:19

Case 2:23-cv-00886-N... Filed 08/01/24   www.uslegalsupport.com   4
U.S. Legal Support | www.uslegalsupport.com   Page 103 to 106 of 129   Document 41-1
Exhibit 1, p. 106

communicated
71:5
communication
74:8
complaint
5:7 6:10
10:16 65:3
complaints
91:20
compliant
14:12
complies
5:14
comply
35:13 45:14
50:14 52:20
concerned
17:25
concluded
101:24
conducting
13:14
confrontation
10:14 29:15
considerably
7:14
consideration
47:8
considering
82:14
consisted
46:10
consistently
35:23
construction
9:20,21,22
contact
12:21 20:6
78:16 88:11
contesting
36:18
continue
34:1 35:10
37:23
continued
12:4

contraband
32:11,13
34:20
control
74:2 100:18
conversation
33:17 34:21
71:23
Cook
31:20
cooperated
64:22
copy
101:6,16,19
corner
49:14
correct
6:15 8:4
14:16 18:2
25:7,9 28:8
30:7 31:23
32:5 37:2
39:4,8
44:10,20
45:4,10
55:19 56:14
58:18 61:24
62:4 65:12,
24 73:13,17
84:10 91:1,2
96:9 97:4
98:14 100:7
correctional
14:23 97:10
correctly
44:12 89:16
counseling
98:12
count
26:14
county
4:19 6:14
7:2,6,10
20:9 25:17,
20 26:18
27:6 31:20
39:14 40:10

63:2 94:21
97:14
couple
14:1 15:17,
24 16:1
45:13 47:16
51:20 99:7
course
97:1
court
11:6 55:10
89:6 101:18
covered
30:11 96:16
COVID
7:15
created
7:16 24:8
credits
3:25 4:5
criminal
82:16
cropping
46:11
cuff
51:19 52:12,
15,19 56:21,
25 57:1
63:21,25
cuffed
54:24 55:22,
23 56:20
58:20 59:20
62:12 69:14
70:14
cuffs
56:22
Cunningham
40:25 42:13
curious
38:5
Custodial
4:11
custom
11:22

D

D-A-N-N-V-I-
L-L-E
4:3
D-A-N-V-I-L-
L-E
4:4
D-U-C-E-R-T
41:10
damages
96:16
Danville
4:2
date
5:19 6:21
20:21 21:19
23:22,25
day
11:4,13,15
13:8 19:5
20:7,18,25
22:22 23:19
31:10 33:1
45:1,18
46:16 97:20
days
10:10 28:13
30:4 37:14
38:14,23
93:2,8,10
dealt
21:4
debatable
80:12
debris
17:8
December
7:5,7,11
decentralizat
ion
6:13 75:23
76:9,22
79:15
decentralized
17:19

decide
40:22
decided
42:1
decides
41:2,4
deescalate
66:25 67:3
defendant
24:3 25:11,
13
defendants
24:4,14 25:6
26:8 27:13
32:4
definitely
86:11
degree
7:22 59:8
60:13,16
63:5 66:16
demeanor
23:14 57:23
denied
33:16
deny
34:1
dependent
95:7
Depends
82:9
deposed
3:5
deposition
101:7,24
deputy
11:17 14:21,
24 15:1,5,12
38:11 43:20,
21 44:4
54:22
describe
89:8 93:9
described
10:16 19:5
42:17 65:3

describing
65:14
desired
80:2
detail
3:16 9:14
determine
37:22
detour
31:25
diabetes
95:10
diabetic
94:20
diagnosed
95:10
difference
37:6
different
27:10,18,19
39:3 61:16
76:7 78:2
83:9 86:3
94:13
differentiate
76:21
difficult
45:13 63:20,
25 86:14
93:13 98:16
difficulties
23:20
dig
100:22
dimensions
30:22
dinner
46:21
direct
24:13
directed
57:6
direction
71:21
directly
26:10

disagreed
36:2
discharge
88:6
disciplinary
21:2,20
24:16,25
26:7,10
34:9,25 35:2
36:19,22
37:3 39:4,13
49:25
disciplinary/
ad
37:10
discipline
37:2,7 54:1
disciplined
22:1 39:6
disciplining
24:18
discovery
5:6,21,22
83:17 84:8
87:16
discussed
101:15
discussion
99:25 101:11
dismissed
29:7,10
38:21 42:7
dividing
76:25
Dobson
42:4,10,15
Dobsons
43:2
doctor
94:23 96:5
documents
5:8
doing
9:18 16:8,11
30:2 33:18
53:4 67:20
79:14 81:16,

22 98:9
door
34:10,12,14
43:19,22
44:4,10,22,
25 47:5,12,
16,19 50:6,
11 51:3,4,
12,16,17
54:21,22
55:9,19,21
60:18 69:1
Dortsch
25:4,5,9
52:1 55:3,4
58:5,10,14,
19 61:2,6
63:15 66:1,
12,17 67:4
72:13 74:9
79:20 88:17
Dortsch's
58:14
dot
14:17
drawn
57:7,9 59:10
74:3 94:24
97:16,17,19
dreams
99:16
Ducert
41:9
dude
90:6
due
7:7,15 30:10
79:18 95:21
duly
3:2

---

**E**

---

ear
83:21
earlier
8:12 42:18

U-S-Legal Support | www.uslegalsupport.com

Exhibit 1, p. 108

53:24 101:15
**education**
3:19
**educational**
3:16 10:3
**efforts**
80:5
**eight**
8:10
**either**
9:8 21:25
30:13 75:16
**emergency**
25:21 28:17
42:1 95:17,
19,24
**employed**
23:15
**employment**
9:14
**encounter**
15:15,22
17:18
**encountered**
15:1,5
**end**
13:10 19:2
30:2 31:19
33:8 38:1
89:22
**endangerment**
7:22
**ended**
29:11 38:24
42:15 87:3
**engaged**
60:3
**engaging**
57:13 62:5
**enter**
8:6
**entire**
46:9
**entry**
92:4
**escalated**
94:14

**escorted**
56:8
**estimate**
46:22
**evaluated**
94:23
**events**
6:4 40:13
**eventually**
13:11 14:6,
10 18:1
34:17 35:11
38:9,10,22
48:22 49:13
50:10 58:17
71:20 87:4
**everybody**
10:19 25:25
27:7 87:7,9
98:3
**everybody's**
58:2 70:3
**exactly**
47:17 62:22
73:8 88:5
89:20 93:1
**examination**
3:8,10
**exceeded**
81:12
**excellent**
10:9
**excessive**
63:14
100:14,19
**exclude**
24:2
**Excuse**
90:5
**exhibit**
43:24 44:1,
2,15 50:11
55:13,14
56:11,17
57:9 58:2,15
60:22,23
61:7,18 62:3

