

Case Name: _____ Docket #: _____

Name of Business: Wellpath LLC – Milwaukee County Jail

Description of Materials and/or Records:

Patient Name: **Keenan Knight** Date of Birth: **02/18/1990**

I, _Phyllis Sheard-Mcgee_ the undersigned, say:

1. I am duly authorized to have custody of the records maintained by Wellpath LLC, the contracted correctional healthcare service provider for the Milwaukee County Jail.

1. I certify that the documents attached to this certificate, consisting of 1713 pages, are accurate, legible and exact duplicates of the original medical records maintained and accessible for the above-named patient for the period of 11/29/2021 -thru 10/13/2023 specific to Patient ID Number: 363357
2. I have the authority to provide and certify the authenticity of copies of those records.
3. The certified copies provided were prepared by the contracted correctional healthcare service provider for the Milwaukee County Jail in the ordinary course of business at or near the time of the act, condition, or event. These records are confidential pursuant to state and federal law.

Executed on August 1, 2024 at ___949 N 9th st ___Milwaukee, Wisconsin.

I declare under penalty of perjury that the above is true and correct.

_____          _____
Signature                                 Print Name and Title
_Phyllis Sheard-McGee_                    _Phyllis Sheard-McGee_

---

### CERTIFICATION OF NO RECORDS

A thorough search of our files carried out under my direction and control revealed that this business and/or facility, to the best of my knowledge, does not have the records described in the request, patient authorization, or the Subpoena Duces Tecum.

_____          _____
(Print name and title)                    (Affiant Signature)

Date: _____

Milwaukee County, WI
Milwaukee County Jail
949 N. 9th Street
Milwaukee, WI 53233

**Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEENAN T KNIGHT | 363357 | 2021016014 | 2/18/1990 | 5/31/2023 |

**Patient Allergies:**

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-29-2021 | Allergy Items | No Known Allergies | |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-14-2023 | Chronic | Endocrine | Type 2 diabetes mellitus with diabetic neuropathy, unsp | Kelly K Schill |
| 08-18-2022 | Acute | Symptoms | Abnormal results of liver function studies | Kelly K Schill |
| 08-18-2022 | Chronic | Metabolic | Hyperlipidemia, unspecified | Kelly K Schill |
| 12-16-2021 | Chronic | Circulatory | Essential (primary) hypertension | Viet Vignieri |
| 11-29-2021 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | hospital |

**Orders:**

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| amlodipine 10 mg tablet | 1.00 tablet | Milwaukee MCJ: Q HS | 4/23/2023 8:00:00 PM | 7/22/2023 7:59:00 PM |
| Semglee (insulin glargine-yfgn) 100 unit/mL subcutaneous solution | 20.00 unit | Milwaukee MCJ: Q HS | 5/5/2023 8:00:00 PM | 6/4/2023 7:59:00 PM |
| (Insulin Regular Human) Novolin R Regular U-100 Insulin 100 unit/mL injection solution | 0.00 unit | Milwaukee MCJ: Diabetic QID AC & HS | 5/9/2023 11:05:00 AM | 8/7/2023 11:04:00 AM |
| Semglee (insulin glargine-yfgn) 100 unit/mL subcutaneous solution | 10.00 unit | Milwaukee MCJ: Q AM | 5/11/2023 8:00:00 AM | 8/9/2023 7:59:00 AM |

☐ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:** ○ Free Text ○ SOAPE

---

*Added 05/31/2023 06:31 PM CST by SMarkwardt RN*

Medical called for patient who was tased. Patient secured and on floor control. Prongs removed without difficulty by RN Choma from left buttocks and left flank area. Areas cleaned with normal saline. Patient denies any other concerns. Cleared to remain on POD.

---

Milwaukee County, WI
Milwaukee County Jail
949 N. 9th Street
Milwaukee, WI 53233

**Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEENAN T KNIGHT | 363357 | 2021016014 | 2/18/1990 | 5/31/2023 |

Patient Allergies:

flank pain that began after he was tased in same area at 1900 this evening. States, "I've been tased, but this is different." Denies any urinary symptoms including hematuria. Wounds do not appear reddened and are not draining.

Advised to stay hydrated and to rest and if symptoms persist to submit sick call slip.

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Milwaukee County, WI
Milwaukee County Jail
949 N. 9th Street
Milwaukee, WI 53233

**Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| KEENAN T KNIGHT | 363357 | 2021016014 | 2/18/1990 | 5/31/2023 |

**Patient Allergies:**

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-29-2021 | Allergy Items | No Known Allergies | - |

**Patient Problems:**

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 03-14-2023 | Chronic | Endocrine | Type 2 diabetes mellitus with diabetic neuropathy, unsp | Kelly K Schill |
| 08-18-2022 | Acute | Symptoms | Abnormal results of liver function studies | Kelly K Schill |
| 08-18-2022 | Chronic | Metabolic | Hyperlipidemia, unspecified | Kelly K Schill |
| 12-16-2021 | Chronic | Circulatory | Essential (primary) hypertension | Viet Vignieri |
| 11-29-2021 | Chronic | Endocrine | Type 2 diabetes mellitus without complications | hospital |

**Orders:**

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| amlodipine 10 mg tablet | 1.00 tablet | Milwaukee MCJ: Q HS | 4/23/2023 8:00:00 PM | 7/22/2023 7:59:00 PM |
| Semglee (insulin glargine-yfgn) 100 unit/mL subcutaneous solution | 20.00 unit | Milwaukee MCJ: Q HS | 5/5/2023 8:00:00 PM | 6/4/2023 7:59:00 PM |
| (Insulin Regular Human) Novolin R Regular U-100 Insulin 100 unit/mL injection solution | 0.00 unit | Milwaukee MCJ: Diabetic QID AC & HS | 5/9/2023 11:05:00 AM | 8/7/2023 11:04:00 AM |
| Semglee (insulin glargine-yfgn) 100 unit/mL subcutaneous solution | 10.00 unit | Milwaukee MCJ: Q AM | 5/11/2023 8:00:00 AM | 8/9/2023 7:59:00 AM |

☐ **Vital Signs Taken**

**Patient Vitals:**

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:** ⦿ Free Text ○ SOAPE

---
Added 05/31/2023 11:07 PM CST by JHarrold RN

Writer contacted to assess patient after he, "destroyed a toilet," in his room.

Arrived on scene to patient sitting in chair, does not appear in obvious distress. Complains of, "burning," left flank pain that began after he was tased in same area at 1900 this evening. States, "I've been tased, but this is different." Denies any urinary symptoms including hematuria. Wounds do not appear reddened and are not