# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

KEENAN T. KNIGHT,

        **Plaintiff,**

 v.                                        **Case No. 23-CV-886**

AMIKA AVERY, *et al.*,

        **Defendants.**

---

## ORDER

---

On December 5, 2024, *pro se* plaintiff Keenan T. Knight filed a motion for leave to file an amended response to the defendants' motion for summary judgment, including an amended response to their proposed findings of fact. (ECF No. 53.) The defendants, in response to this motion, argue that Knight had more than enough time to file a response that followed all of the rules and requirements and allowing Knight to amend his response would prejudice them because it would require additional briefing, which costs time and money. (ECF No. 54.) The defendants also noted that Knight did not file his proposed amended response. In reply, Knight filed his proposed amended response, (ECF Nos. 55, 56.)

When it comes to *pro se* parties, district courts may be lenient and overlook some noncompliance of the procedural rules. *See Gray v. Hardy*, 826 F.3d 1000, 1005 (7th Cir. 2016). While Knight's motion is not a sur-reply, it is in the same vein, and

courts may allow such filings where it "provides the court with the information necessary to make an informed decision."" *Univ. Healthsystem Consortium v. United Health Group, Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014) (quoting *In re Sulfuric Acid Antitrust Litg.,* 231 F.R.D. 320, 329 (N.D. Ill. 2005)).

Here, Knights amended response provides the court more information and context. However, the court recognizes that the defendants may have not had the opportunity to properly reply. As such, the defendants may file a supplemental reply by **February 6, 2025**. After that, briefing of this matter will be considered closed, and the court will not accept any additional materials.

**IT IS HEREBY THEREFORE ORDERED** that Knight's motion for leave to file an amended response to the defendants' motion for summary judgment (ECF No. 53) is **GRANTED**. The defendants may file a supplemental reply by **February 6, 2025**.

Dated at Milwaukee, Wisconsin this 22nd day of January, 2025.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge

2