UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEENAN T. KNIGHT
    PLAINTIFF

v.                              CASE NO. 23-CV-886

AMIKA AVERY,
JORDAN TAYLOR,
TERRELL WILLIAMS,
    DEFENDANTS

## MOTION FOR RULING ON SUMMARY JUDGMENT ON EXCESSIVE FORCE FOURTEENTH AMENDMENT CLAIM AGAINST AMIKA AVERY

Now comes the Plaintiff, Keenan T. Knight, Pro Se, respectfully requesting this Honorable Court to make an official ruling on summary judgment, specifically on the Fourteenth Amendment claim of excessive force against Amika Avery.

1. In the screening order (Dkt. No. 7) Plaintiff was allowed to proceed on claims of excessive force against John Doe defendant for acts of punching Plaintiff in the stomach area while pinned down and subdued on the ground

2. Plaintiff was directed in the scheduling order (ECF. No. 13) to identify the John Doe defendant by January 18, 2024.

3. Plaintiff requested (ECF. No. 18) and was granted an extension of time to identify John Doe from Jan 18, 2024 to Febuary 26, 2024

4. Plaintiff filed motion to identify John Doe (ECF. No. 19), identify John Doe as defendant Amika Avery, and requested that this Court attribute the Fourteenth Amendment excessive force claim against Amika Avery

5. On Febuary 27, 2024, in a text only order, Plaintiff was allowed to proceed on the excessive force Fourteenth Amend. claim against Amika Avery, in addition to the failure to intervene claim

6. In Plaintiff's declaration (ECF. No. 49 45-46), Plaintiff set forth acts committed by Amika Avery resulting in the excessive force.

7. In Plaintiff's memorandum of law in opposition to summary judgment (ECF No. 47), Plaintiff set forth the acts committed by Amika Avery resulting in both the excessive force and failure to intervene claims.

8. IT IS UNDISPUTED THAT AMIKA AVERY ATTEMPTED A PRESSURE POINT IN PLAINTIFF'S FACIAL AREA AND THEN DELIVERED TWO STRONG SIDE ARM FOCUS STRIKES TO PLAINTIFF'S ABDOMEN BOTH OF WHICH WERE UNSUCCESSFUL

9. PLAINTIFF IS NOT BRINGING FORTH ANY NEW ALLEGATIONS, CLAIMS, OR LEGAL ARGUMENTS AGAINST AMIKA AVERY, BUT ASKING THIS HONORABLE COURT TO MAKE AN OFFICIAL RULING FOR THE RECORD BASED ON THE ARGUMENT ALREADY PRESENTED TO THE COURTS

PLAINTIFF IS SINCERELY AND VERY RESPECTFULLY REQUESTING THAT THIS HONORABLE JUDGE MAKE AN OFFICIAL RULING ON THE FOURTEENTH AMENDMENT EXCESSIVE FORCE CLAIM WHICH PLAINTIFF WAS ALLOWED TO PROCEED ON AGAINST AMIKA AVERY

DATED MARCH 30, 2025 AT
GREEN BAY, WI

Respectfully
Keenan T Knight