# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Keenan T Knight, | Plaintiff, | Case No. 23-cv-886 |
| v. | | **MINUTE SHEET** |
| Amika Avery, et al., | Defendants. | |

**Hon. Nancy Joseph, presiding.**     **Deputy Clerk:** Evan R.

**Type of Proceeding:** STATUS CONFERENCE

**Date:** September 3, 2025, at 9:30 am     **Court Reporter:** Zoom Audio

**Time Commenced:** 9:29 am     **Time Concluded:** 9:38 am

**Appearances:**     **Plaintiff:** Keenan T Knight, pro se

                        **Defendant:** Dale R Nikolay

**Comments:**

The parties discuss the status of the case following mediation's failure to revolve the case.
Plaintiff expresses his interest in proceeding to trial.
Plaintiff would like to retain counsel but is prepared to proceed pro se.
The Court will recruit counsel on the Plaintiff's behalf but explains that may take three to four months.
Plaintiff understands and accepts the Court's offer knowing that the recruitment process may take time.
Counsel for defendants has no objection to the Court's proposed course.
The Court will schedule an additional scheduling conference upon the recruitment of counsel.