65:1,10,11,
19 66:11
67:9 68:15,
22 69:5,6
**expecting**
11:11
**experience**
13:5,8 80:25
**experienced**
31:14
**experiences**
39:9
**expert**
45:23 77:4
**expired**
38:17,19
**explain**
37:6 64:6
77:17 92:16
95:20
**explained**
32:25 34:19
35:22,24
94:19
**explaining**
48:9
**expressed**
95:1
**extended**
8:10 60:13,
15
**extreme**
73:18
**eye**
75:21 100:22
**eyes**
83:13

---

**F**

---

**face**
72:7,9
83:12,21,23
85:1 100:21
**face-to-face**
58:22 60:7

**facility**
22:13 96:5
**facing**
55:19,21
56:3 82:15
89:3
**fact**
36:11,13
38:14 46:23
80:9 82:15
92:11 96:22
100:4
**failure**
21:9,13,17
29:3 73:19
**fair**
6:12 68:14
75:22 77:10
81:10
**familiar**
39:25
**family**
8:15
**fancy**
79:16
**far**
18:10,12,14
26:6,7 40:10
60:19 76:5
88:6,7,13
96:18
**farther**
80:16
**farthest**
44:15,19
**fast**
68:18 71:1,3
80:23 81:5
85:23 87:2
**fast-forward**
38:8
**fasten**
73:2
**faster**
69:10
**fear**
96:20 97:2,3

Exhibit 1, p. 109

98:7,23,25

**fears**
64:15

**feel**
23:19 75:15
76:11 77:7
84:11 87:10,
11 88:8

**feeling**
76:15 92:12
95:21

**feelings**
23:8,9,12,17
24:1,8

**feet**
77:23 80:15,
18 81:20
89:10,13,14,
16

**felt**
52:23 53:13
69:20 76:2,
17,18,23
77:2,18
81:11 83:11,
14 84:14
92:25
100:20,21

**fessed**
49:20

**fight**
82:8,14

**figure**
69:4

**figured**
11:13 16:8
33:8

**filed**
4:18 5:25
6:11

**finally**
42:8

**find**
98:15

**fine**
40:19

**fingers**
83:13 100:22

**finish**
71:13

**firearms**
7:21

**first**
3:2 13:6
15:2,9,16
18:4 22:10,
20 32:7
36:24 39:21
47:18 48:1
63:9,10

**five**
21:7,12,22,
23 26:6

**flat**
84:3

**fleeing/
eluding**
7:21

**flings**
72:9

**floor**
18:8 19:2,3
45:9 75:25
76:10 81:7
100:13,15,18

**focus**
84:1

**follow**
21:9,13,17
29:3 78:22

**followed**
79:3

**following**
79:21

**follows**
3:6

**footage**
45:15 46:1,
7,10 61:15
67:14 83:8
88:14

**footages**
46:3

**football**
9:1,2,3

**force**
79:19

**forcefully**
76:13

**forehead**
72:8

**forever**
88:4 92:25

**forgot**
8:13

**forms**
6:14 28:11

**forward**
51:13 72:20
73:5 75:4,7,
8,12,13,19,
20

**found**
28:7,9,15
29:6,24 30:1
32:11,14,17
33:20 35:18
36:21 49:24
53:20,25
63:24 83:15,
18

**four**
21:22,23
22:2 26:6
30:21 32:17
44:9 47:19

**frame**
38:19

**frankly**
17:24

**fraternizatio
n**
27:19

**frequently**
99:4,5,16

**front**
5:2 44:4,5
54:24 58:6
59:6,21
70:8,12,20,

24 71:19
73:9 74:17
79:25 84:25

**frustrating**
54:16,17

**full**
30:10

**fully**
83:6

---

**G**

**gaps**
45:21

**gate**
35:18,22

**gave**
38:13 39:19
48:24 95:15

**GED**
3:18,20

**gee**
90:3

**general**
4:8 9:20
27:15,16
37:19 92:13

**getting**
10:3 22:10
23:10 29:15
37:18 38:24
45:14 64:23
77:11 81:6
83:17 84:1

**girl**
8:21

**give**
21:17 33:22
37:12,13,15
48:22

**given**
43:4 63:8
82:17

**giving**
55:7 65:21
67:19

glove
  56:12
go-around
  36:24
going
  4:21 5:21
  13:10 16:7
  17:23 19:24
  20:4 27:20
  28:20 32:12
  34:5 35:3
  37:18 38:2
  40:14 43:25
  44:16 47:23
  48:5,8
  49:21,25
  50:12 51:12
  54:1 55:10
  64:16 65:11
  66:5 67:17
  68:10 71:23
  72:14 75:17
  79:23 80:5
  81:25 82:5
  85:24 98:8
  101:9,15,17
good
  46:22 66:16
  87:24 91:18,
  25 92:5,8
grab
  64:10 65:7,
  17 70:17
  76:13 78:3
  79:22 83:12
  85:8
grabbed
  67:15 74:6,
  15,16 85:13,
  16,18 86:18
  90:6,18,19
grabbed/
struck
  85:19
grip
  66:7
ground
  72:10,14

76:12,14
77:12,15
78:11 79:23
80:10 82:23
83:3,6 84:6
87:4 88:23
90:7 91:7
92:18
guarantee
  41:15
guess
  14:17,21
  17:16 28:9
  42:20 77:2
guilty
  28:9,15
  29:24 30:1
  35:19
gun
  64:17 90:19
guy
  31:7 58:11
  61:21

_____

          H

hand
  43:25 54:25
  55:1,4,21,23
  56:13,19,21,
  25 57:2
  64:12 83:22
  100:20
handcuff
  56:17 58:18
handcuffed
  54:25 55:1
  58:7 61:9
handcuffs
  57:19 63:17
  64:13 70:16,
  19
handle
  58:13
hands
  51:5,13,16
  55:22 58:7,

20,21 59:20,
25 60:1,2,3,
5 61:7,9
63:16,19,25
64:7,8 66:7,
9 68:10
69:13 70:9,
12,13,14,15,
18,20,25
71:19,20
72:12,20
73:6,17,21
74:17,18
75:4,7,8,11,
18 78:23,24,
25 79:4,5,9,
12,18,19,22,
25 80:2,6,17
84:24
hands'
  70:19
handwriting's
  58:12
Hang
  43:23 55:7
Hannah
  18:17,18
  19:20 20:3,6
  21:4 22:23
  23:6 24:2
  35:14,15,25
  36:4,8,12
  43:11,12,14
  47:9 50:2,3,
  20,21 54:15
happen
  67:17 68:8
  71:1
happened
  4:22 6:6
  19:13 26:20
  30:8,10
  45:18 46:19
  53:21 71:3
  77:14 79:7
  80:23 81:15
  85:22,23
  87:2 88:21

91:3 92:14
happening
  68:16 81:5
hard
  93:18 98:15
head
  58:14 72:3,5
  77:5,7,8
  83:9 84:16
  89:14,22
  90:7,18,19
headache
  95:22
headed
  85:9
heads
  44:9
health
  98:13
hear
  34:7,13
  86:11 87:6
heard
  22:19 27:4,
  9,18,19
  35:20 52:17
hearing
  74:11
held
  7:8
hell
  92:6
Hence
  8:3
hey
  50:20
high
  9:5,6 10:9
highest
  18:15
hindsight
  64:23
history
  9:15
hit
  25:21 92:2
  100:1

U.S. Legal Support | www.uslegalsupport.com

Exhibit 1, p. 111

**hold**
  28:19,20,22
  30:3,5 37:23
  79:4 81:15,
  24 82:4
  86:1,6
**holding**
  44:6 46:24
  47:2 54:22
  58:20 59:24
  60:1,2,4
  66:8 70:11,
  12,15 75:18
  87:20
**holstered**
  59:12 62:2
  65:4 73:25
**homicide**
  40:5
**horrible**
  99:22
**hour**
  16:4,5
**hours**
  38:18 93:2
**housing**
  10:25
**how'd**
  13:17 19:18
**hug**
  65:22 67:19
**hurt**
  76:19 93:22
**hurting**
  95:23
**hurts**
  22:18 92:22
  94:16

**I**

**ibuprofen**
  95:3
**identify**
  44:1 70:1
**ill**
  26:3

**Illinois**
  4:2,14 31:21
**imagine**
  9:24 99:19
**immediate**
  79:20
**immediately**
  37:8 63:4
  72:2,13,15,
  21 74:14,22
  78:1,19,20,
  22 79:3,6,7,
  8,21 87:7
  88:16
**important**
  17:20
**incarcerated**
  3:23 9:16
  22:7
**incarceration**
  22:4 97:11
**incident**
  6:7,17,19,
  21,25 7:4
  10:15 16:22
  19:6,8,13,16
  20:19,22
  21:19 22:8,
  10 24:16
  25:15,18
  27:7 28:2
  29:13,20
  30:14,17,20
  31:10 32:1
  38:9 40:12
  41:17,19,23
  42:16 43:6,
  10 45:1,3,19
  46:13,16
  94:1,6,11,18
  95:5,12
  96:2,7,11,
  12,14,17
  97:20 100:2,
  6
**incident's**
  96:19

**incidents**
  21:2 23:24
  24:5,6 26:7,
  11,15
**include**
  23:6
**includes**
  96:4
**including**
  84:22 98:23
**indicate**
  16:23 46:24
  47:4 74:1
  75:1
**indicated**
  5:4 16:25
**indicating**
  58:11
**indication**
  16:10 67:22
**indicator**
  87:24
**individuals**
  53:2
**induce**
  99:20
**inference**
  77:6
**inform**
  48:20
**informed**
  32:10 42:11
**initial**
  14:18
**initially**
  6:10 32:10
  38:11,13
  39:12 78:13
  90:3
**initiating**
  24:25
**injure**
  42:11
**injured**
  42:4 75:25
**injuries**
  95:13 96:1,

  10 98:22
**injury-wise**
  92:19
**inmate**
  41:23
**inmates**
  29:19,21
**inside**
  10:21 22:13
**inspecting**
  20:18
**inspection**
  17:6
**inspections**
  20:14
**Inspector**
  42:4,9,10,15
  43:2
**instance**
  40:5,8 45:22
**instantaneous**
  72:18,19
**instantly**
  76:15
**instinct**
  82:6
**instinctively**
  81:22,24
  82:3
**institution**
  33:24
**instructed**
  42:13
**insulin**
  95:7
**intentions**
  82:13
**interaction**
  4:19
**interactions**
  22:22 23:7
  25:24
**intercom**
  10:23 11:1,8
**interested**
  5:11 10:6

**interrogatories**
  3:5
**interrupt**
  35:4
**investigation**
  27:18
**investigations**
  27:10
**involve**
  21:9 24:13
  99:8
**involved**
  6:12 21:3,12
  23:18,24
  24:17 26:10,
  16 29:14,20
  30:12 40:6
  42:3,16
  99:10 100:5
**issue**
  37:25 95:2
**issues**
  94:1 98:13,
  17
**issuing**
  25:1

---

**J**

**jail**
  4:19,20 6:14
  7:3,7 8:3
  13:5 22:4,24
  24:6 27:14
  30:25 31:10,
  20 39:22
  42:20 63:2
  94:21 99:13
**January**
  46:4
**jerked**
  74:18
**joined**
  78:18 83:1,
  4,5

**jolt**
  88:8
**jumped**
  90:19
**jumping**
  7:23

---

**K**

**Keenan**
  3:1,13
**keep**
  70:13,14
  79:22 80:13
**keeping**
  78:23
**kept**
  19:21 20:5
  33:10,21
  48:15 49:5
**kicked**
  100:6
**kicking**
  100:11
**kid**
  9:2
**kids**
  8:17
**killed**
  99:12
**kind**
  10:11 41:2,
  10 46:10
  54:24 55:2,
  5,24,25
  56:1,3,4,7
  63:14 65:21
  68:18 70:6
  77:21
**knee**
  100:9
**kneeling**
  100:9
**knees**
  78:12,14,17
  80:16,17
  81:6 82:24

**knew**
  12:16 20:25
  34:1 73:16
  88:6
**knife**
  34:24
**Knight**
  3:1,13,14
  26:25 49:7
  51:19 84:10,
  12 101:13,
  17,21
**know**
  6:18,21 11:5
  14:2,7 15:9
  16:18 17:17
  18:11,14
  19:1,10,20
  20:2,4,24
  23:11,23
  24:7 25:13
  26:3,17,21,
  23,24 27:5,
  12,22 28:7,
  8,11,12
  32:20 33:8
  35:7,8,12,23
  36:10,17
  41:11 42:9,
  15,21,22
  44:25 46:7
  47:13 48:25
  49:7 51:1,
  15,17 52:18
  56:20 59:9,
  11,19 62:8,
  10,11,16,20,
  21,23 63:9,
  22 64:4
  66:4,17
  67:4,23
  68:1,17,19
  70:13 73:1
  74:9 75:5
  76:17 78:19,
  20 80:23
  81:2 83:7
  84:13,14

  85:8,9,25
  86:1,24
  87:3,13,15
  88:2,7,15
  89:21,23
  92:6 93:1
  94:25 95:18
  100:3,7

---

**L**

**label**
  44:12
**labeled**
  58:14
**labor**
  9:20 94:8
**lack**
  27:24
**language**
  90:6
**lasted**
  93:9
**lawsuit**
  4:17 5:25
  6:4,15 11:3
  57:19,20
  62:13
**lawyer**
  10:23
**lay**
  82:2 93:13,
  20
**laying**
  88:23 89:9
  91:5,6
**lead**
  24:1 40:14
**leading**
  53:22
**leaned**
  51:9
**leaving**
  19:2
**led**
  10:14,15

Exhibit 1, p. 113

**left**
18:25 19:1,3
44:15,16
54:25 55:1,
23 56:10,11,
12,17,19
59:8 89:4,11
91:15 93:12
**legs**
76:19 78:3
**length**
60:8
**level**
39:24 75:15,
16
**lieutenant**
13:12 14:13,
15 15:18,19,
21 18:5,7
22:21 24:16,
21 32:8
40:20 41:4
43:18,20
44:3 48:3
51:24 54:13
56:5 59:12
73:25 74:12
83:16 86:25
88:18
**life**
31:14
**likelihood**
20:17
**limiting**
46:12
**lit**
17:10
**little**
5:3 9:4 33:7
54:16 78:9
86:3
**living**
4:14
**lock**
10:19 28:18
**locked**
25:25 32:2

**logical**
68:8
**long**
7:2,14 8:8
9:24 15:15,
22 16:2
25:14 43:14
45:12 68:19,
21 87:18
88:2,5 92:24
93:1,4 95:9
**longer**
46:7 69:20
**look**
31:6 33:2
47:10 60:23
62:5 64:17
75:13,17,20
**looked**
33:5 48:12
73:4 87:19
88:23
**looking**
27:23 67:13
73:1,5,8,10
83:7
**looks**
46:16 57:12
61:12 65:21
66:1
**loose**
32:18
**lose**
93:14 98:25
**lot**
36:10 42:24
85:23 91:9
**lower**
72:6,7 91:15
93:12 94:4

---

**M**

---

**made**
3:5 43:17
51:24 54:7
78:14 80:18

89:25
**mail**
101:16
**maintain**
23:13 79:4
**maintained**
57:23
**maintenance**
4:9,11
**make**
26:21 54:14
63:20 80:5
**man**
66:21 90:5,6
**management**
9:18
**mark**
55:11
**marked**
43:24,25
55:13,14
60:22 65:10
**material**
83:17
**materials**
84:9 87:16
**matter**
68:23
**mean**
14:11 16:8
19:1 20:8,9
21:14 24:23
26:12,18,19
27:21 36:19
40:18 45:23
53:19 54:13,
20 57:3
61:14 62:17
63:18 64:4,
14,18,24
66:3,14
67:11,19,21
68:23 73:4,6
74:15 75:10
76:5 77:4,6
78:5 79:6
81:25 88:18

91:15,19
92:1,19
94:15 96:18,
23 99:19
**meaning**
6:5 50:15
91:19
**means**
37:11
**medical**
28:17 42:1
77:4 91:8
92:7 95:13,
17,19,24
**member**
33:22
**mental**
98:13
**metal**
91:13
**middle**
14:18
**military**
46:17
**Milwaukee**
4:18 6:14
7:2,6 9:17
39:13 40:10,
17 63:2
97:14
**mind**
37:25 62:25
81:12
**minds**
23:23
**mine**
33:12 34:3
58:12
**minute**
34:6,7 91:7
**minutes**
15:17,24
16:1,4 18:20
43:18,19
46:8 68:23
69:3,11,20

**mistaken**
  11:19
**moment**
  18:20
**month**
  39:1 99:5,7
**month-and-a-half**
  39:1
**months**
  28:5 29:12
  42:8 93:3
  94:22
**move**
  63:19 64:10,
  25 75:24
  76:9,11,16,
  21
**moves**
  87:7
**moving**
  64:7 88:16
**multiple**
  23:2 41:13
  43:2

---

**N**

---

**nah**
  12:25 82:20
**name**
  3:12 11:5
  14:21 15:8,
  9,11,14 17:3
  19:19 33:3
  38:13
**named**
  15:4,22
**names**
  44:9
**narrative**
  55:8,16
**natural**
  31:8 81:14
**naturally**
  31:6

**nature**
  26:4 33:24
  57:16 66:20
  71:14,16
  74:13 81:4
  90:12 98:5
**necessarily**
  23:11 24:24
  27:17 36:9
  41:15 46:11
  48:24 62:17
  63:23 64:2
  73:7 76:4
  83:24 85:7,
  24 93:20
  97:7 99:14
  100:11
**necessary**
  63:6
**neck**
  76:14,18
  77:8 85:17
  95:22
**need**
  13:15 14:9
  49:18 74:3
**needed**
  42:21 91:23
**negative**
  23:7,17 24:1
**never**
  19:22 26:1
  27:25 31:14
  39:19 85:12,
  16,18 86:17,
  18 97:6,7,16
  98:6
**night**
  95:16,17
**nightmares**
  99:2,3,11,21
**NIKOLAY**
  3:11 101:3,
  8,12,23
**nine**
  5:16,23
  101:14

**Nodding**
  93:7
**note**
  101:12
**notes**
  5:8,11,18,
  19,20,23
  6:3,6 101:14
**nothing's**
  72:24
**noticed**
  17:6,7
**number**
  36:9 44:1
  55:15 58:3
  61:7 65:11
**numerous**
  20:11 25:23
**nurse**
  91:12 95:14
**nurses**
  95:19

---

**O**

---

**obviously**
  60:8
**OC**
  31:9,14
**occasions**
  20:11,23
  23:2,3,4
**occupant**
  13:7 25:20
**occupants**
  27:4 30:13
  40:3
**occurred**
  6:22 7:4
  55:8 65:15
**October**
  95:10
**office**
  20:12
**officer**
  10:17,25
  11:2,3 14:20

16:12 25:4,
  13 28:18
  29:16 40:7
  41:1 42:1,
  12,22 46:23
  47:2,3 49:12
  52:1,2 56:12
  58:5,9,14
  61:2,3,12
  65:5,15
  70:8,20
  72:12,13
  73:24 74:5
  78:15,21
  80:14 85:8,
  16 86:7,17,
  18 88:17,18,
  25 90:9
**officer's**
  11:5 17:6
**officers**
  4:20 10:15
  14:23 15:4
  17:18 18:9
  23:5,18,20,
  25 25:22
  26:20 27:4,6
  29:16 40:12
  42:24 43:5
  59:5,24
  60:17 63:3
  67:2 70:24
  71:18 72:21
  73:16,19,24
  74:17,25
  76:7,24
  77:19,24
  78:2,6 80:20
  81:8 82:13
  83:1,4,7,9
  84:21 85:13,
  19,25 86:2,
  12 87:6
  88:11,16
  90:11,15
  91:9,11
  97:10,25

Exhibit 1, p. 115

99:13,17
100:1,5,12
**officially**
10:13
**okay**
4:5,25 5:11
6:17,24,25
7:1 9:7,14
10:25 11:14
12:9,25
13:10,17,22
14:13,19
15:12,13
19:15 21:19
26:14 27:3
29:13 30:11
31:25 34:4,
10,16 36:2
37:6 44:8
45:25 47:22
49:16 50:9,
24 51:22
52:2,7,14
55:18 56:7,
11,22 57:12
58:17 59:9,
14,20 60:14
65:9 67:6
68:14 69:23
70:22 71:12,
17 72:1,11,
16 76:8
77:10 82:10
84:7,19
86:24 89:6
94:20 95:7,
24 97:2,24
98:8 100:12
101:3
**once**
15:18,21
22:17 48:9
51:11,14
62:14,20,24
68:9 70:5,6
87:4 88:3
99:5,6

**one**
4:3 8:18
9:12 16:16
21:15 26:23
28:25 29:24
30:1 41:3
43:5 46:6
48:2 55:22
56:17 59:14,
24,25 60:5
69:5 72:6
73:15 77:5,
20 82:12
83:19 87:25
88:6 97:22
100:3 101:12
**one's**
58:9
**ones**
73:16
**open**
34:10 51:3,
4,12,15,17
54:22
**opened**
43:22 55:9
**opening**
54:21
**opportunity**
31:2 45:6
**opposed**
75:19
**oral**
3:4
**order**
5:7 13:23
21:18 48:22,
25 49:2,6
50:24 52:14
101:8
**ordered**
10:19 50:25
85:20
**ordering**
55:9
**orders**
21:10,13

29:3 74:10,
11
**original**
74:23
**outside**
9:8 22:13
44:10,22
100:24,25
101:1
**outstretched**
60:11
**overtime**
42:25
**overturned**
38:22,24

---

**P**

---

**p.m.**
3:8 101:24
**pages**
5:15,23
101:14
**pain**
76:15,17,18,
23 77:2,8
92:22 93:4,
9,11,19
94:17 95:1,
3,20
**pains**
76:2 92:20
94:2,5,10,
13,14,16,19
**paper**
32:15,16,18
**papers**
5:2
**part**
7:15 11:2
47:25 48:1
54:6 71:3
72:6,7,8
100:23
**partially**
84:5

**participate**
24:18
**participation**
24:14
**particular**
26:25 43:3
83:25
**parts**
92:16
**passed**
43:15 68:21
**passive**
64:11
**passively**
64:3
**past**
19:19 20:2
38:8
**Paul**
11:17 14:21,
22
**paying**
10:9
**payment**
101:20
**pending**
37:20
**people**
17:2,3,5
39:14 63:5
97:9
**perceived**
81:9
**period**
40:15
**periodic**
20:14
**persist**
93:6
**person**
18:16 22:20
26:23 44:16,
18,19 53:1
63:7 77:9
83:25 97:22
**personal**
23:16

phone
34:13 43:17
phonetic
11:18 18:23
38:12
photo
55:11 60:24
73:9
photograph
57:10
photos
69:17
physical
29:15,20
30:11 40:7,
11 78:15
91:20 92:16
93:16,25
94:8 96:9
physically
63:16 82:7
pick
3:25 89:7
picked
16:19
pinned
100:24 101:2
pint
79:18
place
26:19 41:5,
14 45:14
99:20
Plan
10:3
plausible
11:14
play
8:25 9:2
played
9:3,7
plea
8:6
please
3:12,17 5:13
35:9 77:17
92:17

point
4:22 10:20,
22 12:1,4,10
13:12,18,19
14:6,14
15:19 16:6,
15,18 17:24
18:25 19:12
47:13 49:11
50:10,22
51:2,17,23
52:3,4,5
54:21 55:20
56:2,16 58:5
59:1,11,22
60:11,18
61:10 62:2,9
63:1 66:3,6,
11,19 67:8,
12 68:2,3,
15,22 69:1
70:22 71:11,
24 73:20
74:4 77:18,
20,24 78:2,
4,16 79:13
80:3,22
81:11,12,18,
19 82:22
83:5,20
84:3,17
85:15,18,21
88:17 89:21
90:21,23,25
91:4,9 93:19
100:6
pointed
54:23 64:14,
20 98:6
pointing
52:10 56:5
63:12 87:21
98:2
police
7:8 99:12,18
policies
28:24

policy
12:22 39:18
population
37:19
position
58:2 70:4
89:20
possible
15:8 64:24
possibly
21:22 29:12
62:19
prepare
5:9
pressure
83:20
pretty
83:11 87:24
99:22
previous
26:7 95:4
prior
9:19 24:5
27:6 29:19
67:22 74:8
97:11
prison
8:10 99:20
prisoners
39:22
probably
7:10 20:17
68:24 69:21
97:3
problem
92:10
problems
94:25 96:6
procedures
24:25
process
28:20 37:4
39:3,4,24
75:25
profession
10:9

professional
23:14
professionals
23:13
prongs
91:13,17
95:15
protocol
81:2
provided
5:6 101:13,
21
psych
98:16
psychological
98:12,21,22
pull
5:12 12:22
63:11,19
70:5,7,17
71:20 73:2
74:7 75:19
pulled
55:1 58:4
70:8,20
72:20 74:17,
21 75:2,8,12
79:7 88:17
pulling
52:10 59:15
63:4 70:18,
23,24 71:17
73:17 74:19,
20 90:11,14,
15,16
pulls
74:14
punch
83:14
punched
76:6 92:20
100:25
purpose
49:20 67:20
Push-ups
31:4

U.S. Legal Support | www.uslegalsupport.com

Exhibit 1, p. 117

pushed
75:7,12
pushing
75:19
put
11:19 13:6
36:9 37:10
38:16,21
39:7 44:8
48:11 51:5,
13,16 67:18,
25 68:2,10
69:14 71:14
73:13 75:24
76:9 80:10
90:22
putting
63:16

**Q**

question
4:23 74:23
85:10 86:3,
15
questions
4:20 19:24
101:4
quick
78:7
quiet
50:23 51:8
quite
20:9 22:25
66:12 99:4,5

**R**

radio
51:24 97:24
railroaded
52:23
ranking
18:16
rapport
66:16

re-approached
43:15
re-secure
80:6
reached
65:6,16
68:5,7 72:5
74:15
reaches
70:5 72:3
reaching
69:23,25
reacted
73:11
reaction
77:16 81:14
read
23:23
reading
83:18
real
49:20 96:19
reason
14:8 35:16
39:13 69:25
98:9
reasons
41:14 50:1
recall
24:24 25:1
26:8 30:15
48:24 50:25
51:14 55:22,
23 57:25
71:4,25
72:25 74:10,
11,13 75:5
85:7,20,24
86:4,8,22
89:15 100:10
receipt
101:20
receive
21:15 95:12
101:6
received
46:4

receiving
5:21
recess
78:8
reckless
7:22
recognize
45:21
recognized
18:15 54:4
recollection
45:16 61:10
62:1 88:10
recommend
40:21
record
5:3 99:25
101:11,13
rectify
54:10
refer
6:25 15:12
30:5
referring
69:6 71:5
reflect
55:15 84:9
refusal
42:2 43:6
97:25
refuse
12:6
refused
28:18 92:7
97:22
regarding
25:18 38:16
39:19 62:11
regular
37:19 41:8
relation
71:12
relative
3:4
remain
37:20

remained
38:25
remember
21:10 52:9
60:19 76:15
85:5,6 86:21
88:13
remove
47:15,20,24
removed
91:13,16
repeated
62:21,23,24
rephrase
4:24
report
16:25
reporter
11:6 55:10
89:6 101:19
reports
83:18 84:9
reputation
27:5
request
5:14 101:18
requested
28:17 39:18
91:8
requesting
52:22
resist
63:15,16,18
73:12
resistance
28:21 64:11
75:16
resistant
28:21
resisting
28:23 42:3
63:24 64:2,4
68:6 73:23
78:5 80:24
81:4,9,21
87:5 90:10,
14,21

respect
24:20
respond
13:17 24:19
25:22 32:19
43:3 51:6
53:7 57:22
63:8,10
72:15 97:15
98:1
responded
24:21,22,23
42:23 43:5
52:1,3 74:22
78:1 79:8
89:25 90:3,
9,12 91:10,
11 92:6
95:19 97:13
responding
50:23 53:22
63:3
response
5:22 19:11
26:5
responses
5:5
responsive
52:8
rest
24:20
restrain
100:12,15,17
restraint
44:7 65:8
result
8:4 29:9
36:3 42:5
79:10,11
98:14
return
101:16
review
5:8 37:21
38:6 45:17
46:5,9

reviews
37:21 41:1,8
right
5:1 11:11
13:9 15:2,15
17:22 20:15
26:17 27:8
28:8 29:1
31:2 35:17,
21 36:1 37:5
38:7,8 39:17
40:3,8,11,17
41:6 43:10
44:17,19
45:2,3 46:18
49:6,23
54:2,8,19
55:3,4 56:7,
13,21 58:1
59:22 61:18,
19,21 62:3,6
64:25 67:20
68:9 69:2,21
70:1 75:10,
14,21 80:2,
7,11,13
81:1,23
82:4,22
83:16 84:17
93:25 94:8,
11 96:23
99:21 100:2
101:21
Rightberry
18:22
RIPP
44:7 46:24
47:2 56:23
59:21 65:17
67:10,18
69:15,24
70:23 74:21
79:24 80:10
90:24,25
91:5
risk
64:23

Rivera
11:18 14:21
15:6,13,16
43:20,22
44:4,15
48:10,22
51:2,11
54:22
Rivera's
15:8
robbery
7:21
role
26:13
roll
90:22
room
12:22 13:2,
4,6,11 15:23
16:2 17:1
32:11 34:10
47:15 48:11,
12,13,16
60:18
roughly
46:22
rounds
10:18
rule
28:16 29:5,
6,7 35:19
37:11,14
rules
28:24
ruse
12:14

---

S

S-A-A-V-E-D-
R-A
11:7
Saavedra
11:2
sat
13:20

Sawchek
38:11
saying
34:8,21 35:5
48:25 50:19
51:19 52:11
57:15 62:8
66:10,13,20
71:10 74:12
75:6 80:24
81:3 86:16
says
46:17 69:5,6
71:2
scene
18:13 24:19
65:1 95:15
scheduled
33:1
school
9:5,6,10
screen
33:4,6 65:12
screening
5:7
screenshot
47:10,13
55:15,20
seal
9:21
search
13:15 14:10
16:9,11,19
47:6 48:4,6
49:17,18
searched
43:16 53:1,
2,19
searching
18:1
second
7:22 33:5
35:4 43:23
46:25 47:4,
11 55:7
58:17 65:9
78:7 88:8

**seconds**
68:23 88:5
**secure**
58:8 66:7
70:13,15
71:13 73:21
74:9,12
79:22
**secured**
68:10 90:23
91:1,4
**securing**
78:23
**security**
39:24
**see**
11:20 12:7,
17 19:4
28:11 39:24
43:1 45:6,15
48:13 49:11,
14 50:20
52:5 57:5,12
59:3 61:14
66:4 68:22
69:9,16
73:18 84:7
87:15 89:7
95:25
**seeing**
12:24
**seg**
29:8 32:12
34:5,9,18
35:1,5,6,8,
12,17,21,25
36:1,14,16
37:5,8,10,20
38:6,9,15,25
39:14,17,18,
19 41:5,7
42:5,14
50:13 52:21
54:6,10
**segregation**
28:15 30:6
35:6 37:18,
20,23,24

38:2,14
39:2,7,10,12
40:4,15,22,
24 41:17,20
42:6 50:1
**self-employed**
9:18
**sense**
25:23 39:5
53:12 56:6
67:11 89:5
**sentence**
8:8
**sequence**
60:25
**Sergeant**
18:22
**serious**
7:24 34:19,
24 40:5
**serve**
37:15,16
**served**
21:25 37:17
**service**
9:17
**session**
46:6
**set**
8:1 65:1
100:16
**setting**
9:10
**seven**
76:6 83:8
**several**
9:3 17:2,5
20:23 27:10
29:5 77:24
78:1,6 93:8,
10 97:21
**severe**
95:20
**sheriff's**
14:24 15:1
**shift**
40:25

**shirt**
85:17
**shit**
90:5
**shoot**
98:10
**shooting**
87:8
**shorthand**
6:24
**shortly**
6:4
**shortness**
42:19
**shot**
64:15 87:12,
17,25 88:3,
20 91:14
92:11 98:7
99:11,15,17
**shoulder**
59:8 73:10
**show**
45:18 55:14
60:23 65:11
**showing**
50:11
**shown**
44:2,10 58:2
62:2 65:19
66:11 67:8
68:15 70:4
**shows**
56:11 57:5
61:2
**shut**
50:7
**sic**
11:22
**side**
12:20 84:4
89:4,11
93:21,23
**sight**
96:21
**significant**
26:3,12

27:24
**simply**
64:21
**single**
16:24 33:13,
15
**sir**
101:22
**sit**
93:18
**sitting**
11:21,23
12:19,21
13:4
**situation**
15:25 19:12
25:18,19,20
26:22,25
32:23 36:19
43:3 53:7,9,
11,22 54:8,
10 63:8,10
66:25 67:3
68:1 74:2
76:3 81:5
88:14 97:6,
8,15,17
**situations**
24:10,12,13
41:3
**Sixteen**
8:20
**size**
31:8
**sleep**
93:14,15
98:25
**sleeper**
93:23
**slightly**
44:17 51:18
**smelled**
10:18 16:13
**smoke**
10:18 16:13
**smoking**
16:14,17,21

Exhibit 1, p. 120

17:8 32:23
52:25 53:4,
8,14,15,17,
23
**snatched**
72:12 79:5,
9,19
**soccer**
9:4
**socket**
17:9
**sockets**
17:7
**softball**
9:4
**somebody's**
82:6 84:16,
18 100:20
**sore**
93:13
**sought**
98:21
**sound**
40:8 46:18
64:16,17
**speak**
35:14,15,25
36:3,7 42:9
**speaks**
32:7
**specific**
41:6
**specifically**
26:22 27:14
50:25 76:8
**spell**
38:13
**spelled**
11:6
**spelling**
11:18 18:23
38:12
**spoke**
20:10
**spoken**
20:10

**sports**
8:23 9:3,7
**spray**
31:9,14
**sprayed**
31:16
**staff**
28:23 30:13
33:22 42:20
51:25 91:12
**stainless**
10:10
**stamps**
69:16
**standing**
44:3,10,17,
22 51:18
58:6,22
75:10 87:20
89:19,21
**started**
43:7 88:16
**starts**
71:17
**state**
3:12 49:16
**stated**
11:24 33:20
42:3 48:4
51:15
**station**
7:8 49:13
**status**
36:19,22
41:9
**stay**
38:2
**staying**
29:11
**steel**
10:10
**stems**
4:18
**step**
51:2
**stepped**
72:9

**stepping**
52:9
**stick**
24:4 83:13
**stiff**
93:12
**stiffened**
64:9
**stomach**
76:6 83:14
84:2,3,5
89:9 92:20,
21
**stood**
77:21
**stop**
35:3 58:9
65:9 80:24
81:4 82:2
**stopped**
54:17 78:4
**straight**
39:15
**streets**
39:15
**strikes**
84:1,8 86:25
100:16
**strong**
31:6
**struck**
88:12
**studies**
4:8
**study**
4:9
**stuff**
53:20 95:22
99:22
**subjected**
31:9,17
**subjects**
4:7
**successful**
77:11
**suffer**
94:10

**suffered**
22:7 95:14
96:11 98:14,
23
**summer**
28:6 41:25
**supervision**
8:11
**supervisor**
10:21 41:11
**supposed**
11:12 14:17
23:13 38:20
57:17,18
81:17,18
82:5
**sure**
12:12 19:9
20:8 24:7,9
26:20 27:1,9
35:9 38:12
47:16 62:20,
22 64:18
66:19 69:20
81:19 83:23
88:4 89:19,
20 90:24
91:10 99:22
**surprised**
69:19
**sustained**
21:24
**swing**
80:1
**swinging**
64:8,12
**sworn**
3:2
**system**
7:16 82:21

---

**T**

**T-E-E**
14:16
**take**
6:6 7:18

37:9 41:2
42:13 52:14
68:20 75:24
76:10 78:7
92:1 96:4
98:18 101:15
**taken**
28:19 78:8
82:23 90:10,
13
**takes**
72:17,21
78:10
**taking**
10:6,7 73:11
77:11 79:10
95:15
**talk**
6:17 16:3
19:15,18,20
20:1,4 27:2
36:12 48:20
50:21 66:18
71:9 98:16
**talked**
5:24 20:21,
23 41:20
79:1
**talking**
6:18 25:2
27:13,14
34:11,12,22,
23 43:8
57:13 66:13
67:2 89:24
92:19 93:2
**talks**
18:4 27:8
**tall**
30:19
**tampered**
17:7,9
**targeted**
32:21 53:5,8
**tase**
52:13 57:18
63:7 88:24

90:2 93:1
**tased**
6:13 22:3,
11,15 64:23
76:5,25
89:18 90:8
95:21 96:23,
24 97:8
**taser**
6:19 22:8
52:10 54:23
57:7,9 59:9,
15 61:13,16
62:2 64:14,
16,19 87:6,
7,8,12,17,
19,21 88:2,
12,15,20
91:14 92:2,
11,21 96:21
97:17 98:7
99:9,10,15,
16 100:16
101:1
**tasered**
31:23
**tasers**
59:13 63:4,
12 65:4
74:1,3 96:20
97:2,3,5,12,
13,16,19
98:2,3,5,23
99:1,8
**tasing**
22:8 62:12
63:5 88:21
**Taylor**
14:20 25:4,
7,15 26:9
43:21 44:6,
19 47:2,3,
23,25 48:2
49:12,14
51:18 54:24
55:21 56:12
58:5 61:5,6
63:15 66:1

72:13 74:8
78:21 79:12,
20 87:14
88:25 89:10
90:3 100:8
**technical**
4:12
**technically**
30:6
**technique**
72:4
**tell**
5:17 10:14
11:9 12:6
36:7,17
45:24 48:19
49:4,23
50:19 52:5
92:25
**telling**
12:4 14:7
47:6 48:15
49:3 50:12
52:18 55:16
90:21 92:8
**tells**
49:24 85:5
**temp**
9:17
**tendency**
63:3
**tender**
93:17
**tense**
64:15
**tensed**
64:9,18,19
**term**
28:9
**terms**
46:18
**testify**
3:2 5:9
**testimony**
44:13 85:12
**Thank**
11:8 101:23

**Thanks**
26:5 101:3
**the--**
41:21
**Theoretically**
80:4
**thing**
22:23 24:19
43:7 52:21
63:10 65:15
67:16 68:8,
19 85:15
**things**
24:22 25:25
26:4,25
27:2,20
33:24 34:20
42:23 50:19
66:18 77:1
94:25 95:2
97:10,12
98:4
**think**
20:24,25
21:6,12 26:2
28:10 32:14
36:14 55:11
56:16 69:23
81:21 99:24
**thinking**
12:9 16:15,
16 81:19
**third**
25:3,4 40:25
**Thirty**
4:6
**Thirty-four**
3:15 8:14
**thought**
12:14 16:24
48:7 54:11
69:10 73:12
100:19
**threatening**
73:24
**three**
22:2 24:4

32:3 62:18
69:3,11,20
94:22

**threw**
79:15 90:7,
20

**throwing**
76:13

**thrown**
76:12 79:14
92:18

**ticket**
24:24 25:1
35:20 37:13
38:11,16,17,
18,19,20,22,
23,24 42:7

**tight**
60:12

**tightened**
59:22

**time**
4:15,18 7:9,
15 8:3 12:7,
16 19:2,4,14
20:9 21:7,25
22:10,25
23:1 25:15,
16 28:1,4,5,
11 29:17
30:2,16,19
31:18,23
33:5,6
37:15,16,17
19 42:19,24
43:14 46:6,
18,19,21,25
47:4,11,18,
20 50:6
53:16 54:4
55:5,12 57:4
63:2 68:21,
25 69:11,12,
16 70:23
80:21 82:15,
17 83:6
84:11,13,15

100:6

**time's**
43:15

**times**
14:1 21:6
23:14 27:11,
18,19 29:23
36:6 47:16,
17,22 51:20
62:16,23
94:10 97:19,
21 99:7,12

**tobacco**
32:15,16,18

**today**
5:9 11:15
13:3

**told**
10:23 14:1,3
26:23 31:22
32:24 33:11
34:3,5 35:13
48:5,7,13
54:19 85:25
86:4,8,10,
12,15 90:15,
18

**tomorrow**
33:9,10
48:19

**top**
38:14 76:7,
24 83:11
84:19,21
87:6,11

**touch**
93:13

**training**
9:23,25
10:3,4

**transcript**
101:6,19,20

**transferred**
34:9

**transpired**
68:18

**transport**
68:11

**treat**
91:23

**treated**
94:17

**treatment**
92:7 95:13
98:21

**tripping**
90:4,5,8,17

**trust**
98:15,17

**truth**
3:2,3

**try**
17:10 65:16
67:17 69:24
70:12 80:5,
10,15

**trying**
56:20,25
66:24 67:3,
6,9,12 69:14
70:14 73:2,
12 79:4,22
83:13
100:17,21,22

**turn**
38:5 42:10

**turned**
56:7

**Twelve**
8:9

**Twenty**
30:4

**twice**
29:24 46:3,5

**twist**
77:19,20

**two**
28:5 29:12
42:8 59:18,
24 60:5 69:3

**Tylenol**
95:3

**type**
24:8 26:2
39:16 67:22
97:15

**typically**
12:18 30:6
94:21 97:14

---

U

**ultimately**
29:11

**uncommon**
43:1

**uncooperative**
54:7

**understand**
4:23 23:10
34:25 35:16
36:17,22
37:3 40:16
46:14

**understanding**
39:21 40:18,
20 67:8,16

**understood**
36:16

**unhappy**
54:7,14

**unit**
10:17,18
11:4,17
12:18 13:20
16:12,14
18:19,21,24
20:18 25:24
28:17,22
30:9,10 34:8
37:19 48:2,
7,10 53:7,23
66:18 97:22

**units**
20:13,15
27:20

**unlike**
13:3

Case 2:23-cv-00886-N-N   Document 41-1   Filed 08/01/24   Page 124 of 129   www.uslegalsupport.com   21

Exhibit 1, p. 123

**unnecessarily**
23:21
**unresponsive**
51:10,21
52:17 54:20
**upper**
72:7,8
91:14,15
93:11
**upset**
53:11
**upstairs**
33:2 53:3

---

**V**

**Velcro**
67:10
**verbal**
67:22
**version**
40:13
**video**
45:3,10,12,
15,17,22
46:1,2,15
57:5 61:15
73:22 78:21
87:16 88:14
100:9
**videos**
45:7,9 46:7
**view**
18:24 46:2,8
61:15,23
66:5 82:7
100:15
**viewing**
46:12
**violating**
28:23
**violation**
37:14
**violations**
21:16,20,24
28:16 29:5,
6,7,9 35:19

37:11,16
**visit**
10:24 11:9,
13 12:6,21
13:1,13
14:3,4 33:1,
9 48:14,17
49:9,10,17
**visiting**
10:19 11:20
13:11,16,19,
20,23,24,25
15:23 16:2
17:1 18:18
32:3 33:3
34:10 44:23
47:20 48:11,
12,23 49:19,
21 50:6
60:18
**Visits**
33:7
**vocational**
10:4
**volleyball**
9:4
**voluntarily**
13:22 50:17

---

**W**

**waist**
60:12 67:10,
18,24 68:1,
3,11 70:8
73:3,13 80:7
85:1 91:1
**waiting**
12:23
**walked**
18:19,24
19:19 34:6
43:17
**walking**
19:21 20:2,5
55:3

**wall**
51:9 55:6
56:3,4
60:17,21
61:4
**wanna**
12:3 14:2,5
35:14,24
36:12 41:5
49:10 78:13
82:11
**want**
13:1 35:15
48:14,17
49:9 51:4
78:9 91:25
**wanted**
35:7 36:3,7
54:9
**waste**
9:18
**watching**
88:14
**way**
24:17 36:23
39:13 67:3
73:15,18
75:16 76:25
77:3 78:11
89:3,13
100:14
**week**
38:3 99:6
**weekly**
37:21
**weeks**
6:7 45:13
93:2
**weigh**
30:16
**weld**
10:10
**welding**
10:6,7
**went**
10:20 11:16
13:18,19

14:11 15:23
33:4 36:20
**what'd**
32:9 90:1
**Where'd**
9:5
**Why'd**
35:15
**Williams**
14:15,16,17
25:3,5,7,14
26:9 43:21
44:5,17
46:23 49:11,
14 52:9
54:23 57:6
58:25 59:14
61:12 62:5
65:4,5,15
67:6,9 71:17
72:2,16
73:25 74:5,
21 76:22
78:10 79:10
80:14 83:2
84:19,22
85:17 89:17
90:9
**Williams'**
61:18
**wills**
26:3
**wires**
87:22
**Wisconsin**
3:21
**witness**
5:14 58:11
101:5,22
**wondering**
16:6
**word**
57:20 79:16
**words**
24:15
**work**
10:11

**worked**
22:23 94:8
**working**
9:16 11:4
25:14 30:24
42:24,25
**works**
12:2 25:17
40:17
**worried**
97:5
**worse**
82:21
**wound**
92:1
**wounds**
92:4
**wow**
69:8
**wrap**
67:23 70:7
**wrapped**
32:18 91:4
**wrapping**
72:5
**wraps**
70:16
**wrestling**
80:9
**wrist**
56:18 64:10
**wrists**
60:2 70:15
**write-up**
21:15 29:4
**writing**
24:24
**written**
21:21
**wrongly**
53:13
**wrote**
5:12 28:22

---

**Y**

**y'all**
14:3 34:3
36:20,21
53:6 81:13,
16 90:2,8,17
**yeah**
7:25 9:3
10:8 11:2
15:14 16:12
17:11,13
20:16,20
21:11 22:18
25:12 27:16
29:2,4,18,22
30:8 31:8,24
32:20 34:15
35:6 36:5,16
38:4 39:5
40:2,10
41:11,12
43:9 44:3,11
45:20 46:20
47:25 49:5,
22 50:8,16,
18 51:9 52:6
53:12,14
54:3,5,9,20
56:24 57:8,
11,14,21
58:16,19,24
60:6,10,15,
19,20 61:8,
14,22 62:7,
21 65:18,23,
25 67:21
68:13 69:4,
18,22 71:7
72:23 73:14
76:12 77:13,
23 78:25
79:18 80:21
81:23 82:25
84:11,13,18,
23 85:11
87:10 89:1,

12 91:22,24
93:5,24 94:9
95:6
**year**
22:25
**year-and-a-
half**
23:1
**years**
8:9,10 31:19
**yelled**
88:15
**yelling**
63:11 80:19
85:23





Exhibit 1, p. 126













Exhibit 1, p. 129